UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ROBERT POWERS, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case: 04-3024 |
| | ) | |
| GEORGE E. RICHARDS, RAYMOND W. EWELL, JOHN M. DORGAN, BARBARA J. PETERSON, BETTY BUKRABA, DAN P. FABRIZO, the ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES, MICHAEL M. RUMMAN, in his capacity as Director of the ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES, and the ILLINOIS CIVIL SERVICE COMMISSION, | ) | |
|     Defendants. | ) | |

**JOINT REPORT OF THE PARTIES OUTLINING A PLAN FOR DISCOVERY IN THE ABOVE PROCEEDING**

I. INTRODUCTION

The Plaintiff, ROBERT POWERS, by and through his attorney, James P. Baker, and the Defendants, GEORGE RICHARDS, RAYMOND W. EWELL, JOHN M. DORGAN, BARBARA PETERSON, DAN P. FABRIZO, by and through their attorney, Matthew Bilinsky, Office of the Attorney General, met as required under Rule 26(f) of the Federal Rules of Civil Procedure for the purpose of developing a proposed plan of discovery. As a result of those consultations a proposed discovery

plan is submitted to this Court as required under the foregoing rules and the local rules of this Court.

## II.  SCHEDULING AND DISCOVERY PLANS WERE DISCUSSED AND AGREED TO AS FOLLOWS:

1.  The parties shall make their initial disclosures pursuant to Rule 26(a) of the Federal Rules of Civil Procedure on or before November 30, 2004.

2.  Third party actions, joinder of additional parties and any amendments to the pleadings must be filed by December 15, 2004.  Cross claims and counterclaims shall be filed in accordance with the Federal Rules of Civil Procedure.

3.  Expert witnesses shall be disclosed, along with a written report prepared and signed by the witness pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, as follows:

   a)  Plaintiff's expert(s): May 1, 2005;

   b)  Defendants' expert(s): July 1, 2005.

4.  Depositions of expert witnesses must be taken by:

   a)  Plaintiff's expert(s): June 1, 2005;

   b)  Defendants' experts(s): September 1, 2005.

5.  Discovery shall be completed by December 31, 2005.  Any written interrogatories or requests for production served after the date of the Scheduling and

Discovery Order shall be served by a date that allows the served parties the full thirty (30) days as provided by the Federal Rules of Civil Procedure in which to answer or produce by the discovery cut-off date.

6. All dispositive motions shall be filed by February 1, 2006. Dispositive motions filed after this date **will not** be considered by the Court unless leave is granted by the Court.

7. The Scheduling and Discovery Conference may, at the discretion of the Magistrate Judge, be canceled if the Magistrate Judge approves the parties' proposed Scheduling and Discovery Order as submitted.

APPROVED BY:

ROBERT POWERS

BY:  s/ James P. Baker
His Attorney

James P. Baker
Bar Number: 0097802
Baker, Baker & Krajewski LLC
415 South Seventh Street
Springfield, Illinois 62701
(217) 522-3445
(217) 522-8234 fax
E-Mail: carenbakerlaw@sbcglobal.net

GEORGE RICHARDS, et.al.
BY:  s/ Matthew Bilinsky

                        One of their Attorneys

                        Matthew Bilinsky
Bar Number: 6127270
Office of the Attorney General
500 South Second Street
Springfield, Illinois 62701
(217) 782-9015
E-mail: mbilinsky@atg.state.il.us

## CERTIFICATE OF SERVICE

      I hereby certify that on October 1, 2004 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Office of the Attorney General
Matthew Bilinsky
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706

                         s/ James P. Baker
                          James P. Baker
                          Bar Number: 0097802
                          Baker, Baker & Krajewski LLC
                          415 South Seventh Street
                          Springfield, Illinois 62701
                          (217) 522-3445
                          E-Mail:carenbakerlaw@sbcglobal.net