UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ROBERT POWERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case: 04-3024 |
| ) | |
| GEORGE E. RICHARDS, RAYMOND W. ) | |
| EWELL, JOHN M. DORGAN, BARBARA J. ) | |
| PETERSON, BETTY BUKRABA, DAN P. ) | |
| FABRIZO, the ILLINOIS DEPARTMENT OF ) | |
| CENTRAL MANAGEMENT SERVICES, ) | |
| MICHAEL M. RUMMAN, in his capacity as) | |
| Director of the ILLINOIS DEPARTMENT OF ) | |
| CENTRAL MANAGEMENT SERVICES, and the ) | |
| ILLINOIS CIVIL SERVICE COMMISSION, ) | |
| ) | |
| Defendants. ) | |

**MOTION OF THE PLAINTIFF, ROBERT POWERS, REQUESTING
AN EXTENSION OF TIME TO AMEND HIS COMPLAINT AND JOIN
ADDITIONAL PARTIES**

COMES NOW the Plaintiff, ROBERT POWERS, by and through his attorney, James P. Baker, and respectfully requests an extension of time to and including January 31, 2005 within which to amend his complaint and, if necessary, join additional parties. In support of this motion, the Plaintiff, ROBERT POWERS, states to the Court as follows:

1. That under the scheduling order previously entered by this Court, the deadline for the parties to amend pleadings and join additional parties is December 15, 2004.

2. That the Plaintiff, ROBERT POWERS, is presently exploring the possibility of amending his complaint to add additional theories of liability and join additional parties.

3. That counsel for the Plaintiff, ROBERT POWERS, has engaged in factual and legal

research in furtherance of the Plaintiff's intentions to add additional theories of liability and, if necessary, join additional parties. However, because of his schedule, he has been unable to complete that endeavor. In this respect, counsel for the Plaintiff, ROBERT POWERS: a) has recently completed a lengthy brief in opposition to a motion for summary judgment in the case of *David O. Harris v. John Coghlan, et.al.*; Case No. 03-3043; b) is working on a reply brief to the United States Court of Appeals for the Seventh Circuit in the case of *Jerry Deen v. Timothy DaRosa*, et.al.; Case No. 04-2072 which is due on December 17, 2004; c) is involved in a trial on December 13, 2004 in the case of *Jacqueline Peterman v. Robert Gonterman*; pending before the United States Bankruptcy Court for the Central District of Illinois; and d) is involved in depositions in the case of *Jane Minor v. Centocor, Inc.*, Case No. 02-3354 which will occupy much of the week of December 13, 2004.

    4. That counsel for the Plaintiff has had a long term vacation planned beginning on December 18, 2004 to January 3, 2005.

    5. That during the month of January, 2005 counsel for the Plaintiff will be away from his office for significant blocks of time involved in deposition discovery in the case of *Titan Tire, Inc., et.al. v. United Steelworkers of America, et.al.*, Case No. 00-3257.

    6. Because of the professional commitments described above, counsel for the Plaintiff, ROBERT POWERS, exercising reasonable professional diligence, cannot complete the necessary analysis and submit an amended complaint by December 15, 2004, the current deadline.

    7. That counsel for the Plaintiff requests an extension of time to and including January 31, 2005 within which to submit an amended complaint and join, if necessary, additional parties.

8. That counsel for the Plaintiff has discussed his request with counsel for the Defendants and understands that the Defendants have no objection to this request.

WHEREFORE, the Plaintiff, ROBERT POWERS, respectfully requests an extension of time to and including January 31, 2005 within which to submit an amended complaint.

ROBERT POWERS

By: s/ James P. Baker
James P. Baker
Bar Number: 0097802
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
Telephone: (217) 522-3445
Facsimile: (217) 522-8234
E-mail: carenbakerlaw@sbcglobal.net

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Matthew Bilinsky
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706

By: s/ James P. Baker
James P. Baker
Bar Number: 0097802
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
Telephone: (217) 522-3445

Facsimile: (217) 522-8234
E-mail: carenbakerlaw@sbcglobal.net
(Motions/powersrextension 121304)