E-FILED
Monday, 31 January, 2005  02:58:52 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ROBERT POWERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case: 04-3024 |
| | ) | |
| GEORGE E. RICHARDS, RAYMOND W. EWELL, JOHN M. DORGAN, BARBARA J. PETERSON, DAN P. FABRIZO, ROD BLAGOJEVICH, THOMAS LONDRIGAN and ALONZO MONK, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

### MOTION OF THE PLAINTIFF, ROBERT POWERS, SEEKING LEAVE TO AMEND HIS COMPLAINT AND JOIN ADDITIONAL PARTIES

COMES NOW the Plaintiff, ROBERT POWERS, by and through his attorney, James P. Baker, and pursuant to Rules 15, 18 and 19 of the "Federal Rules of Civil Procedure", requests leave to amend his complaint and join additional parties. In support of this motion, the Plaintiff, ROBERT POWERS, states as follows:

1. That the above captioned proceeding is a constitutional tort action arising out of the termination from employment of the Plaintiff, ROBERT POWERS, with the Illinois Civil Service Commission. The current Defendants are or were members of the Illinois Civil Service Commission.

2. That based upon an investigation of certain documents, the Plaintiff, ROBERT POWERS, believes that he might have other constitutional tort claims against three officials of Illinois state government, ROD BLAGOJEVICH, ALONZO MONK and THOMAS LONDRIGAN. The Plaintiff, ROBERT POWERS, believes each had involvement in his termination from state employment.

The Plaintiff, ROBERT POWERS, wishes to join in the above captioned proceeding the constitutional tort claims he has against those individuals.

3. That appended to this motion is a proposed amended complaint of the Plaintiff, ROBERT POWERS, in which the three individuals identified in the preceding paragraph are named as additional Defendants and constitutional tort claims are maintained against each of them.

4. The judicial economy favors the resolution of all claims which the Plaintiff, ROBERT POWERS, maintains arising out of his separation from employment with the Illinois Civil Service Commission in one lawsuit rather than through multiple lawsuits.

WHEREFORE, the Plaintiff, ROBERT POWERS, respectfully requests that he be allowed to amend his complaint instanter and join as additional Defendants, ROD BLAGOJEVICH, ALONZO MONK and THOMAS LONDRIGAN.

ROBERT POWERS

By:   s/ James P. Baker
     James P. Baker
     Bar Number: 0097802
     Baker, Baker & Krajewski, LLC
     415 South Seventh Street
     Springfield, Illinois 62701
     Telephone: (217) 522-3445
     Facsimile: (217) 522-8234
     E-mail: carenbakerlaw@sbcglobal.net

## CERTIFICATE OF SERVICE

  I hereby certify that on January 31, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Matthew Bilinsky
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706

                By: s/ James P. Baker
                  James P. Baker
                  Bar Number: 0097802
                  Baker, Baker & Krajewski, LLC
                  415 South Seventh Street
                  Springfield, Illinois 62701
                  Telephone: (217) 522-3445
                  Facsimile: (217) 522-8234
                  E-mail: carenbakerlaw@sbcglobal.net
                  (Motions/powersrleavetoamend 013105)