E-FILED
Monday, 04 April, 2005  03:22:49 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ROBERT POWERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 04-3024 |
| | ) | |
| GEORGE E. RICHARDS, RAYMOND W. EWELL, JOHN M. DORGAN, BARBARA J. PETERSON, BETTY BUKRABA, DAN FABRIZO, STATE OF ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES, MICHAEL M. RUMMAN, and ILLINOIS CIVIL SERVICE COMMISSION, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Come now come the defendants, GEORGE E. RICHARDS, RAYMOND W. EWELL, JOHN M. DORGAN, BARBARA J. PETERSON, and DAN FABRIZO, by their attorney, Lisa Madigan, Attorney General of the State of Illinois, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, move this honorable Court for an enlargement of time up to and including April 11, 2005, in which to respond to plaintiff's amended complaint. In support thereof, defendants make the following statements:

1.  Plaintiff filed an Amended Complaint on February 1, 2005.

2.  Although the Amended Complaint was properly docketed, the response date accidently was not included into the Illinois Attorney General's docketing system. By our calculation a response is due on or about April 4, 2005.

3.  Therefore, defendants respectfully request until April 11, 2005, in which to respond to plaintiff's amended complaint.

4.  This motion is made in good faith in order to properly represent the interests of the defendants and is not intended to cause undue delay.

WHEREFORE, the defendants respectfully pray this honorable Court grant their

motion for an enlargement of time up to and including April 11, 2005, in which to respond to plaintiff's amended complaint.

                    Respectfully submitted,

                    GEORGE E. RICHARDS, RAYMOND W. EWELL,
                    JOHN M. DORGAN, BARBARA J. PETERSON,
                    and DAN FABRIZO,

                        Defendants,

                    LISA MADIGAN, Attorney General,
                    State of Illinois,

                        Attorney for Defendants,

                  BY: /s/Matthew D. Bilinsky
                        MATTHEW D. BILINSKY, #6217270
                        Assistant Attorney General
                        500 South Second Street
                        Springfield, Illinois  62706
                        217/782-5819

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2005, I electronically filed Defendants' Motion for Enlargement of Time with the Clerk of the Court using the CM/ECF system which will send notification of such filings to the following:

> James Baker
> carenbakerlaw@sbcglobal.net

and I hereby certify that on April 4, 2005, I mailed by United States Postal Service, the document to the following non-registered participants:

> None

> Respectfully submitted,
>
> /s/Matthew D. Bilinsky
> Matthew D. Bilinsky
> Assistant Attorney General
> 500 South Second Street
> Springfield, IL  62706
> Phone: (217) 782-5819
> Fax: (217) 524-5091
> E-Mail: mbilinsky@atg.state.il.us
> Attorney Bar #6217270