E-FILED
Tuesday, 31 May, 2005 02:56:43 PM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

__Central__ DISTRICT OF __Illinois__

ROBERT POWERS,

v.

ROD R. BLAGOJEVICH, GEORGE E. RICHARDS, RAYMOND W. EWELL, JOHN M. DORGAN, BARBARA J. PETERSON, DAN P. FABRIZO, THOMAS LONDRIGAN and ALONZO MONK.

**APPEARANCE**

Case Number: 04-3024

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants: Rod R. Blagojevich, Thomas Londrigan and Alonzo Monk.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| May 31, 2005 | s/ Jeffrey D. Colman |
| Date | Signature |
| | Jeffrey D. Colman    0491160 |
| | Print Name / Bar Number |
| | One IBM Plaza |
| | Address |
| | Chicago, IL  60611 |
| | City / State / Zip Code |
| | (312) 923-2940    (312) 840-7340 |
| | Phone Number / Fax Number |

## CERTIFICATE OF SERVICE

I, Sarah M. Brown, an attorney, certify that on Tuesday, May 31, 2005, I served the foregoing Appearance, by having a copy of the same delivered *via* Facsimile and U.S. Mail to the following party:

James P. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, IL  62701
Facsimile:  (217) 522-8234

s/ Sarah M. Brown
Sarah M. Brown