E-FILED
Tuesday, 31 May, 2005   03:02:35 PM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

_____Central_____ DISTRICT OF _____Illinois_____

ROBERT POWERS,

v.

ROD R. BLAGOJEVICH, GEORGE E. RICHARDS, RAYMOND W. EWELL, JOHN M. DORGAN, BARBARA J. PETERSON, DAN P. FABRIZO, THOMAS LONDRIGAN and ALONZO MONK.

**APPEARANCE**

Case Number: 04-3024

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants:   Rod R. Blagojevich, Thomas Londrigan and Alonzo Monk.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| May 31, 2005 | s/ David Jiménez-Ekman |
| Date | Signature |
| | David Jiménez-Ekman    6210519 |
| | Print Name                Bar Number |
| | One IBM Plaza |
| | Address |
| | Chicago, IL   60611 |
| | City         State         Zip Code |
| | (312) 923-2623    (312) 840-7683 |
| | Phone Number            Fax Number |

## CERTIFICATE OF SERVICE

    I, Sarah M. Brown, an attorney, certify that on Tuesday, May 31, 2005, I served the foregoing Appearance, by having a copy of the same delivered *via* Facsimile and U.S. Mail to the following party:

> James P. Baker
> Baker, Baker & Krajewski, LLC
> 415 South Seventh Street
> Springfield, IL 62701
> Facsimile: (217) 522-8234

                                              s/ Sarah M. Brown
                                              Sarah M. Brown