AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

_____Central_____ DISTRICT OF _____Illinois_____

ROBERT POWERS,

v.

ROD R. BLAGOJEVICH, GEORGE E. RICHARDS, RAYMOND W. EWELL, JOHN M. DORGAN, BARBARA J. PETERSON, DAN P. FABRIZO, THOMAS LONDRIGAN and ALONZO MONK,

**APPEARANCE**

Case Number:  04-3024

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants:  Rod R. Blagojevich, Thomas Londrigan and Alonzo Monk.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| May 31, 2005 | s/ John R. Storino |
| Date | Signature |
| | John R. Storino        6273115 |
| | Print Name              Bar Number |
| | One IBM Plaza |
| | Address |
| | Chicago, IL   60611 |
| | City       State       Zip Code |
| | (312) 840-8683    (312) 840-8783 |
| | Phone Number       Fax Number |

## CERTIFICATION OF SERVICE

I, Sarah M. Brown, an attorney, hereby certify that on Tuesday, May 31, 2005, I served the foregoing Agreed Motion For Extension Of Time To Respond To Plaintiff's Complaint by having a copy of the same delivered *via* Facsimile and United States mail, postage prepaid, upon the counsel of record below:

> s/ Sarah M. Brown
> Sarah M. Brown

James P. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, IL 62701
Facsimile: (217) 522-8234