E-FILED
Tuesday, 31 May, 2005 03:10:10 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ROBERT POWERS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 04-3024 |
| | ) | |
| vs. | ) | Honorable Jeanne E. Scott |
| | ) | |
| GEORGE E. RICHARDS, et. al., | ) | Mag. Judge Charles H. Evans |
| | ) | |
| Defendants. | ) | |
| | ) | |

**AGREED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Governor Rod R. Blagojevich, Alonzo Monk, Chief of Staff for Governor Blagojevich and Tom Londrigan, Chief Legal Counsel for Governor Blagojevich (collectively the "State Officials"), by their attorneys, respectfully move this Court for the entry of an agreed order providing the State Officials with a twenty-one day extension of time, up to an including June 21, 2005, to respond to the plaintiff's Complaint. In support of this Motion, the State Officials state:

1.  The Amended Complaint in this matter was electronically filed on February 1, 2005. On March 29, 2005, Plaintiff requested waiver of service.

2.  Accordingly, a response to the plaintiff's Complaint is currently due on May 31, 2005.

3.  Because of time constraints due to conflicting litigation and other obligations, and the need to investigate the allegations in the Complaint and properly prepare an answer or other

response, counsel for the State Officials request that the due date for the State Officials' responsive pleading be extended twenty-one days, up to and including June 21, 2005.

4.  This is the first extension of time request by the State Officials in this case.

5.  On May 31, 2005, counsel for the plaintiff, James Baker, stated in a telephone conversation with John Storino, one of the counsel for the State Officials, that he had no objection to the relief requested by this Motion.

Dated: May 31, 2005

Respectfully submitted,
ROD R. BLAGOJEVICH, ALONZO MONK, TOM LONDRIGAN,

By:  s/ David Jiménez-Ekman
     One of Their Attorneys

Jeffrey D. Colman
David Jiménez-Ekman
John R. Storino
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

## CERTIFICATE OF SERVICE

    I, Sarah M. Brown, an attorney, certify that on Tuesday, May 31, 2005, I served the foregoing Appearance, by having a copy of the same delivered *via* Facsimile and U.S. Mail to the following party:

    James P. Baker
    Baker, Baker & Krajewski, LLC
    415 South Seventh Street
    Springfield, IL  62701
    Facsimile:  (217) 522-8234

                                      s/ Sarah M. Brown
                                      Sarah M. Brown