IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ROBERT POWERS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 04-3024 |
| | ) | |
| vs. | ) | Honorable Jeanne E. Scott |
| | ) | |
| GEORGE E. RICHARDS, et. al., | ) | Mag. Judge Charles H. Evans |
| | ) | |
| Defendants. | ) | |
| | ) | |

**AGREED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Governor Rod R. Blagojevich, Alonzo Monk, Chief of Staff for Governor Blagojevich, and Tom Londrigan, Chief Legal Counsel for Governor Blagojevich (collectively the "State Officials"), by their attorneys, respectfully move this Court for the entry of an agreed order providing the State Officials with a twenty-one day extension of time, up to and including July 12, 2005, to respond to the plaintiff's Complaint. In support of this Motion, the State Officials state:

1.  The Amended Complaint in this matter was electronically filed on February 1, 2005. On March 29, 2005, Plaintiff requested waiver of service, and the State Officials have since waived service.

2.  A response to the plaintiff's Complaint was originally due on May 31, 2005. On May 31, 2005, counsel for the State requested an extension of time which was granted by this Court. Accordingly, the State Officials' response to Plaintiff's Complaint is currently due on June 21, 2005

3. Because of time constraints due to conflicting litigation and other obligations, and the need to investigate the allegations in the Complaint and properly prepare an answer or other response, counsel for the State Officials request that the due date for the State Officials' responsive pleading be extended twenty-one days, up to and including July 12, 2005.

4. On June 20, 2005, counsel for the plaintiff, James Baker, stated in a telephone conversation with John Storino, one of the attorneys for the State Officials, that he had no objection to the relief requested by this Motion.

Dated: June 21, 2005

Respectfully submitted,

ROD R. BLAGOJEVICH, ALONZO MONK, TOM LONDRIGAN,

By:   s/ David Jiménez-Ekman
      One of Their Attorneys

Jeffrey D. Colman
David Jiménez-Ekman
Acting as Special Assistant Attorneys General
John R. Storino
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

## CERTIFICATION OF SERVICE

      I hereby certify that on Tuesday, June 21, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James P. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, IL 62701

 

s/ David Jiménez-Ekman
David Jiménez-Ekman
Bar Number: 6210519
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
Telephone: (312) 222-9350
Facsimile: (312) 527-0484