E-FILED
Friday, 08 July, 2005 11:48:11 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ROBERT POWERS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 04-3024 |
| | ) | |
| vs. | ) | Honorable Jeanne E. Scott |
| | ) | |
| GEORGE E. RICHARDS, et. al., | ) | Mag. Judge Charles H. Evans |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CIVIL SERVICE COMMISSION DEFENDANTS' MOTION
FOR LEAVE TO ENTER APPEARANCE OF SUBSTITUTE COUNSEL**

Defendants George E. Richards, Raymond W. Ewell, John M. Dorgan, Barbara J. Peterson, and Dan P. Fabrizo ("Civil Service Commission Defendants") respectfully move this Court for the entry of an Order granting leave for Assistant Attorney General Matthew D. Bilinsky to withdraw as counsel on their behalf, and granting leave for Jeffrey D. Colman, David Jiménez-Ekman, and John R. Storino of Jenner & Block, LLP to file their appearance and substitute as counsel on their behalf. In support of its motion, the Civil Service Commission Defendants state the following:

1.  Messrs. Colman, Jiménez-Ekman, and Storino are attorneys with the law firm of Jenner & Block, LLP. All three are licensed to practice law in the State of Illinois and are members of the bar of the Central District of Illinois in good standing.

2.  Messrs. Colman, Jiménez-Ekman, and Storino have already filed appearances in this matter on behalf of Governor Blagojevich, Thomas Londrigan and Alonzo Monk.

3.  The Civil Service Commission Defendants desire to substitute Messrs. Colman, Jiménez-Ekman, and Storino as counsel on their behalf. If this Court grants leave to do

so, the appearance of present counsel for the Civil Service Commission Defendants, Assistant Attorney General Matthew D. Bilinsky will be withdrawn, and Messrs. Colman, Jiménez-Ekman, and Storino will become counsel for the Civil Service Commission Defendants. The appearances of Messrs. Colman, Jiménez-Ekman, and Storino are attached as Exhibit A.

4.   The substitution of Messrs. Colman, Jiménez-Ekman, and Storino as counsel for the Civil Service Commission Defendants will not prejudice any party.

WHEREFORE, the Civil Service Commission Defendants respectfully requests the entry of an order granting leave to Jeffrey D. Colman, David Jiménez-Ekman, and John R. Storino to file an appearance on their behalf and granting leave for Assistant Attorney General Matthew D. Bilinsky to withdraw his appearance.

Dated: July 8, 2005

Respectfully submitted:

GEORGE E. RICHARDS, RAYMOND W. EWELL, JOHN M. DORGAN, BARABARA J. PETERSON, AND DAN P. FABRIZO

By:   s/ David Jiménez-Ekman
       One of Their Attorneys

Jeffrey D. Colman
David Jiménez-Ekman
Acting as Special Assistant Attorneys General
John R. Storino
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

## CERTIFICATION OF SERVICE

  I hereby certify that on Friday, July 8, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:


James P. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, IL 62701


                     s/ David Jiménez-Ekman
                     David Jiménez-Ekman
                     Bar Number:
                     JENNER & BLOCK LLP
                     One IBM Plaza
                     Chicago, IL 60611
                     Telephone: (312) 222-9350
                     Facsimile: (312) 527-0484