E-FILED
Friday, 08 July, 2005 11:48:43 AM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

_____Central_____   DISTRICT OF   _____Illinois_____

ROBERT POWERS,

v.

ROD R. BLAGOJEVICH, GEORGE E. RICHARDS, RAYMOND W. EWELL, JOHN M. DORGAN, BARBARA J. PETERSON, DAN P. FABRIZO, THOMAS LONDRIGAN and ALONZO MONK.

**APPEARANCE**

Case Number: **04-3024**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants:   George E. Richards, Raymond W. Ewell, John M. Dorgan, Barbara J. Peterson and Dan P. Fabrizo.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 07/08/2005 | s/ Jeffrey D. Colman |
| Date | Signature |
| | Jeffrey D. Colman    0491160 |
| | Print Name                Bar Number |
| | One IBM Plaza |
| | Address |
| | Chicago, IL  60611 |
| | City         State         Zip Code |
| | (312) 923-2940    (312) 840-7340 |
| | Phone Number              Fax Number |

AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

__Central__ DISTRICT OF __Illinois__

ROBERT POWERS,

**APPEARANCE**

v.

ROD R. BLAGOJEVICH, GEORGE E. RICHARDS, RAYMOND W. EWELL, JOHN M. DORGAN, BARBARA J. PETERSON, DAN P. FABRIZO, THOMAS LONDRIGAN and ALONZO MONK.

Case Number:  04-3024

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants:   George E. Richards, Raymond W. Ewell, John M. Dorgan, Barbara J. Peterson and Dan P. Fabrizo.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 07/08/2005 | s/ David Jiménez-Ekman |
| Date | Signature |
| | David Jiménez-Ekman    6210519 |
| | Print Name / Bar Number |
| | One IBM Plaza |
| | Address |
| | Chicago, IL  60611 |
| | City / State / Zip Code |
| | (312) 923-2623    (312) 840-7683 |
| | Phone Number / Fax Number |

AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

__Central__ DISTRICT OF __Illinois__

ROBERT POWERS,

v.

ROD R. BLAGOJEVICH, GEORGE E. RICHARDS, RAYMOND W. EWELL, JOHN M. DORGAN, BARBARA J. PETERSON, DAN P. FABRIZO, THOMAS LONDRIGAN and ALONZO MONK.

**APPEARANCE**

Case Number: **04-3024**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants:   George E. Richards, Raymond W. Ewell, John M. Dorgan, Barbara J. Peterson and Dan P. Fabrizo.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 07/08/2005 | s/ John R. Storino |
| Date | Signature |
| | John R. Storino    6273115 |
| | Print Name / Bar Number |
| | One IBM Plaza |
| | Address |
| | Chicago, IL  60611 |
| | City / State / Zip Code |
| | (312) 840-8683    (312) 840-8783 |
| | Phone Number / Fax Number |