**E-FILED**
Tuesday, 26 July, 2005  01:36:58 PM
Clerk, U.S. District Court, ILCD

✎AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____
       Central                                Illinois

ROBERT POWERS,

v.                                          **APPEARANCE**

ROD R. BLAGOJEVICH, GEORGE E. RICHARDS,      Case Number:  04-3024
RAYMOND W. EWELL, JOHN M. DORGAN,
BARBARA J. PETERSON, DAN P. FABRIZO,
THOMAS LONDRIGAN and ALONZO MONK.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Defendants:    Rod R. Blagojevich, George E. Richards, Raymond W. Ewell, John M.
Dorgan, Barbara J. Peterson, Dan P. Fabrizo, Thomas Londrigan and Alonzo Monk.

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| _____07/26/2005_____ | _s/ Christopher V. Parente_ |
| Date | Signature |
| | Christopher V. Parente      6283700 |
| | Print Name                Bar Number |
| | One IBM Plaza |
| | Address |
| | Chicago, IL  60611 |
| | City          State          Zip Code |
| | (312) 840-7666      (312) 840-7766 |
| | Phone Number              Fax Number |

## CERTIFICATION OF SERVICE

I hereby certify that on Tuesday, July 26, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James P. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, IL 62701

s/ Christopher V. Parente
Christopher V. Parente
Bar Number: 6283700
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
Telephone:  (312) 840-7666
Facsimile:  (312) 840-7766