IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ROBERT POWERS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 04-3024 |
| | ) | |
| vs. | ) | Honorable Jeanne E. Scott |
| | ) | |
| GEORGE E. RICHARDS, et. al., | ) | Mag. Judge Charles H. Evans |
| | ) | |
| Defendants. | ) | |
| | ) | |

**AGREED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Governor Rod R. Blagojevich, Alonzo Monk, Chief of Staff for Governor Blagojevich, and Tom Londrigan, Legal Counsel for Governor Blagojevich (collectively the "State Officials"), by their attorneys, respectfully move this Court for the entry of an agreed order providing the State Officials with a fourteen-day extension of time, up to and including August 23, 2005, to respond to the plaintiff's Amended Complaint. In support of this Motion, the State Officials state:

1. The Amended Complaint in this matter was electronically filed on February 1, 2005. On March 29, 2005, Plaintiff requested waiver of service, and the State Officials have since waived service.

2. On July 26, 2005, counsel for the State Officials requested an extension of time which was granted by this Court. Accordingly, the State Officials' response to Plaintiff's Amended Complaint is currently due on August 9, 2005.

-2-

3. Because of time constraints due to conflicting litigation schedules and other obligations, and the need to investigate the allegations in the Amended Complaint and properly prepare an answer or other response, counsel for the State Officials request that the due date for the State Officials' responsive pleading be extended fourteen days, up to and including August 23, 2005.

4. On August 8, 2005, counsel for the plaintiff, James Baker, stated in a telephone conversation with John Storino, one of the attorneys for the State Officials, that he had no objection to the relief requested by this Motion.

Dated: August 9, 2005

Respectfully submitted,

ROD R. BLAGOJEVICH, ALONZO MONK, TOM LONDRIGAN,

By:  s/ David Jiménez-Ekman
     One of Their Attorneys

Jeffrey D. Colman
David Jiménez-Ekman
Acting as Special Assistant Attorneys General
John R. Storino
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

## CERTIFICATION OF SERVICE

      I hereby certify that on Tuesday, August 9, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James P. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, IL 62701

 

s/ David Jiménez-Ekman
David Jiménez-Ekman
Bar Number: 6210519
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
Telephone: (312) 222-9350
Facsimile: (312) 527-0484