## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ROBERT POWERS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 04-3024 |
| | ) | |
| vs. | ) | Honorable Jeanne E. Scott |
| | ) | |
| GEORGE E. RICHARDS, et. al., | ) | Magistrate Judge Charles H. Evans |
| | ) | |
| Defendants. | ) | |
| | ) | |

### UNOPPOSED MOTION FOR A THREE BUSINESS DAY
### EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT

George E. Richards, Raymond W. Ewell, John M. Dorgan, Barbara J. Peterson, Dan P. Fabrizo, Governor Blagojevich, Thomas Londrigan and Alonzo Monk (collectively the "State Officials"), by their attorneys, respectfully move this Court for the entry of an unopposed order providing them with a three day extension of time, up to and including February 6, 2006, to file the State Officials' Motion for Summary Judgment. In support of this Motion, the State Officials state:

1.  Pursuant to the Court's Scheduling Order of October 5, 2004, all dispositive motions are to be filed by February 1, 2006.

2.  The State Officials have an advanced draft of their Motion for Summary Judgment, however, due to their litigation schedules and other personal and professional obligations, counsel for the State Officials respectfully request three additional business days to consult with their clients and finalize their dispositive motion.

3.  On January 30, 2006, counsel for the plaintiff, James Baker, stated in a telephone conversation with John Storino, one of the attorneys for the State Officials, that he had no objection to the relief requested by this Motion.

-2-

WHEREFORE, the State Officials respectfully request that this Court enter an unopposed order extending the deadline for the State Officials to file their Motion for Summary Judgment to February 6, 2006.

Respectfully submitted,

GEORGE E. RICHARDS, RAYMOND W. EWELL, JOHN M. DORGAN, BARBARA J. PETERSON, DAN P. FABRIZO, ROD R. BLAGOJEVICH, ALONZO MONK and THOMAS LONDRIGAN,

By:   s/ David Jiménez-Ekman
       One of Their Attorneys

Dated: January 30, 2006

Jeffrey D. Colman
David Jiménez-Ekman
Acting as Special Assistant Attorneys General
John R. Storino
Christopher V. Parente
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

## CERTIFICATION OF SERVICE

    I hereby certify that on Monday, January 30, 2006, I electronically filed the foregoing Unopposed Motion For Extension of Time to File the State Officials' Motion for Summary Judgment with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James P. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, IL 62701

s/ David Jiménez-Ekman
David Jiménez-Ekman
Bar Number: 6210519
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
