# EXHIBIT D



**George E. Richards**
**CHAIRMAN**

State of Illinois
CIVIL SERVICE COMMISSION
425 ½ South Fourth Street
Springfield, Illinois 62701
(217) 782-7373
FAX (217) 524-3706

**COMMISSIONERS**
John M. Dorgan
Raymond W. Ewell
Dan P. Fabrizio
Barbara J. Peterson

May 21, 2003

Mr. Robert B. Powers
1930 Shasta Lane
Chatham, Illinois 62629

Dear Mr. Powers:

This letter is to inform you that you are being considered for discipline up to and including discharge effective at the close of business Friday, May 30, 2003. Attached is the statement of the proposed charges including the names of potential known witnesses and a copy of the documents pertinent to the charges.

You have five (5) scheduled working days to respond either orally or in writing. You should address your response to Civil Service Commission Chairman George Richards. You are entitled to representation in any meeting by any person or organization. Failure to respond to the charges within the time limits shall not bar this office from proceeding.

Sincerely,

*George Richards*

George Richards, DVM
Chairman
Illinois Civil Service Commission

Received: 5/21/03             Date: *[signature]*



George E. Richards
CHAIRMAN

State of Illinois
CIVIL SERVICE COMMISSION
425 ½ South Fourth Street
Springfield, Illinois 62701
(217) 782-7373
FAX (217) 524-3706

COMMISSIONERS
John M. Dorgan
Raymond W. Ewell
Dan P. Fabrizio
Barbara J. Peterson

## Names of Potential Known Witnesses

Andy Walter

Donald Snyder

Nanci Bounds

Tricia Pineda

Robert Powers is hereby discharged from his position as Executive Secretary of the Civil Service Commission for the following reasons:

1. On or about September 6, 2002 through September 13, 2002, you signed your name in the box labeled "Director of Central Management Services" on the Personnel Action Forms (CMS-2) for Central Management Services (CMS) employees Frank Cavellaro, Susan Gowen and Lori Skinner as though you were the Director of CMS. Your actions constitute an unlawful act under the Personnel Code in violation of Section 13 (20 ILCS Section 13). Specifically, you made a false statement, certificate or mark with respect to an appointment when you (1) were not authorized to sign the documents on behalf of the Director of CMS; (2) knew that the Director of CMS had not approved the transactions as required by the Personnel Rules; and (3) knew that, in the case of re-employment to the term position, the position had not been filled in compliance with Section 302.820(a) of the Personnel Rules. In the case of Frank Cavellaro, you altered the effective date on the CMS-2 "Reinstatement to Term Appointment".

2. In September 2002, you directed Department of Corrections (DOC) staff to make effective a series of four transactions for employees Mark Kinnaman, Diane Hurrelbrink and Lynnette Jones on certain dates regardless of the date the documents were actually signed. Such conduct constitutes a violation of Section 13 of the Personnel Code (20 ILCS Section 13). Specifically, you affixed a false mark or statement on an official document with regard to an appointment under the Personnel Code, which resulted in all four transactions being inappropriately executed at one time.

3. There is substantial evidence that you knew or should have know that the above-referenced employees did not perform the duties of the exempt appointments. First, the DOC transactions were executed at one time, therefore making it impossible for the employees to have ceased performing the duties of their original term appointments or to have served in the exempt positions. Second, you signed the Personnel Action Request for Lynette Jones authorizing that she be reinstated to a term appointment at DOC, when in fact you knew or should have known that Ms. Jones was performing duties at the Department of Agriculture. Finally, because of the identical pattern of the transactions for the CMS employees, you knew or should have known those employees did not perform the duties of the exempt appointments and did not cease performing the duties of their original term appointment. This evidence constitutes false statements relating to appointments made under the Personnel Code in violation of Section 13. (20 ILCS Section 13)

Robert Powers


Based on the foregoing, you have engaged in acts that violated the Personnel Code and Rules. In your role as Executive Secretary of the Civil Service Commission you are charged with interpreting and upholding the Personnel Code and Rules. Your actions constitute substantial shortcomings that render continued employment by the State a detriment to the discipline and efficiency of your job as Executive Secretary. Pursuant to 80 Ill. Admin. Code Section 302.700 (Cause for Discharge) and 80 Ill. Admin. Code 1 Rule 20 (Cause for Discharge) your actions are cause for discharge.

# State of Illinois
## Office of the Governor
## Personnel Action Request

This form is required to authorize an agency to fill positions (including appointments to temporary positions) that are exempt from <u>Rutan</u> and to renew term appointments to those positions which are determined to be exempt from <u>Rutan</u>. An agency, board or commission must complete the agency portion below and submit this form to the Governor's Office of Executive Personnel/Labor Relations, Room 107 Stratton, Springfield, Illinois 62706. <u>No commitment may be made prior to approval.</u>

### AGENCY REQUEST

**Agency:** Central Management Services    **Bureau/Division/Facility:** Directors Office

**Personnel Action Requested:** Exempt Appointment 4d3/Sue Gowen

**Position Classification:** Senior Public Service Admin.    **Option: #** 1    **Position Number:** 40070-37-19-000-01-01

**Location of Position:** Sangamon (County)    Springfield (City)    Stratton Office Building (Address/Building)

**Is Position Supervisory?**    X Yes    No    If yes number of personnel supervised: _____

Summary of Position Duties and Responsibilities - Please be specific (CMS class specifications will not be accepted): <u>Subject to management approval, serves as Deputy to the Director of Central Management Services directing the Human Resources program under the Personnel Code, developing policy recommendation on all human resource matters affecting agencies subject to the Governor, and directing the implementation of all existing and revised Human Resource policies and programs. Directs the Departments EEO, ADA and Upward Mobility Programs.</u>

Please list specialized skills, abilities or knowledge required for this position: Requires knowledge, skill and mental development equivalent to completion of four years of college and four years of progressively responsible administrative experience in a public or business organization.

If the personnel action requested is for a <u>current</u> employee, please attach a copy of that person's application.

The agency understands that, while a position may be excluded from the purview of the <u>Rutan</u> or <u>Vickery</u> decisions, provisions of the Personnel Code or collective bargaining agreements may apply and will be observed.

