# ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES
## PERSONNEL/POSITION ACTION FORM

PRINTED

### EMPLOYEE INFORMATION

| LAST NAME | FIRST | INIT | SEX | RACE | VET | EDUC | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| Skinner | Lori | C | | | | | |

| STREET ADDRESS | CITY | COUNTY | STATE | ZIP CODE | NAT'L ORIG |
|---|---|---|---|---|---|
| | | | | | |

| PAY PLAN | PAY GRADE | PAY STEP | SALARY | PAY RATE | FULL/PT TIME | FUNDING BRD.COM | PAYROLL DEPT. | CODE APPROP. | CORRECTED SOCIAL SECURITY NO. | BARGAINING UNIT CODE | PERF. CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 37 | 307 | | EX000 | |
| | | | | | | | 37 | 307 | | EX000 | |

| CONTINUOUS SERVICE DATE | SENIORITY / DATE | CREDITABLE SERVICE DATE | APPT. EXPIRATION DATE | STATUS | SUSPENSION/LOA RETURN DATE | APPT. REQ. NO. | HANDI CAP |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

### POSITION INFORMATION

| POSITION TITLE (NAME) | POSITION NUMBER | EXMT CODE | WORK COUNTY | A/I AUTH. | AUDIT | POS DES COMP. |
|---|---|---|---|---|---|---|
| | 40070-37-19-000-01-01 | | | | | |
| | 40070-37-19-000-01-01 | | | | | |

### TRANSACTION INFORMATION

| | TRANSACTION NAME | TRANS CODE | EFFECTIVE DATE | PRIORITY |
|---|---|---|---|---|
| LAST TRANS 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| THIS TRANS 1 | Separation - To Accept | | | |
| 2 | Another State Position | BA128 | 09-12-02 | |
| 3 | | | | |
| 4 | | | | |

**CODES**

STATUS
A-CERTIFIED
B-PROB. 3 MOS
C-PROB. 6 MOS
D-PROVISIONAL
F-EXEMPT
G-TEMPORARY
H-EMERGENCY
J-TRAINEE
K-TRAINEE
L-TRAINEE

EXEMPT
0-NOT EXEMPT
1-PRIVATE SECRETARY
2-ADMINISTRATIVE HEAD
3-POLICY MAKER
4-UNSKILLED
5-U.C. ATTORNEY
6-OUT OF STATE
8-PARTIAL EXTENSION

RACE
A-AMERICAN INDIAN
B-BLACK
O-ORIENTAL
S-SPANISH AMERICAN
W-CAUCASIAN
X-OTHER

EDUCATION
1-GRADE SCHOOL
2-SOME HIGH SCHOOL
3-H S GRAD OR GED
4-SOME COLLEGE
5-BA/BS
6-MA/MS
7-PH D/MD
8-OTHER DEGREE

### REMARKS

Benefits

| EMPLOYEES SIGNATURE (REQ ON VOL ACTION) | DATE | AGENCY APPROVAL (OPTIONAL) | DATE |
|---|---|---|---|
| *Lori C. Skinner* | | | |
| SIGNATURE OF PERSON SERVING SUS/DISC | DATE | AGENCY BUDGETARY (OPTIONAL) | DATE |
| BY MAIL ☐ IN PERSON ☐ | | | |
| DIRECTOR OF CENTRAL MANAGEMENT SERVICES | DATE | AGENCY HEAD APPROVAL | DATE |

CMS-2 (11-83)

# State of Illinois
# Office of the Governor
# Personnel Action Request

This form is required to authorize an agency to fill positions (including appointments to temporary positions) that are exempt from Rutan and to renew term appointments to those positions which are determined to be exempt from Rutan. An agency, board or commission must complete the agency portion below and submit this form to the Governor's Office of Executive Personnel/Labor Relations, Room 107 Stratton, Springfield, Illinois 62706.
No commitment may be made prior to approval.

