# ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES
## PERSONNEL/POSITION ACTION FORM

### EMPLOYEE INFORMATION

| LAST NAME | FIRST | INT | SEX | RACE | VET | EDUC | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| Kinnaman | Mark | C | M | W | N | 5 | 06-10-60 |

| STREET ADDRESS | CITY | COUNTY | STATE | ZIP CODE | |
|---|---|---|---|---|---|
| 2230 Hazlett Lane | Springfield | 084 | IL | 62707 | 129 |

| PAY PLAN | PAY GRADE | PAY STEP | SALARY | PAY RATE | APPT TITLE | FUNDING POS CTRL | PAYROLL DIST | ACCOUNT CODE APPR'D | CORRECTED SOCIAL SECURITY NO | BARGAINED UNIT CODE | PERC CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 52 | 00 | 4826.00 | M | P | | 29 | 798 | | EX000 | |

| CONT SV SERVICE DATE | SENIORITY DATE | CREDITABLE SERVICE DATE | APPT EXPIRATION DATE | STA FLG | SUCCESSION AT LAR DATE | APPT NO. IIC | HNDP CAP |
|---|---|---|---|---|---|---|---|
| | | 07-01-02 | | F | | | |

### POSITION INFORMATION

| POSITION TITLE (NAME) | POSITION NUMBER | CMT CODE | WORK COUNTY | AL AUTH | AUDIT | POS DES CODE |
|---|---|---|---|---|---|---|
| SPSA | 40070-29-04-300-00-01 | J | 084 | N | | |

### TRANSACTION INFORMATION

| | TRANSACTION NAME | TRANS CODE | EFFECTIVE DATE | PROB PT |
|---|---|---|---|---|
| 1 | Exempt Appointment | BA-043 | 09-09-02 | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

CODES
STATUS / EXEMPT / RACE / EDUCATION

### REMARKS

| EMPLOYEES SIGNATURE (REQ ON VOL ACTION) | DATE | AGENCY APPROVAL (OPTIONAL) | DATE |
|---|---|---|---|
| McKinnaman | | | |
| SIGNATURE OF PERSON SERVING SUS/DISC | DATE | AGENCY BUDGETARY (OPTIONAL) | DATE |
| BY MAIL ☐ IN PERSON ☐ | | | |
| DIRECTOR OF CENTRAL MANAGEMENT SERVICES | 09-20-02 | AGENCY HEAD | DATE |

## ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES
### PERSONNEL/POSITION ACTION FORM

**EMPLOYEE INFORMATION**

| LAST NAME | FIRST | INIT | SEX | RACE | VET | EDUC | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| Kinnaman | Mark | C | | | | | |

| STREET ADDRESS | CITY | COUNTY | STATE | ZIP CODE | |
|---|---|---|---|---|---|
| | | | | | |

**POSITION INFORMATION**

| POSITION TITLE (NAME) | POSITION NUMBER | EXMT CODE | WORK COUNTY | AA AUTH | AUDIT | |
|---|---|---|---|---|---|---|
| | 40070-29-04-300-00-01 | | | | | |

**TRANSACTION INFORMATION**

| | TRANSACTION NAME | TRANS CODE | EFFECTIVE DATE | PAGR ITY |
|---|---|---|---|---|
| 1 | Separation/Other State Pos. | BA-128 | 09-13-02 | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

**CODES**

STATUS / EXEMPT / RACE / EDUCATION

**REMARKS**

Employee Signature: McKinnaman

Signed by Michael S. Schwartz 09-20-02

## ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES
## PERSONNEL/POSITION ACTION FORM

### EMPLOYEE INFORMATION

| LAST NAME | FIRST | INT | SEX | RACE | VET | EDUC | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| Kinnaman | Mark | | C | M | W | N | S | 06-10-60 |

| STREET ADDRESS | CITY | COUNTY | STATE | ZIP CODE | |
|---|---|---|---|---|---|
| 2230 Hazlette Lane | Springfield | 084 | IL | 62707 | 129 |

| PAY PLAN | PAY GRADE | PAY STEP | SALARY | PAY RATE | | | APPT | | CLASS/POSITION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| S | 52 | 00 | 4886 | - | M | F | 29 | 798 | | TA000 | |

| SERVICE DATE | SENIORITY/DATE | CREDITABLE SERVICE DATE | APPT EXPIRATION | FLS | SUSPENSION DATE | APPT REQ NO | |
|---|---|---|---|---|---|---|---|
| 07-01-99 | | 07-01-02 | 09-19-06 | B | | | 000 |

