State of Illinois
Office of the Governor
Personnel Action Request

This form is required to authorize an agency to fill positions (including appointments to temporary positions) that are exempt from Rutan and to renew term appointments to those positions which are determined to be exempt from Rutan. An agency, board or commission must complete the agency portion below and submit this form to the Governor's Office of Executive Personnel/Labor Relations, Room 202 State Capitol, Springfield, Illinois 62706.
No commitment may be made prior to approval.

## AGENCY REQUEST

Agency: __Corrections__    Bureau/Division/Facility: __Women & Family__

Personnel Action Requested: __Reinstatement to Term__

Position Classification: __SPSA__    Option # ____    Position Number: __40070-29-05-200-00-02__

Location of Position: __Sangamon__    __Springfield__    ____
                        County            City          Address/Building

Is Position Supervisory?  [X] Yes  [ ] No    If yes, number of personnel supervised: ____

Summary of Position Duties and Responsibilities - Please be specific (CMS class specifications will not be accepted):

Request approval to reinstate Diane Hurrelbrink to a Term Appointment in the Department of Corrections.

Please list specialized skills, abilities or knowledge required for this position: ____

If the personnel action requested is for a current employee, please attach a copy of that person's application.

The agency understands that, while a position may be excluded from the purview of the Rutan or Vickery decisions, provisions of the Personnel Code or collective bargaining agreements may apply and will be observed.

Authorized Signature: _[signature]_    Date: __9/12/02__

## APPROVAL

Approved by the Governor's Office of Executive Personnel/Labor Relations

By: __Diane Ford__    Date: ____

govform.doc

# ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES
## PERSONNEL/POSITION ACTION FORM

### EMPLOYEE INFORMATION

| LAST NAME | FIRST | INT | SEX | RACE | VET | EDUC | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| Hurrelbrink | Diane | J | F | W | N | 4 | 12-18-46 |

| STREET ADDRESS | CITY | COUNTY | STATE | ZIP CODE | NAT ORIG |
|---|---|---|---|---|---|
| 6711 Preston Drive | Springfield | 084 | IL | 62707 | 129 |

| PAY PLAN | PAY GRADE | PAY STEP | SALARY | PAY RATE | APPT TIME | FUNDING SO CON | PAYROLL DEPT | CODE | CORRECTED SOCIAL SECURITY NO | BARGAINING UNIT CODE | PERS CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 52 | 00 | 8562.00 | M | F | | 29 | 101 | | TA000 | |

| CONTINUOUS SERVICE DATE | SENIORITY / DATE | CREDITABLE SERVICE DATE | APPT EXPIRATION DATE | STATUS | SUSPENSION / RETURN DATE | APPT REQ NO | HAND CAP |
|---|---|---|---|---|---|---|---|
| 11-18-74 | | 03-01-02 | 09-19-02 | B | | | 000 |

### POSITION INFORMATION

| POSITION TITLE (NAME) | POSITION NUMBER | EXMT CODE | WORK COUNTY | AT AUTH | AUDIT | POS DEF CODE |
|---|---|---|---|---|---|---|
| SPSA | 40070-29-05-200-00-02 | 0 | 084 | N | | |

### TRANSACTION INFORMATION

| TRANSACTION NAME | TRANS CODE | EFFECTIVE DATE | PROB ITY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| Term Reinstatement | BA-152 | 09-20-02 | |

**CODES**

STATUS / EXEMPT / RACE / EDUCATION

### REMARKS

Signature: Diane Hurrelbrink  9/13/02

CMS-2 (11-65) IL 401-0579

**State Of Illinois**
**Civil Service Commission**
425 1/2 South Fourth Street
Springfield, Illinois 62701
217/782-7373

George E. Richards
Chairman

<u>Commissioners</u>
John M. Dorgan
Raymond W. Ewell
Dan P. Fabrizio
Barbara J. Peterson

May 16, 2003

This memo is to reconfirm that Sandy Guppy and Barbara Hayes have authority to sign my signature on Illinois Civil Service Commission letters, forms and other documents as needed.

*[signature]*
George Richards, DVM

# EXHIBIT E

BEFORE THE CIVIL SERVICE COMMISSION, STATE OF ILLINOIS

ILLINOIS CIVIL SERVICE COMMISSION  )
    Petitioner,  )
                           )
    v.  )   CASE NO. DA-104-03
                           )
ROBERT B. POWERS,  )
    Respondent.  )

## FINDINGS AND DECISION OF THE COMMISSION

THE UNDERSIGNED, HAVING READ THE DECISION OF THE ADMINISTRATIVE LAW JUDGE, DATED NOVEMBER 7, 2003, HEREBY ADOPT SAID DECISION AND HEREBY CERTIFY IT TO THE DIRECTOR OF THE DEPARTMENT OF CENTRAL MANAGEMENT SERVICES, STATE OF ILLINOIS FOR ENFORCEMENT.

IT IS HEREBY DETERMINED THAT THE WRITTEN CHARGES FOR DISCHARGE APPROVED BY THE DIRECTOR OF THE DEPARTMENT OF CENTRAL MANAGEMENT SERVICES, STATE OF ILLINOIS HAVE BEEN PROVED AND THAT SAID PROVEN CHARGES WARRANT THE DISCHARGE OF THE RESPONDENT, ROBERT B. POWERS, FROM HIS POSITION OF SENIOR PUBLIC SERVICE ADMINISTRATOR WITH THE ILLINOIS CIVIL SERVICE COMMISSION. THIS IS A FINAL ADMINISTRATIVE DECISION SUBJECT TO THE ADMINISTRATIVE REVIEW ACT.

_____   _____
George R. Richards, Chairman   Betty Bukraba, Commissioner

_____   _____
John M. Morgan, Commissioner   Barbara J. Peterson, Commissioner

_____
Raymond W. Ewell, Commissioner

ENTERED THIS 18TH DAY
OF DECEMBER, A.D., 2003.