**Authorized Signature:** _[signature]_    **Date:** 10 Sept 02

### APPROVAL

Approved by the Governor's Office of Executive Personnel/Labor Relations

**By:** _[signature]_    **Date:** _____

# ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES
## PERSONNEL/POSITION ACTION FORM

**1. PRINTED** | 01 | 02 SOCIAL SECURITY NO.

### EMPLOYEE INFORMATION

| 03 LAST NAME | FIRST | 04 INIT | 05 SEX | 06 RACE | 07 VET | EDUC | 08 DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| GOWEN | SUSAN | W | F | W | N | 5 | 09-21-43 |

| 09 STREET ADDRESS | 10 CITY | 11 COUNTY | 12 STATE | 13 ZIP CODE | 13A NAT'L ORIG |
|---|---|---|---|---|---|
| 20428 DORIA LANE | OLYMPIA FIELDS | 016 | IL | 60461 | 093 |

| 14 PAY PLAN | 15 PAY GRADE | 16 PAY STEP | 17 SALARY | 18 PAY RATE | 19 FULL/PT TIME | 20 FUNDING BRD. COM | 21 PAYROLL DEPT | CODE APPROP | 22 CORRECTED SOCIAL SECURITY NO | 22A BARGAINING UNIT CODE | 22B PERF. CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| S | 52 | 00 | 6622.00 | M | F | 00 | 37 | 401 | | TA000 | |
| | | | | | | | 37 | 401 | | | |

| 23 CONTINUOUS SERVICE DATE | 24 SENIORITY / DATE | 25 CREDITABLE SERVICE DATE | 26 APPT. EXPIRATION DATE | 27 STATUS | 28 SUSPENSION/LOA RETURN DATE | 29 APPT. REQ. NO. | 29A HANDICAP |
|---|---|---|---|---|---|---|---|
| 04-25-91 | NO DATE | 05-01-02 | 02-28-03 | A | | | |

### POSITION INFORMATION

| 30 POSITION TITLE (NAME) | 31 POSITION NUMBER | 32 EXMT CODE | 33 WORK COUNTY | 34 AA AUTH. | 35 AUDIT | 36 POS DES COMP. |
|---|---|---|---|---|---|---|
| Senior Public Serv Adm | 40070-37-21-500-01-01 | 0 | 016 | | | |
| | 40070-37-21-500-01-01 | | | | | |

### TRANSACTION INFORMATION

| 37 TRANSACTION NAME | 38 TRANS CODE | 39 EFFECTIVE DATE | 40 PRIORITY |
|---|---|---|---|
| LAST TRANS. 1 MERIT COMP. INCREASE | BA 008 | 05-01-02 | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| THIS TRANS. 1 Separation - To Accept | | | |
| 2 Another State Position | BA128 | 09-06-02 | |
| 3 | | | |
| 4 | | | |

**CODES**

| STATUS | EXEMPT |
|---|---|
| A-CERTIFIED | 0-NOT EXEMPT |
| B-PROB. 3 MOS | 1-PRIVATE SECRETARY |
| C-PROB. 6 MOS | 2-ADMINISTRATIVE HEAD |
| D-PROVISIONAL | 3-POLICY MAKER |
| F-EXEMPT | 4-UNSKILLED |
| G-TEMPORARY | 5-LIC. ATTORNEY |
| H-EMERGENCY | 6-OUT OF STATE |
| J-TRAINEE | 8-PARTIAL EXTENSION |
| K-TRAINEE | |
| L-TRAINEE | EDUCATION |

| RACE | |
|---|---|
| A-AMERICAN INDIAN | 1-GRADE SCHOOL |
| B-BLACK | 2-SOME HIGH SCHOOL |
| O-ORIENTAL | 3-H S GRAD OR GED |
| S-SPANISH AMERICAN | 4-SOME COLLEGE |
| W-CAUCASIAN | 5-BA/BS |
| X-OTHER | 6-MA/MS |
| | 7-PH D/MD |
| | 8-OTHER DEGREE |

### REMARKS

Personnel

---

EMPLOYEE SIGNATURE REQ ON VC ACTION: *Susan Gowen* | DATE | AGENCY APPROVAL (OPTIONAL) | DATE
SIGNATURE OF PERSON SERVING SUS. DISC | DATE | AGENCY BUDGETARY (OPTIONAL) | DATE
BY MAIL ☐ IN PERSON ☐ | | | |
DIRECTOR OF CENTRAL MANAGEMENT SERVICES | DATE | AGENCY HEAD APPROVAL | DATE

CMS-2111-83)
IL-401-0679

# ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES
## PERSONNEL/POSITION ACTION FORM

### EMPLOYEE INFORMATION

| LAST NAME | FIRST | INIT | SEX | RACE | VET | EDUC | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| Gowen | Susan | W | F | W | N | 5 | 09-21-43 |

| STREET ADDRESS | CITY | COUNTY | STATE | ZIP CODE | NAT'L ORIG |
|---|---|---|---|---|---|
| 20428 Doria Lane | Olympia Fields | 016 | IL | 60461 | 093 |

| PAY PLAN | PAY GRADE | PAY STEP | SALARY | PAY RATE | FULL/PT TIME | FUNDING BRD COM | PAYROLL DEPT. | CODE APPROP | CORRECTED SOCIAL SECURITY NO. | BARGAINING UNIT CODE | PERF. CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | EX000 | |
| 5 | 52 | 00 | 6622.00 | M | F | 00 | 37 | 401 | | EX000 | |

| CONTINUOUS SERVICE DATE | SENIORITY / DATE | CREDITABLE SERVICE DATE | APPT. EXPIRATION DATE | STATUS | SUSPENSION/LOA RETURN DATE | APPT. REQ. NO. | HANDICAP |
|---|---|---|---|---|---|---|---|
| 04-25-91 | none | 05-01-02 | | F | | | 0 |

### POSITION INFORMATION

| POSITION TITLE (NAME) | POSITION NUMBER | EXMT CODE | WORK COUNTY | A/I AUTH. | AUDIT | POS DES COMP. |
|---|---|---|---|---|---|---|
| Senior Public Service Administrator | 40070-37-19-000-01-01 | 3 | 016 | | | |

### TRANSACTION INFORMATION

| TRANSACTION NAME | TRANS CODE | EFFECTIVE DATE | PRIORITY |
|---|---|---|---|
| LAST TRANS. 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| THIS TRANS. 1 Exempt Appointment | BA045 | 09-09-02 | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