## AGENCY REQUEST

Agency: __Central Management Services__    Bureau/Division/Facility: __Bureau of Benefits__

Personnel Action Requested: __Reinstatement to Term__

Position Classification: __Senior Public Service Admin.__    Option: # __1__    Position Number: __40070-37-30-000-01-01__

Location of Position: __Sangamon__ (County)    __Springfield__ (City)    __Stratton Office Building__ (Address/Building)

Is Position Supervisory?    X Yes    No    If yes number of personnel supervised: _____

Summary of Position Duties and Responsibilities - Please be specific (CMS class specifications will not be accepted): Subject to management approval of the Director and Associate Director of CMS, serves as the Bureau Manager of Benefits. Organizes, plans, controls and evaluates the operations of all statewide benefit programs, which include: Group Insurance, Deferred Compensation, and Risk Management.

Please list specialized skills, abilities or knowledge required for this position: Requires knowledge, skill and mental development equivalent to completion of four years of college supplemented by a Master's degree related to benefits.

If the personnel action requested is for a current employee, please attach a copy of that person's application.

The agency understands that, while a position may be excluded from the purview of the Rutan or Vickery decisions, provisions of the Personnel Code or collective bargaining agreements may apply and will be observed.

Authorized Signature: _[signature]_    Date: __10 Sept 02__

## APPROVAL

Approved by the Governor's Office of Executive Personnel/Labor Relations

By: _[signature]_    Date: _____

## ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES
### PERSONNEL/POSITION ACTION FORM

**1. PRINTED** | **SOCIAL SECURITY NO.**

### EMPLOYEE INFORMATION

| LAST NAME | FIRST | INIT | SEX | RACE | VET | EDUC | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| Skinner | Lori | C | F | W | N | 8 | 02-24-86 |

| STREET ADDRESS | CITY | COUNTY | STATE | ZIP CODE | NATL ORIG |
|---|---|---|---|---|---|
| 2928 Kipling Court | Springfield | 084 | IL | 62707 | 129 |

| PAY PLAN | PAY GRADE | PAY STEP | SALARY | PAY RATE | FULL/PT TIME | FUNDING PRO.COM | PAYROLL DEPT. | CODE APPROP. | CORRECTED SOCIAL SECURITY NO. | BARGAINING UNIT CODE | PERF. CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 52 | 00 | 6858.00 | M | F | 00 | 37 | 307 | | TA000 | |

| CONTINUOUS SERVICE DATE | SENIORITY / DATE | CREDITABLE SERVICE DATE | APPT. EXPIRATION DATE | STATUS | SUSPENSION/LOA RETURN DATE | APPT. REQ. NO. | HANDICAP |
|---|---|---|---|---|---|---|---|
| 09-03-93 | NONE | 04-01-02 | | B | | | 0 |

### POSITION INFORMATION

| POSITION TITLE (NAME) | POSITION NUMBER | EXMT CODE | WORK COUNTY | AA AUTH. | AUDIT | POS DES COMP. |
|---|---|---|---|---|---|---|
| SENIOR PUBLIC SERVICE ADM. | 40070-37-30-000-01-01 | 0 | 084 | | | |

### TRANSACTION INFORMATION

| | TRANSACTION NAME | TRANS CODE | EFFECTIVE DATE | PRIORITY |
|---|---|---|---|---|
| LAST TRANS. 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| THIS TRANS. 1 | Reinstatement Term Appointment | BA152 | 09-13-02 | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

**CODES**

**STATUS**
- A-CERTIFIED
- B-PROB. 3 MOS
- C-PROB. 6 MOS
- D-PROVISIONAL
- F-EXEMPT
- G-TEMPORARY
- H-EMERGENCY
- J-TRAINEE
- K-TRAINEE
- L-TRAINEE

**EXEMPT**
- 0-NOT EXEMPT
- 1-PRIVATE SECRETARY
- 2-ADMINISTRATIVE HEAD
- 3-POLICY MAKER
- 4-UNSKILLED
- 5-LIC. ATTORNEY
- 6-OUT OF STATE
- 8-PARTIAL EXTENSION

**RACE**
- A-AMERICAN INDIAN
- B-BLACK
- O-ORIENTAL
- S-SPANISH AMERICAN
- W-CAUCASIAN
- X-OTHER

**EDUCATION**
- 1-GRADE SCHOOL
- 2-SOME HIGH SCHOOL
- 3-H S GRAD OR GED
- 4-SOME COLLEGE
- 5-B.A./B.S.
- 6-M.A./M.S.
- 7-PH.D/M.D.
- 8-OTHER DEGREE