### POSITION INFORMATION

| POSITION TITLE (NAME) | POSITION NUMBER | EXMT CODE | WORK COUNTY | AUTH | AUDIT | POS COM |
|---|---|---|---|---|---|---|
| SPSA | 40070-29-06-200-00-01 | 6 | 084 | N | | |

### TRANSACTION INFORMATION

| TRANSACTION NAME | TRANS CODE | EFFECTIVE DATE | PRIORITY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| Term Reinstatement | BA-152 | 09-20-02 -13- | |

CODES
STATUS / EXEMPT / RACE / EDUCATION

### REMARKS

Employee Signature: McKinnaman

# ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES
## PERSONNEL/POSITION ACTION FORM

**EMPLOYEE INFORMATION**

| LAST NAME | FIRST | INT | SEX | RACE | VET | EDUC | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| Hurrelbrink | Diane | J | | | | | |

| STREET ADDRESS | CITY | COUNTY | STATE | ZIP CODE | |
|---|---|---|---|---|---|
| | | | | | |

| PAY PLAN | PAY GRADE | PAY STEP | SALARY | PAY RATE | ALLOW TYPE | AGENCY PO CON | PAYROLL DEPT. APPROP | CORRECTED SOCIAL SECURITY NO | BARGAINING UNIT CODE | FLSA CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| CONTINUOUS SERVICE DATE | SENIORITY / DATE | CREDITABLE SERVICE DATE | APPT. EXPIRATION DATE | SUB | SUPP/CONTRA RETURN DATE | APPT PO NO | HAND CAP |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**POSITION INFORMATION**

| POSITION TITLE (NAME) | POSITION NUMBER | EXPT CODE | WORK COUNTY | AA NTH | AUDIT | POS DES CODE |
|---|---|---|---|---|---|---|
| SPSA | 40070-29-05-200-00-02 | | | | | |

**TRANSACTION INFORMATION**

| | TRANSACTION NAME | TRANS CODE | EFFECTIVE DATE | PROD QTY |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 1 | Separation/Other State POs. | BA-128 | 09-28-02 | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

**CODES**

STATUS / EXEMPT / RACE / EDUCATION

**REMARKS**

EMPLOYEE SIGNATURE: *Diane Hurrelbrink*  DATE: 9/28/02

DIRECTOR OF CENTRAL MANAGEMENT SERVICES: *Michael S. Schwartz*  DATE: 9-30-02

AGENCY HEAD APPROVAL  DATE

**State of Illinois
Office of the Governor
Personnel Action Request**

This form is required to authorize an agency to fill positions (including appointments to temporary positions) that are exempt from Rutan and to renew term appointments to those positions which are determined to be exempt from Rutan. An agency, board or commission must complete the agency portion below and submit this form to the Governor's Office of Executive Personnel/Labor Relations, Room 202 State Capitol, Springfield, Illinois 62706.
<u>No commitment may be made prior to approval.</u>

## AGENCY REQUEST

Agency: __CORRECTIONS__    Bureau/Division/Facility: __Women & Family Division__

Personnel Action Requested: __Exempt Appointment__

Position Classification: __SPSA__    Option __#7__    Position Number: __40070-29-05-000-C0-02__

Location of Position: __Sangamon__    __Springfield__    Address/Building
                     County            City

Is Position Supervisory?  [X] Yes   [ ] No    If yes, number of personnel supervised: _____

Summary of Position Duties and Responsibilities - Please be specific (CMS class specifications will not be accepted):
__Request approval to appoint Diane Hurrelbrink as Deputy Director over Women and Family Services, IDOC.__

Please list specialized skills, abilities or knowledge required for this position: __See attached job description.__

If the personnel action requested is for a <u>current</u> employee, please attach a copy of that person's application.

The agency understands that, while a position may be excluded from the purview of the <u>Rutan</u> or <u>Vickery</u> decisions, provisions of the Personnel Code or collective bargaining agreements may apply and will be observed.