**CODES**

**STATUS**: A-CERTIFIED, B-PROB. 3 MOS, C-PROB 6 MOS, D-PROVISIONAL, F-EXEMPT, G-TEMPORARY, H-EMERGENCY, J-TRAINEE, K-TRAINEE, L-TRAINEE

**EXEMPT**: 0-NOT EXEMPT, 1-PRIVATE SECRETARY, 2-ADMINISTRATIVE HEAD, 3-POLICY MAKER, 4-UNSKILLED, 5-LIC. ATTORNEY, 6-OUT OF STATE, 8-PARTIAL EXTENSION

**RACE**: A-AMERICAN INDIAN, B-BLACK, O-ORIENTAL, S-SPANISH AMERICAN, W-CAUCASIAN, X-OTHER

**EDUCATION**: 1-GRADE SCHOOL, 2-SOME HIGH SCHOOL, 3-H S GRAD OR GED, 4-SOME COLLEGE, 5-BA/BS, 6-MA/MS, 7-PHD/MD, 8-OTHER DEGREE

### REMARKS
Personnel

Employee Signature: Susan Gowen

# ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES
## PERSONNEL/POSITION ACTION FORM

**PRINTED** | **SOCIAL SECURITY NO.**

### EMPLOYEE INFORMATION

| LAST NAME | FIRST | INIT | SEX | RACE | VET | EDUC | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| Gowen | Susan | W | | | | | |

| STREET ADDRESS | CITY | COUNTY | STATE | ZIP CODE | NATL ORIG |
|---|---|---|---|---|---|
| | | | | | |

| PAY PLAN | PAY GRADE | PAY STEP | SALARY | PAY RATE | FULL/PT TIME | FUNDING SRC COM | PAYROLL DEPT | CODE APPROP | CORRECTED SOCIAL SECURITY NO. | BARGAINING UNIT CODE | PERF. CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 37 | 401 | | EX000 | |
| | | | | | | | 37 | 401 | | | |

| CONTINUOUS SERVICE DATE | SENIORITY / DATE | CREDITABLE SERVICE DATE | APPT. EXPIRATION DATE | STATUS | SUSPENSION/OA RETURN DATE | APPT. REQ. NO. | HANDICAP |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

### POSITION INFORMATION

| POSITION TITLE (NAME) | POSITION NUMBER | EXMT CODE | WORK COUNTY | AA AUTH. | AUDIT | POS DES COMP |
|---|---|---|---|---|---|---|
| | 40070-37-19-000-01-01 | | | | | |
| | 40070-37-19-000-01-01 | | | | | |

### TRANSACTION INFORMATION

| TRANSACTION NAME | TRANS CODE | EFFECTIVE DATE | PRIORITY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| Separation – To accept another State Position | BA128 | 09-12-02 | |
| | | | |
| | | | |

**CODES**

**STATUS**
- A-CERTIFIED
- B-PROB. 3 MOS.
- C-PROB. 6 MOS.
- D-PROVISIONAL
- F-EXEMPT
- G-TEMPORARY
- H-EMERGENCY
- J-TRAINEE
- K-TRAINEE
- L-TRAINEE

**EXEMPT**
- 0-NOT EXEMPT
- 1-PRIVATE SECRETARY
- 2-ADMINISTRATIVE HEAD
- 3-POLICY MAKER
- 4-UNSKILLED
- 5-LIC. ATTORNEY
- 6-OUT OF STATE
- 8-PARTIAL EXTENSION

**RACE**
- A-AMERICAN INDIAN
- B-BLACK
- O-ORIENTAL
- S-SPANISH AMERICAN
- W-CAUCASIAN
- X-OTHER

**EDUCATION**
- 1-GRADE SCHOOL
- 2-SOME HIGH SCHOOL
- 3-H S GRAD OR GED
- 4-SOME COLLEGE
- 5-BA/BS
- 6-MA/MS
- 7-PHD/ED
- 8-OTHER DEGREE

### REMARKS
Personnel

| EMPLOYEE'S SIGNATURE | DATE | AGENCY APPROVAL (OPTIONAL) | DATE |
|---|---|---|---|
| *Susan Gowen* | | | |
| SIGNATURE OF PERSON SERVING SUS/DISC | DATE | AGENCY BUDGETARY (OPTIONAL) | DATE |
| BY MAIL ☐ IN PERSON ☐ | | | |
| DIRECTOR OF CENTRAL MANAGEMENT SERVICES | DATE | AGENCY HEAD APPROVAL | DATE |
| | | | |

# State of Illinois
# Office of the Governor
# Personnel Action Request

This form is required to authorize an agency to fill positions (including appointments to temporary positions) that are exempt from <u>Rutan</u> and to renew term appointments to those positions which are determined to be exempt from <u>Rutan</u>. An agency, board or commission must complete the agency portion below and submit this form to the Governor's Office of Executive Personnel/Labor Relations, Room 107 Stratton, Springfield, Illinois 62706.
<u>No commitment may be made prior to approval.</u>

## AGENCY REQUEST

**Agency:** Central Management Services    **Bureau/Division/Facility:** Directors Office

**Personnel Action Requested:** Reinstatement to Term

**Position Classification:** Senior Public Service Admin.    **Option: #** 1    **Position Number:** 40070-37-21-500-01-01

**Location of Position:** Cook (County)    Chicago (City)    James R. Thompson Center (Address/Building)

**Is Position Supervisory?**    X Yes    No    If yes number of personnel supervised: _____

Summary of Position Duties and Responsibilities - Please be specific (CMS class specifications will not be accepted):
<u>Subject to management approval, serves as Deputy to the Director of Central Management Services directing the Human Resources program under the Personnel Code, developing policy recommendation on all human resource matters affecting agencies subject to the Governor, and directing the implementation of all existing and revised Human Resource policies and programs. Directs the Departments EEO, ADA and Upward Mobility Programs.</u>

Please list specialized skills, abilities or knowledge required for this position: Requires knowledge, skill and mental development equivalent to completion of four years of college and four years of progressively responsible administrative experience in a public or business organization.

If the personnel action requested is for a <u>current</u> employee, please attach a copy of that person's application.

The agency understands that, while a position may be excluded from the purview of the <u>Rutan</u> or <u>Vickery</u> decisions, provisions of the Personnel Code or collective bargaining agreements may apply and will be observed.