**REMARKS:** Benefits

| EMPLOYEE'S SIGNATURE (REQ ON VOL ACTION) | DATE | AGENCY APPROVAL (OPTIONAL) | DATE |
|---|---|---|---|
| *Lori C. Skinner* | | | |
| SIGNATURE OF PERSON SERVING SUS/DISC | DATE | AGENCY BUDGETARY (OPTIONAL) | DATE |
| BY MAIL ☐  IN PERSON ☒ | | | |
| DIRECTOR OF CENTRAL MANAGEMENT SERVICES | DATE | AGENCY HEAD APPROVAL | DATE |
| | | *Diane Ford* | |

CMS-2 (11-83)
IL 401-0579

# ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES
## PERSONNEL/POSITION ACTION FORM

**1 PRINTED:** 09/04/01

### EMPLOYEE INFORMATION

| LAST NAME | FIRST | INT | SEX | RACE | VET | EDUC | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| Jones | Lynnette | | F | W | N | 4 | 11-06-58 |

| STREET ADDRESS | CITY | COUNTY | STATE | ZIP CODE | NAT'L ORIG |
|---|---|---|---|---|---|
| 3609 MAPLE GLEN | SPRINGFIELD | 084 | IL | 62707 | 129 |

| PAY PLAN | PAY GRADE | PAY STEP | SALARY | PAY RATE | FULL/PT TIME | BRGNG PRO CON | PAYROLL DEPT | CODE JURIS | CORRECTED SOCIAL SECURITY NO. | BARGAINING UNIT CODE | PERF CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 52 | 00 | 8517.00 | M | F | 100 | 329 | 109 | | TA000 | |

| CONTINUOUS SERVICE DATE | SENIORITY/DATE | CREDITABLE SERVICE DATE | APPT. EXPIRATION DATE | STATUS | SUSP/DISM OR RETURN DATE | APPT REQ NO. | HANDI CAP |
|---|---|---|---|---|---|---|---|
| 10-14-78 | NO DATE | 01-01-01 | 04-30-05 | A | NO DATE | | 000 |

### POSITION INFORMATION

| POSITION TITLE (NAME) | POSITION NUMBER | EMPT CODE | WORK COUNTY | AA AUTH | AUDIT | POS OFF COMP |
|---|---|---|---|---|---|---|
| SENIOR PUBLIC SERV ADM | 40070-29-09-100-00-01 | 01 | 084 | | | |
| | 40070-29-09-100-00-01 | | | | | |

### TRANSACTION INFORMATION

| TRANSACTION NAME | TRANS CODE | EFFECTIVE DATE | PAYROLL |
|---|---|---|---|
| CERTIFICATION-PROMOTION | 505 | 09-01-01 | |
| | | | |
| | | | |
| Separation/Other State Pos. | BA-128 | 09-15-02 | |

**CODES**

**STATUS**
- A-CERTIFIED
- B-PROB 3 MOS
- C-PROB 6 MOS
- D-PROVISIONAL
- E-EXEMPT
- G-TEMP
- H-EMERGENCY
- J-TRAINEE
- K-TRAINEE
- L-TRAINEE

**EXEMPT**
- 0-NOT EXEMPT
- 1-PRIVATE SECRETARY
- 2-ADMINISTRATIVE HEAD
- 3-POLICY MAKER
- 4-UNSKILLED
- 5-LIC ATTORNEY
- 6-OUT OF STATE
- 8-PARTIAL EXTENSION

**RACE**
- A-AMERICAN INDIAN
- B-BLACK
- O-ORIENTAL
- S-SPANISH AMERICAN
- W-CAUCASIAN
- 7-OTHER

**EDUCATION**
- 1-GRADE SCHOOL
- 2-SOME HIGH SCHOOL
- 3-H S GRAD OR GED
- 4-SOME COLLEGE
- 5-BA/BS
- 6-MA/MS
- 7-PHD
- 8-OTHER DEGREE