Authorized Signature: _[signature] Donald N. Snyder_    Date: _9/08/02_

## APPROVAL

Approved by the Governor's Office of Executive Personnel/Labor Relations

By: _[signature] Diane For___    Date: _____

govform.doc

## ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES
### PERSONNEL/POSITION ACTION FORM

**EMPLOYEE INFORMATION**

| LAST NAME | FIRST | INT | SEX | RACE | VET | EDUC | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| Hurrelbrink | Diane | J | F | W | N | 4 | 12-18-46 |

| STREET ADDRESS | CITY | COUNTY | STATE | ZIP CODE | NAT'L ORIG |
|---|---|---|---|---|---|
| 6711 Preston Dr | Springfield | 084 | IL | 62707 | 129 |

| PAY CAT | PAY GRADE | PAY STEP | SALARY | PAY RATE | | | CODE | COMP/CCT HOURS | | BARG UNIT CODE | PERS CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 52 | 00 | 8562.00 | M | F | | 29 : 101 | | | EX000 | |

| START DATE | SENIORITY DATE | SERV DATE | APPT EXPIRATION | | | APPT POS NO | HAND CAP |
|---|---|---|---|---|---|---|---|
| 11-18-74 | NO DATE | 03-01-03 | 02-07-03 | A | NO DATE | | 000 |
| | | 03-01-02 | | F | | | 000 |

**POSITION INFORMATION**

| POSITION TITLE (NAME) | POSITION NUMBER | EXMT CODE | WORK COUNTY | AI AUTH | AUDIT | POS DES CODE |
|---|---|---|---|---|---|---|
| SENIOR PUBLIC SERV ADM | 40070-29-05-200-00-02 | 0 | 084 | | | |
| SPSA | 40070-29-05-000-00-02 | 3 | 084 | | | |

**TRANSACTION INFORMATION**

| TRANSACTION NAME | TRANS | EFFECTIVE DATE | PROR |
|---|---|---|---|
| SALARY ADJ ADDL RESP | BA098 | 03-01-03 | 1 |
| Exempt Appt | BA-045 | 09-22-02 | A |

**CODES**

STATUS: A-CERTIFIED, B-PROB 3 MOS, C-PROB 6 MOS, D-PROVISIONAL, F-EXEMPT, G-TEMPORARY, H-EMERGENCY, J-TRAINEE, K-TRAINEE, L-TRAINEE

EXEMPT: 0-NOT EXEMPT, 1-PRIVATE SECRETARY, 2-ADMINISTRATIVE HEAD, 3-POLICY MAKER, 4-UNSKILLED, 5-LIC ATTORNEY, 6-OUT OF STATE, 8-PARTIAL EXTENSION

RACE: A-AMERICAN INDIAN, B-BLACK, O-ORIENTAL, S-SPANISH AMERICAN, W-CAUCASIAN, X-OTHER

EDUCATION: 1-GRADE SCHOOL, 2-SOME HIGH SCHOOL, 3-H S GRAD OR GED, 4-SOME COLLEGE, 5-BA/BS, 6-MA/MS, 7-PHD, 8-OTHER DEGREE

**REMARKS**

Employee Signature: Diane Hurrelbrink  9/18/02

Director of Central Management Services: Michael S. Schwartz  9-20-02

# ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES
## PERSONNEL/POSITION ACTION FORM

### EMPLOYEE INFORMATION

| LAST NAME | FIRST | INT | SEX | RACE | VET | EDUC | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| Hurrelbrink | Diane | J | | | | | |

| STREET ADDRESS | CITY | COUNTY | STATE | ZIP CODE | |
|---|---|---|---|---|---|
| | | | | | |

### POSITION INFORMATION

| POSITION TITLE (NAME) | POSITION NUMBER |
|---|---|
| | 40070-29-05-000-00-02 |

### TRANSACTION INFORMATION

| TRANSACTION NAME | TRANS CODE | EFFECTIVE DATE | PERCENT |
|---|---|---|---|
| 1. Separation/Other State Pos. | BA-128 | 09-12-02 | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### REMARKS

Employee Signature: Diane Hurrelbrink  Date: 9/12/02

Director of Central Management Services: Michael S. Schwartz

Agency Head Approval: 09-20-02