**Authorized Signature:** [signature]    **Date:** 16 Sept 02

## APPROVAL

Approved by the Governor's Office of Executive Personnel/Labor Relations

**By:** [signature]    **Date:** _____

# ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES
## PERSONNEL/POSITION ACTION FORM

**PRINTED** (01)  
**SOCIAL SECURITY NO.** (02)

### 1. EMPLOYEE INFORMATION

| LAST NAME (03) | FIRST | INIT (04) | SEX (05) | RACE (06) | VET (07) | EDUC | DATE OF BIRTH (08) |
|---|---|---|---|---|---|---|---|
| Gowen | Susan | | W | F | N | 5 | 09-21-43 |

| STREET ADDRESS (09) | CITY (10) | COUNTY (11) | STATE (12) | ZIP CODE (13) | NATL ORIG (13A) |
|---|---|---|---|---|---|
| 20428 Doria Lane | Olympia Fields | 016 | IL | 60461 | 093 |

| PAY PLAN (14) | PAY GRADE (15) | PAY STEP (16) | SALARY (17) | PAY RATE (18) | FULL/PT TIME (19) | FUNDING BRD COM (20) | PAYROLL DEPT (21) | CODE APPROP | CORRECTED SOCIAL SECURITY NO. (22) | BARGAINING UNIT CODE (22A) | PERF CODE (22B) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 52 | 00 | 6622.00 | M | F | 00 | 37 | 401 | | TA000 | |

| CONTINUOUS SERVICE DATE (23) | SENIORITY/DATE (24) | CREDITABLE SERVICE DATE (25) | APPT. EXPIRATION DATE (26) | STATUS (27) | SUSPENSION/LOA RETURN DATE (28) | APPT. REQ. NO. (29) | HANDI CAP (29A) |
|---|---|---|---|---|---|---|---|
| 04-25-91 | none | 05-01-02 | | B | | | 0 |

### POSITION INFORMATION

| POSITION TITLE (NAME) (30) | POSITION NUMBER (31) | EXMT CODE (32) | WORK COUNTY (33) | AA AUTH. (34) | AUDIT (35) | POS DES COMP (36) |
|---|---|---|---|---|---|---|
| Senior Public Service Administrator | 40070-37-21-500-01-01 | 0 | 016 | | | |

### TRANSACTION INFORMATION

| TRANSACTION NAME (37) | TRANS CODE (38) | EFFECTIVE DATE (39) | PRIORITY (40) |
|---|---|---|---|
| LAST TRANS 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| THIS TRANS 1 REINSTATEMENT TERM APPOINTMENT | BA152 | 09-13-02 | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

**CODES**

**STATUS**: A-CERTIFIED, B-PROB 3 MOS, C-PROB 6 MOS, D-PROVISIONAL, F-EXEMPT, G-TEMPORARY, H-EMERGENCY, J-TRAINEE, K-TRAINEE, L-TRAINEE

**EXEMPT**: 0-NOT EXEMPT, 1-PRIVATE SECRETARY, 2-ADMINISTRATIVE HEAD, 3-POLICY MAKER, 4-UNSKILLED, 5-UC. ATTORNEY, 6-OUT OF STATE, 8-PARTIAL EXTENSION

**RACE**: A-AMERICAN INDIAN, B-BLACK, O-ORIENTAL, S-SPANISH AMERICAN, W-CAUCASIAN, X-OTHER

**EDUCATION**: 1-GRADE SCHOOL, 2-SOME HIGH SCHOOL, 3-H S GRAD OR GED, 4-SOME COLLEGE, 5-BA/BS, 6-MA/MS, 7-PHD/MD, 8-OTHER DEGREE

### REMARKS
Personnel

---

EMPLOYEES SIGNATURE, REQ ON VOL ACTION: *Susan Gowen*  DATE    AGENCY APPROVAL (OPTIONAL)  DATE  
SIGNATURE OF PERSON SERVING SUS/DISC          DATE    AGENCY BUDGETARY (OPTIONAL)  DATE  
BY MAIL ☐  IN PERSON ☐  
DIRECTOR OF CENTRAL MANAGEMENT SERVICES       DATE    AGENCY HEAD APPROVAL           DATE

CMS-2/11-87

# ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES
## PERSONNEL/POSITION ACTION FORM

**PRINTED** 01

### 1. EMPLOYEE INFORMATION

| LAST NAME | FIRST | INIT | SEX | RACE | VET | EDUC | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| CAVALLARO | FRANK | J | M | W | N | 5 | 03-08-58 |

| STREET ADDRESS | CITY | COUNTY | STATE | ZIP CODE | NAT'L ORIG |
|---|---|---|---|---|---|
| 401 N. DURKIN DR. | SPRINGFIELD | 084 | IL | 62702 | 037 |

| PAY PLAN | PAY GRADE | PAY STEP | SALARY | PAY RATE | FULL/PT TIME | FUNDING BRD CON | PAYROLL DEPT | CODE APPROP | CORRECTED SOCIAL SECURITY NO. | BARGAINING UNIT CODE | PERF. CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 52 | 00 | 8228.00 | M | F | 00 | 37 | 501 | | TA000 | |

| CONTINUOUS SERVICE DATE | SENIORITY / DATE | CREDITABLE SERVICE DATE | APPT. EXPIRATION DATE | STATUS | SUSPENSION/LOA RETURN DATE | APPT. REQ. NO. | HANDI CAP |
|---|---|---|---|---|---|---|---|
| 05-20-81 | NO DATE | 02-01-02 | 02-15-03 | A | NO DATE | | 000 |

### POSITION INFORMATION

| POSITION TITLE (NAME) | POSITION NUMBER | EXMT CODE | WORK COUNTY | AA AUTH. | AUDIT | POS DES COMP. |
|---|---|---|---|---|---|---|
| SENIOR PUBLIC SERV ADM | 40070-37-10-000-01-01 | 0 | 084 | | | |
| | 40070-37-10-000-01-01 | | | | | |

### TRANSACTION INFORMATION

| TRANSACTION NAME | TRANS CODE | EFFECTIVE DATE | PRIORITY |
|---|---|---|---|
| 1 MERIT COMP. INCREASE | BA008 | 02-01-02 | |
| 1 Separation - To Accept |  |  |  |
| 2 Another State Position | BA128 | 09-06-02 | |