### REMARKS

EMPLOYEE SIGNATURE (REQ'D ON ACTION) / DATE / AGENCY APPROVAL (OPTIONAL) / DATE
SIGNATURE OF PERSON SERVING SUS/DISC / DATE / AGENCY BUDGETARY (OPTIONAL) / DATE
BY MAIL / IN PERSON
DIRECTOR OF CENTRAL MANAGEMENT SERVICES / DATE / AGENCY HEAD APPROVAL / DATE

## State of Illinois
## Office of the Governor
## Personnel Action Request

This form is required to authorize an agency to fill positions (including appointments to temporary positions) that are exempt from Rutan and to renew term appointments to those positions which are determined to be exempt from Rutan. An agency, board or commission must complete the agency portion below and submit this form to the Governor's Office of Executive Personnel/Labor Relations, Room 202 State Capitol, Springfield, Illinois 62706. No commitment may be made prior to approval.

### AGENCY REQUEST

Agency: __CORRECTIONS__    Bureau/Division/Facility: __Bureau of Operations__

Personnel Action Requested: __Exempt Appointment__

Position Classification: __SPSA__    Option #7    Position Number: __40070-29-04-400-00-01__

Location of Position: __Fayette__ County    __Vandalia, IL__ City    Address: __Building__

Is Position Supervisory? [X] Yes  [ ] No    If yes, number of personnel supervised: _____

Summary of Position Duties and Responsibilities - Please be specific (CMS class specifications will not be accepted):

__Request approval to appoint Lynnette Jones as Deputy Director over District 4 within the Bureau of Operations, IDOC.__

Please list specialized skills, abilities or knowledge required for this position: __See attached job description.__

If the personnel action requested is for a current employee, please attach a copy of that person's application.

The agency understands that, while a position may be excluded from the purview of the Rutan or Vickery decisions, provisions of the Personnel Code or collective bargaining agreements may apply and will be observed.

Authorized Signature: _[signature]_    Date: _9/08/02_

### APPROVAL

Approved by the Governor's Office of Executive Personnel/Labor Relations

By: _Diane Ford_    Date: _____

govform.doc

## ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES
## PERSONNEL/POSITION ACTION FORM

### EMPLOYEE INFORMATION

| LAST NAME | FIRST | INT | SEX | RACE | VET | EDUC | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| Jones | Lynnette | S | F | W | N | 4 | 11-06-58 |

| STREET ADDRESS | CITY | COUNTY | STATE | ZIP CODE | |
|---|---|---|---|---|---|
| 3609 Maple Glen | Springfield | 084 | IL | 62707 | 129 |

| PAY PLAN | PAY GRADE | PAY STEP | SALARY | PAY RATE | PAY TYPE | | PAYROLL DEPT APPROP | CORRECTED SOCIAL SECURITY NO | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 52 | 00 | 8642 00 | M | F | | 29 109 | | EX000 | |

| CONTINUOUS SERVICE DATE | SENIORITY / DATE | CREDITABLE SERVICE DATE | APPT. EXPIRATION DATE | STATUS | SUSPENSION/LOA RETURN DATE | APPT REQ NO | |
|---|---|---|---|---|---|---|---|
| | | 01-01-02 | | F | | | 000 |

### POSITION INFORMATION

| POSITION TITLE (NAME) | POSITION NUMBER | DEPT CODE | WORK COUNTY | AA AUTH | AUDIT | |
|---|---|---|---|---|---|---|
| SPSA | 40070-29-08-400-00-061 | 3 | 026 | N | | |

### TRANSACTION INFORMATION

| TRANSACTION NAME | TRANS CODE | EFFECTIVE DATE | PRIORITY |
|---|---|---|---|
| 1 Exempt Appointment | BA-045 | 09-16-02 | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