**CODES**

**STATUS**
- A-CERTIFIED
- B-PROB. 3 MOS
- C-PROS 6 MOS
- D-PROVISIONAL
- F-EXEMPT
- G-TEMPORARY
- H-EMERGENCY
- J-TRAINEE
- K-TRAINEE
- L-TRAINEE

**EXEMPT**
- 0-NOT EXEMPT
- 1-PRIVATE SECRETARY
- 2-ADMINISTRATIVE HEAD
- 3-POLICY MAKER
- 4-UNSKILLED
- 5-LIC. ATTORNEY
- 6-OUT OF STATE
- 8-PARTIAL EXTENSION

**RACE**
- A-AMERICAN INDIAN
- B-BLACK
- O-ORIENTAL
- S-SPANISH AMERICAN
- W-CAUCASIAN
- X-OTHER

**EDUCATION**
- 1-GRADE SCHOOL
- 2-SOME HIGH SCHOOL
- 3-H S GRAD OR GED
- 4-SOME COLLEGE
- 5-B/BS
- 6-MA/MS
- 7-PH.D
- 8-OTHER DEGREE

### REMARKS
BCCS

CMS-2111-431

# State of Illinois
# Office of the Governor
# Personnel Action Request

This form is required to authorize an agency to fill positions (including appointments to temporary positions) that are exempt from Rutan and to renew term appointments to those positions which are determined to be exempt from Rutan. An agency, board or commission must complete the agency portion below and submit this form to the Governor's Office of Executive Personnel/Labor Relations, Room 107 Stratton, Springfield, Illinois 62706.
**No commitment may be made prior to approval.**

## AGENCY REQUEST

**Agency:** Central Management Services     **Bureau/Division/Facility:** Directors Office

**Personnel Action Requested:** Exempt Appointment 4d3/Frank Cavallaro

**Position Classification:** Senior Public Service Admin.   **Option: #** 1   **Position Number:** 40070-37-19-000-01-01

**Location of Position:** Sangamon (County)   Springfield (City)   201 W. Jefferson (Address/Building)

**Is Position Supervisory?**   X Yes   No   If yes number of personnel supervised: _____

Summary of Position Duties and Responsibilities - Please be specific (CMS class specifications will not be accepted): Subject to management approval, serves as Deputy to the Director of Central Management Services directing the Human Resources program under the Personnel Code, developing policy recommendation on all human resource matters affecting agencies subject to the Governor, and directing the implementation of all existing and revised Human Resource policies and programs. Directs the Departments EEO, ADA and Upward Mobility Programs.

Please list specialized skills, abilities or knowledge required for this position: Requires knowledge, skill and mental development equivalent to completion of four years of college and four years of progressively responsible administrative experience in a public or business organization.

If the personnel action requested is for a current employee, please attach a copy of that person's application.

The agency understands that, while a position may be excluded from the purview of the Rutan or Vickery decisions, provisions of the Personnel Code or collective bargaining agreements may apply and will be observed.

**Authorized Signature:** _[signature]_     **Date:** 10 Sept 02

## APPROVAL

Approved by the Governor's Office of Executive Personnel/Labor Relations

**By:** _[signature]_     **Date:** _____

# ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES
## PERSONNEL/POSITION ACTION FORM

**1 PRINTED** 01 | **SOCIAL SECURITY NO.** 02

### EMPLOYEE INFORMATION

| 03 LAST NAME | FIRST | 04 INIT | 05 SEX | 06 RACE | 07 VET | EDUC | 08 DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| CAVALLARO | FRANK | J | M | W | N | 5 | 03-08-58 |

| 09 STREET ADDRESS | 10 CITY | 11 COUNTY | 12 STATE | 13 ZIP CODE | 13A NAT. ORIG |
|---|---|---|---|---|---|
| 401 N. DURKIN DRIVE | SPRINGFIELD | 084 | IL | 62702 | 037 |

| 14 PAY PLAN | 15 PAY GRADE | 16 PAY STEP | 17 SALARY | 18 PAY RATE | 19 FULL/PT TIME | 20 FUNDING SRC.COM | 21 PAYROLL DEPT. CODE APPROP. | 22 CORRECTED SOCIAL SECURITY NO. | 22A BARGAINING UNIT CODE | 22B PERF. CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 52 | 00 | 8228 00 | M | F | 00 | 37 501 | | EX000 | |

| 23 CONTINUOUS SERVICE DATE | 24 SENIORITY / DATE | 25 CREDITABLE SERVICE DATE | 26 APPT. EXPIRATION DATE | 27 STATUS | 28 SUSPENSION/LOA RETURN DATE | 29 APPT REQ. NO. | 29A HANDICAP |
|---|---|---|---|---|---|---|---|
| 05-20-81 | NONE | 02-01-02 | | F | | | 0 |

### POSITION INFORMATION

| 30 POSITION TITLE (NAME) | 31 POSITION NUMBER | 32 EXMT CODE | 33 WORK COUNTY | 34 AA AUTH | 35 AUDIT | 36 POS DES COMP |
|---|---|---|---|---|---|---|
| SENIOR PUBLIC SERVICE ADMINISTRATOR | 40070-37-19-000-01-01 | 3 | 084 | | | |

### TRANSACTION INFORMATION

| 37 TRANSACTION NAME | 38 TRANS CODE | 39 EFFECTIVE DATE | 40 PRIORITY |
|---|---|---|---|
| LAST TRANS. 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| THIS TRANS. 1 EXEMP APPOINTMENT | BA045 | 09-09-02 | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

**CODES**

**STATUS**
- A-CERTIFIED
- B-PROB. 3 MOS
- C-PROB. 6 MOS
- D-PROVISIONAL
- F-EXEMPT
- G-TEMPORARY
- H-EMERGENCY
- J-TRAINEE
- K-TRAINEE
- L-TRAINEE

**EXEMPT**
- 0-NOT EXEMPT
- 1-PRIVATE SECRETARY
- 2-ADMINISTRATIVE HEAD
- 3-POLICY MAKER
- 4-UNSKILLED
- 5-UC ATTORNEY
- 6-OUT OF STATE
- 8-PARTIAL EXTENSION