**CODES**

STATUS / EXEMPT / RACE / EDUCATION

### REMARKS

EMPLOYEE'S SIGNATURE (REQ ON VOL ACTION)  DATE   AGENCY APPROVAL (OPTIONAL)   DATE

SIGNATURE OF PERSON SERVING SUS/DISC   DATE   AGENCY BUDGETARY (OPTIONAL)   DATE

BY MAIL ☐  IN PERSON ☐
DIRECTOR OF CENTRAL MANAGEMENT SERVICES   DATE   AGENCY HEAD APPROVAL   DATE

Michael S. Schwartz  09-20-02

# ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES
## PERSONNEL/POSITION ACTION FORM

### EMPLOYEE INFORMATION

| LAST NAME | FIRST | INT | SEX | RACE | VET | EDUC | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| Jones | Lynnette | S | | | | | |

| STREET ADDRESS | CITY | COUNTY | STATE | ZIP CODE | |
|---|---|---|---|---|---|
| | | | | | |

### POSITION INFORMATION

| POSITION TITLE | POSITION NUMBER | EMT CODE | WORK COUNTY | AA AUTH | AUDIT | POS |
|---|---|---|---|---|---|---|
| | 40070-29-04-400-00-01 | | | | | |

### TRANSACTION INFORMATION

| TRANSACTION NAME | TRANS CODE | EFFECTIVE DATE | PROP |
|---|---|---|---|
| Separation/Other State Pos. | BA-128 | 09-19-02 | |

**CODES**

STATUS / EXEMPT / RACE / EDUCATION

### REMARKS

Signatures:
- Michael S. Schwartz 09-27-02
- (Agency Head Approval signature)

**State of Illinois**
**Office of the Governor**
**Personnel Action Request**

This form is required to authorize an agency to fill positions (including appointments to temporary positions) that are exempt from Rutan and to renew term appointments to those positions which are determined to be exempt from Rutan. An agency, board or commission must complete the agency portion below and submit this form to the Governor's Office of Executive Personnel/Labor Relations, Room 202 State Capitol, Springfield, Illinois 62706.
<u>No commitment may be made prior to approval.</u>

### AGENCY REQUEST

Agency: __Department of Corrections__   Bureau/Division/Facility: __Intelligence/Internal Inv.__

Personnel Action Requested: __Reinstatement to Term Appointment__

Position Classification: __Sr. Public Service Admin__   Option # __7__   Position Number: __40070-29-09-100-00-01__

Location of Position: __Sangamon__ / __Springfield__ / __1301 Concordia Court__
County / City / Address/Building

Is Position Supervisory? ☐ Yes  ☐ No   If yes, number of personnel supervised: _____

Summary of Position Duties and Responsibilities - Please be specific (CMS class specifications will not be accepted):

__Job description attached. Position to be filled by Lynnette Jones.__

Please list specialized skills, abilities, or knowledge required for this position _____

If the personnel action requested is for a <u>current</u> employee, please attach a copy of that person's application.

The agency understands that, while a position may be excluded from the purview of the <u>Rutan</u> or <u>Vickery</u> decisions, provisions of the Personnel Code or collective bargaining agreements may apply and will be observed.

Authorized Signature: _Donald N. Snyder Jr._   Date: _____

### APPROVAL

Approved by the Governor's Office of Executive Personnel/Labor Relations

By: _[signature]_   Date: _____

govbrm.doc

## ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES
### PERSONNEL/POSITION ACTION FORM

**EMPLOYEE INFORMATION**

| LAST NAME | FIRST | INT | SEX | RACE | VET | EDUC | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| Jones | Lynnette | S | F | W | N | 4 | 11-06-58 |

| STREET ADDRESS | CITY | COUNTY | STATE | ZIP CODE | NAT'L ORIG |
|---|---|---|---|---|---|
| 3609 Maple Glen | Springfield | 084 | IL | 62707 | 129 |

| PAY PLAN | PAY GRADE | PAY STEP | SALARY | PAY RATE | FULL/PT TIME | FUNDING PROG CON | PAYROLL DEPT. | CODE APPRV | CORRECTED SOC SEC NO. | BARGAINING UNIT CODE | POS CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 52 | 00 | 8642 00 | M | 7 | | 29 | 109 | | TA00J | |

| CONTINUOUS SERVICE DATE | SENIORITY / DATE | CREDITABLE SERVICE DATE | APPT. EXPIRATION DATE | STATUS | SUSPENSION/OA RETURN DATE | APPT REQ. NO. | MAP CAP |
|---|---|---|---|---|---|---|---|
| 10-14-78 | | 01-01-02 | 09-19-06 | B | | | 000 |