**RACE**
- A-AMERICAN INDIAN
- B-BLACK
- O-ORIENTAL
- S-SPANISH AMERICAN
- W-CAUCASIAN
- X-OTHER

**EDUCATION**
- 1-GRADE SCHOOL
- 2-SOME HIGH SCHOOL
- 3-H S GRAD OR GED
- 4-SOME COLLEGE
- 5-BA/BS
- 6-MA/MS
- 7-PH/MD
- 8-OTHER DEGREE

### REMARKS
BCCS

EMPLOYEES SIGNATURE (REQ OF VOL ACTION) | DATE | AGENCY APPROVAL (OPTIONAL) | DATE

SIGNATURE OF PERSON SERVING SUS/DISC | DATE | AGENCY BUDGETARY (OPTIONAL) | DATE
BY MAIL ☐   IN PERSON ☐

DIRECTOR OF CENTRAL MANAGEMENT SERVICES | DATE | AGENCY HEAD APPROVAL | DATE

CMS-2 (11-83)

# ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES
## PERSONNEL/POSITION ACTION FORM

### 1. EMPLOYEE INFORMATION

| LAST NAME | FIRST | UNIT | SEX | RACE | VET | EDUC | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| CAVALLARO | FRANK | J | | | | | |

| STREET ADDRESS | CITY | COUNTY | STATE | ZIP CODE | NATL ORIG |
|---|---|---|---|---|---|
| | | | | | |

| PAY PLAN | PAY GRADE | PAY STEP | SALARY | PAY RATE | FULL PT TIME | FUNDING BRO COM | PAYROLL DEPT | CODE APPROP | CORRECTED SOCIAL SECURITY NO. | BARGAINING UNIT CODE | PERF. CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 37 | 501 | | EX000 | |
| | | | | | | | 37 | 501 | | | |

| CONTINUOUS SERVICE DATE | SENIORITY / DATE | CREDITABLE SERVICE DATE | APPT. EXPIRATION DATE | STATUS | SUSPENSION/LOA RETURN DATE | APPT. REQ. NO. | HANDI CAP |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

### POSITION INFORMATION

| POSITION TITLE (NAME) | POSITION NUMBER | EXMT CODE | WORK COUNTY | AA AUTH | AUDIT | POS DES COMP |
|---|---|---|---|---|---|---|
| SENIOR PUBLIC SERVICE ADM. | 40070-37-19-000-01-01 | | | | | |
| | 40070-37-19-000-01-01 | | | | | |

### TRANSACTION INFORMATION

| TRANSACTION NAME | TRANS CODE | EFFECTIVE DATE | PRIORITY |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 1 Separation - To Accept Another State Position | BA128 | 09-12-02 | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

**CODES**

**STATUS**
A-CERTIFIED
B-PROB. 3 MOS
C-PROB 6 MOS
D-PROVISIONAL
F-EXEMPT
G-TEMPORARY
H-EMERGENCY
J-TRAINEE
K-TRAINEE
L-TRAINEE

**EXEMPT**
0-NOT EXEMPT
1-PRIVATE SECRETARY
2-ADMINISTRATIVE HEAD
3-POLICY MAKER
4-UNSKILLED
5-LIC. ATTORNEY
6-OUT OF STATE
8-PARTIAL EXTENSION

**RACE**
A-AMERICAN INDIAN
B-BLACK
O-ORIENTAL
S-SPANISH AMERICAN
W-CAUCASIAN
X-OTHER

**EDUCATION**
1-GRADE SCHOOL
2-SOME HIGH SCHOOL
3-H S GRAD OR GED
4-SOME COLLEGE
5-BA/BS
6-MA/MS
7-PHD/MD
8-OTHER DEGREE

### REMARKS

BCCS

| EMPLOYEE'S SIGNATURE REQ ON VOL ACTION | DATE | AGENCY APPROVAL (OPTIONAL) | DATE |
| SIGNATURE OF PERSON SERVING SUS DIS | DATE | AGENCY BUDGETARY (OPTIONAL) | DATE |
| BY MAIL ☐  IN PERSON ☐ | | | |
| DIRECTOR OF CENTRAL MANAGEMENT SERVICES | DATE | AGENCY HEAD APPROVAL | DATE |

CMS-2111-83

State of Illinois
Office of the Governor
Personnel Action Request

This form is required to authorize an agency to fill positions (including appointments to temporary positions) that are exempt from <u>Rutan</u> and to renew term appointments to those positions which are determined to be exempt from <u>Rutan</u>. An agency, board or commission must complete the agency portion below and submit this form to the Governor's Office of Executive Personnel/Labor Relations, Room 107 Stratton, Springfield, Illinois 62706.
<u>No commitment may be made prior to approval</u>.

## AGENCY REQUEST

Agency: Central Management Services    Bureau/Division/Facility: Communication & Computer Services

Personnel Action Requested: Reinstatement to Term

Position Classification: Senior Public Serv. Admin.    Option: # 3    Position Number: 40070-37-10-000-01-01

Location of Position:    Sangamon    Springfield    201 W. Jefferson
                         County      City           Address/Building

Is Position Supervisory?    X Yes    No    If yes number of personnel supervised: _____

Summary of Position Duties and Responsibilities - Please be specific (CMS class specifications will not be accepted):
Subject to management approval of the Associate Director at CMS, performs highlyl responsible and complex administrative duties by planning, assigning, supervising and reviewing all activities within the Bureau of Communication and Computer Services (BCCS), coordinates and review all staff activities regarding planning and performance management and all division line functions in the area of Telecommunications, Information Services, and Agency Services.

Please list specialized skills, abilities or knowledge required for this position: Requires experience in major computer systems and Telecommunication systems..

If the personnel action requested is for a <u>current</u> employee, please attach a copy of that person's application.

The agency understands that, while a position may be excluded from the purview of the <u>Rutan</u> or <u>Vickery</u> decisions, provisions of the Personnel Code or collective bargaining agreements may apply and will be observed.