**POSITION INFORMATION**

| POSITION TITLE (NAME) | POSITION NUMBER | EXMT CODE | WORK COUNTY | AT AUTH | AUDIT | POS DES COMP |
|---|---|---|---|---|---|---|
| SPSA | 40070-29-09-100-00-01 | 0 | 084 | n | | |

**TRANSACTION INFORMATION**

| TRANSACTION NAME | TRANS CODE | EFFECTIVE DATE | PRIOR ITY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| Term Reinstatement | BA-152 | 09-20-02 | |

CODES
STATUS / EXEMPT / RACE / EDUCATION

**REMARKS**

EMPLOYEES SIGNATURE / DATE / AGENCY APPROVAL (OPTIONAL) / DATE
SIGNATURE OF PERSON SERVING SUSP/DISM / DATE / AGENCY BUDGETARY (OPTIONAL) / DATE
BY MAIL ☐   IN PERSON ☐
DIRECTOR OF CENTRAL MANAGEMENT SERVICES / DATE / AGENCY HEAD APPROVAL / DATE

**ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES**
**PERSONNEL/POSITION ACTION FORM**

### Employee Information

| LAST NAME | FIRST | INT | SEX | RACE | VET | EDUC | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| Kinnaman | Mark | | | | | | |

| STREET ADDRESS | CITY | COUNTY | STATE | ZIP CODE | |
|---|---|---|---|---|---|
| | | | | | |

| PAY PLAN | PAY GRADE | PAY STEP | SALARY | PAY RATE | FULL/PT TIME | FUNDING PFO COV | PAYROLL DEPT APPROV | CORRECTED SOCIAL SECURITY NO. | BARGAINING UNIT CODE | CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 48861 | | | | | | | |

| CONTINUOUS SERVICE DATE | SENIORITY DATE | CREDITABLE SERVICE DATE | APPT EXPIRATION DATE | STATUS | SUSPENSION LOA RETURN DATE | APPT REQ NO | TAP |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

### Position Information

| POSITION TITLE (NAME) | POSITION NUMBER | STAT CODE | WORK COUNTY | AU ATH | AUDIT | POS DES |
|---|---|---|---|---|---|---|
| SPSA | 40070-29-06-200-00-01 | | | | | |

### Transaction Information

| TRANSACTION NAME | TRANS CODE | EFFECTIVE DATE | PRIORITY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| Separation/Other State Pos | BA-128 | 09-08-02 | |

**CODES**

STATUS / EXEMPT / RACE / EDUCATION

### Remarks

---

Signature: M. Kinnaman
Director of Central Management Services: Michael S. Schwartz  09-20-02
Agency Head Approval: [signature]

State of Illinois
Office of the Governor
Personnel Action Request

This form is required to authorize an agency to fill positions (including appointments to temporary positions) that are exempt from Rutan and to renew term appointments to those positions which are determined to be exempt from Rutan. An agency, board or commission must complete the agency portion below and submit this form to the Governor's Office of Executive Personnel/Labor Relations, Room 202 State Capitol, Springfield, Illinois 62706. **No commitment may be made prior to approval.**

## AGENCY REQUEST

Agency: __CORRECTIONS__   Bureau/Division/Facility: __Bureau of Operations__

Personnel Action Requested: __Exempt Appointment__

Position Classification: __SPSA__   Option __# 7__   Position Number: __40070-29-04-300-00-01__

Location of Position: __Sangamon__   __Springfield, IL__
                      County          City           Address/Building

Is Position Supervisory?  [X] Yes  [ ] No   If yes, number of personnel supervised: _____

Summary of Position Duties and Responsibilities - Please be specific (CMS class specifications will not be accepted):

__Request approval to appoint Mark Kinnaman as Deputy Director over District 3__

__within the Bureau of Operations, IDOC.__

Please list specialized skills, abilities or knowledge required for this position: __See attached job description.__

If the personnel action requested is for a _current_ employee, please attach a copy of that person's application.

The agency understands that, while a position may be excluded from the purview of the _Rutan_ or _Vickery_ decisions, provisions of the Personnel Code or collective bargaining agreements may apply and will be observed.

Authorized Signature: _[signature]_   Date: 7/08/2002

## APPROVAL

Approved by the Governor's Office of Executive Personnel/Labor Relations

By: _Diane Ford_   Date: _____

govbrm.doc