Authorized Signature: _____    Date: 10 Sept 02

## APPROVAL

Approved by the Governor's Office of Executive Personnel/Labor Relations

By: _____    Date: _____

# ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERV.
## PERSONNEL/POSITION ACTION FORM

**PRINTED**

### EMPLOYEE INFORMATION

| LAST NAME | FIRST | INIT | SEX | RACE | VET | EDUC | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| Cavallaro | Frank | J | M | W | N | 5 | 03-08-58 |

| STREET ADDRESS | CITY | COUNTY | STATE | ZIP CODE | NAT'L ORIG |
|---|---|---|---|---|---|
| 401 N. Durkin Drive | Springfield | 084 | IL | 62702 | 037 |

| PAY PLAN | PAY GRADE | PAY STEP | SALARY | PAY RATE | FULL/PT TIME | FUNDING BRC.COM | PAYROLL DEPT. | CODE APPROP. | CORRECTED SOCIAL SECURITY NO. | BARGAINING UNIT CODE | PERF. CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 52 | 00 | 8228.00 | M | F | 00 | 37 | 501 | | TA000 | |

| CONTINUOUS SERVICE DATE | SENIORITY / DATE | CREDITABLE SERVICE DATE | APPT. EXPIRATION DATE | STATUS | SUSPENSION/LOA RETURN DATE | APPT. REQ. NO. | HANDI CAP |
|---|---|---|---|---|---|---|---|
| 05-20-81 | no date | 02-01-02 | | B | | | 0 |

### POSITION INFORMATION

| POSITION TITLE (NAME) | POSITION NUMBER | EXMT CODE | WORK COUNTY | AA AUTH. | AUDIT | POS DES COMP |
|---|---|---|---|---|---|---|
| Senior Public Service Administrator | 40070-37-10-000-01-01 | 0 | 084 | | | |

### TRANSACTION INFORMATION

| | TRANSACTION NAME | TRANS CODE | EFFECTIVE DATE | PRIORITY |
|---|---|---|---|---|
| LAST TRANS 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| THIS TRANS 1 | Reinstatement Term Appointment | BA152 | 09-??-02 | 13 |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

**CODES**

**STATUS**
- A-CERTIFIED
- B-PROB. 3 MOS
- C-PROB. 6 MOS
- D-PROVISIONAL
- F-EXEMPT
- G-TEMPORARY
- H-EMERGENCY
- J-TRAINEE
- K-TRAINEE
- L-TRAINEE

**EXEMPT**
- 0-NOT EXEMPT
- 1-PRIVATE SECRETARY
- 2-ADMINISTRATIVE HEAD
- 3-POLICY MAKER
- 4-UNSKILLED
- 5-U.C. ATTORNEY
- 6-OUT OF STATE
- 8-PARTIAL EXTENSION

**RACE**
- A-AMERICAN INDIAN
- B-BLACK
- O-ORIENTAL
- S-SPANISH AMERICAN
- W-CAUCASIAN
- X-OTHER

**EDUCATION**
- 1-GRADE SCHOOL
- 2-SOME HIGH SCHOOL
- 3-H S GRAD OR GED
- 4-SOME COLLEGE
- 5-B.A/B.S
- 6-M.A/M.S
- 7-PH/MD
- 8-OTHER DEGREE

### REMARKS

BCCS

| EMPLOYEE'S SIGNATURE | DATE | AGENCY APPROVAL (OPTIONAL) | DATE |
|---|---|---|---|
| SIGNATURE OF PERSON SERVING SUS/DISC | DATE | AGENCY BUDGETARY (OPTIONAL) | DATE |
| BY MAIL ☐  IN PERSON ☐ | | | |
| DIRECTOR OF CENTRAL MANAGEMENT SERVICES | DATE | AGENCY HEAD APPROVAL | DATE |

CMS-2 (11-83)
IL 401-0679

# ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES
## PERSONNEL/POSITION ACTION FORM

K1 H

**1. PRINTED** | **02. SOCIAL SECURITY NO.**

### EMPLOYEE INFORMATION

| LAST NAME | FIRST | INIT | SEX | RACE | VET | EDUC | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| Skinner | Lori | C | | | | | |

| STREET ADDRESS | CITY | COUNTY | STATE | ZIP CODE | NATL ORIG |
|---|---|---|---|---|---|
| | | | | | |

| PAY PLAN | PAY GRADE | PAY STEP | SALARY | PAY RATE | FULL/PT TIME | FUNDING SRC COM | PAYROLL DEPT. | CODE APPROP. | CORRECTED SOCIAL SECURITY NO. | BARGAINING UNIT CODE | PERF. CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 37 | 307 | | TA000 | |
| | | | | | | | 37 | 307 | | | |

| CONTINUOUS SERVICE DATE | SENIORITY / DATE | CREDITABLE SERVICE DATE | APPT. EXPIRATION DATE | STATUS | SUSPENSION/LOA RETURN DATE | APPT. REQ. NO. | HANDI CAP |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

### POSITION INFORMATION

| POSITION TITLE (NAME) | POSITION NUMBER | EXMT CODE | WORK COUNTY | AA AUTH | AUDIT | POS DES COMP |
|---|---|---|---|---|---|---|
| Senior Public Service Adm. | 40070-37-30-000-01-01 | | | | | |
| | 40070-37-30-000-01-01 | | | | | |

### TRANSACTION INFORMATION

| | TRANSACTION NAME | TRANS CODE | EFFECTIVE DATE | PRIORITY |
|---|---|---|---|---|
| LAST TRANS. 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| THIS TRANS. 1 | Separation - To Accept | | | |
| 2 | Another State Position | BA128 | 09-06-02 | |
| 3 | | | | |
| 4 | | | | |

**CODES**

**STATUS**
- A-CERTIFIED
- B-PROB. 3 MOS
- C-PROB. 6 MOS
- D-PROVISIONAL
- F-EXEMPT
- G-TEMPORARY
- H-EMERGENCY
- J-TRAINEE
- K-TRAINEE
- L-TRAINEE

**EXEMPT**
- 0-NOT EXEMPT
- 1-PRIVATE SECRETARY
- 2-ADMINISTRATIVE HEAD
- 3-POLICY MAKER
- 4-UNSKILLED
- 5-LIC. ATTORNEY
- 6-OUT OF STATE
- 8-PARTIAL EXTENSION

**RACE**
- A-AMERICAN INDIAN
- B-BLACK
- O-ORIENTAL
- S-SPANISH AMERICAN
- W-CAUCASIAN
- X-OTHER

**EDUCATION**
- 1-GRADE SCHOOL
- 2-SOME HIGH SCHOOL
- 3-H S GRAD OR GED
- 4-SOME COLLEGE
- 5-BA/BS
- 6-MA/MS
- 7-PHD/MD
- 8-OTHER DEGREE

### REMARKS

Benefits

| EMPLOYEE'S SIGNATURE (REQ ON VOL ACTION) | DATE | AGENCY APPROVAL (OPTIONAL) | DATE |
|---|---|---|---|
| /s/ Lori C. Skinner | | | |
| SIGNATURE OF PERSON SERVING SUS/DISC | DATE | AGENCY BUDGETARY (OPTIONAL) | DATE |
| BY MAIL ☐ IN PERSON ☐ | | | |
| DIRECTOR OF CENTRAL MANAGEMENT SERVICES | DATE | AGENCY HEAD APPROVAL | DATE |

CMS-2 (11-83)

## State of Illinois
## Office of the Governor
## Personnel Action Request

This form is required to authorize an agency to fill positions (including appointments to temporary positions) that are exempt from <u>Rutan</u> and to renew term appointments to those positions which are determined to be exempt from <u>Rutan</u>. An agency, board or commission must complete the agency portion below and submit this form to the Governor's Office of Executive Personnel/Labor Relations, Room 107 Stratton, Springfield, Illinois 62706.
<u>No commitment may be made prior to approval.</u>

### AGENCY REQUEST

**Agency:** Central Management Services   **Bureau/Division/Facility:** Directors Office

**Personnel Action Requested:** Exempt Appointment 4d3/Lori Skinner

**Position Classification:** Senior Public Service Admin.   **Option: #** 1   **Position Number:** 40070-37-19-000-01-01

**Location of Position:** Sangamon (County)   Springfield (City)   Stratton Office Building (Address/Building)

**Is Position Supervisory?**   X Yes   No   If yes number of personnel supervised: _____

Summary of Position Duties and Responsibilities - Please be specific (CMS class specifications will not be accepted): <u>Subject to management approval, serves as Deputy to the Director of Central Management Services directing the Human Resources program under the Personnel Code, developing policy recommendation on all human resource matters affecting agencies subject to the Governor, and directing the implementation of all existing and revised Human Resource policies and programs. Directs the Departments EEO, ADA and Upward Mobility Programs.</u>

Please list specialized skills, abilities or knowledge required for this position: Requires knowledge, skill and mental development equivalent to completion of four years of college and four years of progressively responsible administrative experience in a public or business organization.

If the personnel action requested is for a <u>current</u> employee, please attach a copy of that person's application.

The agency understands that, while a position may be excluded from the purview of the <u>Rutan</u> or <u>Vickery</u> decisions, provisions of the Personnel Code or collective bargaining agreements may apply and will be observed.

**Authorized Signature:** [signature]   **Date:** 10 Sept 02

### APPROVAL

Approved by the Governor's Office of Executive Personnel/Labor Relations

**By:** [signature]   **Date:** _____

# ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES
## PERSONNEL/POSITION ACTION FORM

### EMPLOYEE INFORMATION

| LAST NAME | FIRST | INIT | SEX | RACE | VET | EDUC | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| Skinner | Lori | C | F | W | N | 8 | 02-24-66 |

| STREET ADDRESS | CITY | COUNTY | STATE | ZIP CODE | NATL ORIG |
|---|---|---|---|---|---|
| 2928 Kipling Court | Springfield | 084 | IL | 62707 | 129 |

| PAY PLAN | PAY GRADE | PAY STEP | SALARY | PAY RATE | FULL/PT TIME | FUNDING BRD.COM | PAYROLL DEPT. | CODE APPROP. | CORRECTED SOCIAL SECURITY NO. | BARGAINING UNIT CODE | PERF. CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 52 | 00 | 6858.00 | M | F | 00 | 37 | 307 | | EX000 | |

| CONTINUOUS SERVICE DATE | SENIORITY / DATE | CREDITABLE SERVICE DATE | APPT. EXPIRATION DATE | STATUS | SUSPENSION/LOA RETURN DATE | APPT. REQ. NO. | HANDI CAP |
|---|---|---|---|---|---|---|---|
| 09-03-93 | NONE | 04-01-02 | | F | | | 0 |

### POSITION INFORMATION

| POSITION TITLE (NAME) | POSITION NUMBER | EXMT CODE | WORK COUNTY | AM AUTH | AUDIT | POS DES COMP |
|---|---|---|---|---|---|---|
| Senior Public Service Administrator | 40070-37-19-000-01-01 | 3 | 084 | | | |

### TRANSACTION INFORMATION

| TRANSACTION NAME | TRANS CODE | EFFECTIVE DATE | PRIORITY |
|---|---|---|---|
| Exempt Appointment | BA045 | 09-09-02 | |

**CODES**

STATUS: A-CERTIFIED, B-PROB. 3 MOS, C-PROB. 6 MOS, D-PROVISIONAL, F-EXEMPT, G-TEMPORARY, H-EMERGENCY, J-TRAINEE, K-TRAINEE, L-TRAINEE

EXEMPT: 0-NOT EXEMPT, 1-PRIVATE SECRETARY, 2-ADMINISTRATIVE HEAD, 3-POLICY MAKER, 4-UNSKILLED, 5-LIC. ATTORNEY, 6-OUT OF STATE, 8-PARTIAL EXTENSION

RACE: A-AMERICAN INDIAN, B-BLACK, O-ORIENTAL, S-SPANISH AMERICAN, W-CAUCASIAN, X-OTHER

EDUCATION: 1-GRADE SCHOOL, 2-SOME HIGH SCHOOL, 3-H S GRAD OR GED, 4-SOME COLLEGE, 5-BA/BS, 6-MA/MS, 7-PHD/MD, 8-OTHER DEGREE

### REMARKS
Benefits

---

EMPLOYEES SIGNATURE (REQ ON VOL ACTION): *Lori C. Skinner* | DATE | AGENCY APPROVAL (OPTIONAL) | DATE

SIGNATURE OF PERSON SERVING SYS/DISC | DATE | AGENCY BUDGETARY (OPTIONAL) | DATE
BY MAIL ☐  IN PERSON ☑

DIRECTOR OF CENTRAL MANAGEMENT SERVICES | DATE | AGENCY HEAD APPROVAL: *Diane Ford* | DATE

CMS-2 (11-83)