E-FILED
Monday, 06 February, 2006  04:32:37 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT 5

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ROBERT POWERS,<br><br>    Plaintiff,<br><br>v.<br><br>GEORGE E. RICHARDS, RAYMOND W.<br>EWELL, JOHN M. DORGAN, BARBARA<br>J. PETERSON, DAN P. FABRIZO, ROD<br>BLAGOJEVICH, THOMAS LONDRIGAN<br>and ALONZO MONK,<br><br>    Defendants. | Case: 04-3024<br><br>Honorable Jeanne E. Scott |

## AFFIDAVIT OF LARRY PLUMMER

I, Larry Plummer, being first duly sworn and deposed, state as follows:

1. I am employed by the Illinois Department of Central Management Services ("CMS") in the position of Senior Public Service Administrator, with the working title of Division Manager, Division of Technical Services and Agency Training. I have been employed by CMS for 28 years and have been employed in my current position for seven months.

2. My job responsibilities as Division Manager include the overall management and maintenance of CMS' classification plan and records under the Personnel Code. Among other records, in the normal course of its business, CMS maintains official Position Descriptions containing certain information, including the duties associated with the position, for all Illinois State employees under the jurisdiction of the Governor.

3. Attached as Exhibit A to this affidavit is a true and correct copy of the official CMS Position Description contained in CMS files for the position of Executive Secretary of the

1

Illinois Civil Service Commission, which was in effect for the time period of March 1, 1961 to November 1, 2004.

4. Attached as Exhibit B to this affidavit is a true and correct copy of the official CMS Amendment to the Position Description contained in CMS files for the position of Executive Secretary of the Illinois Civil Service Commission, which was in effect for the time period of August 31, 1967 to November 1, 2004.

5. Attached as Exhibit C to this affidavit is a true and correct copy of the official CMS Position Action Notice contained in CMS files, effective August 2, 1993, indicating that the position number for the Executive Secretary position of the Illinois Civil Service Commission, position number 07700-30-00-000-00-01, was changed to position number 40070-30-00-000-00-01.

6. Attached as Exhibit D to this affidavit is a true and correct copy of the official CMS Position Action Notice contained in CMS files, effective on April 30, 1997, for position number 40070-30-00-000-00-01, indicating that CMS determined that the Executive Secretary position of the Illinois Civil Service Commission would be a Rutan-exempt position based upon the duties inherent in the position.

7. Attached as Exhibit E to this affidavit is a true and correct copy of the official CMS Position Description contained in CMS files for the position of Executive Secretary of the Illinois Civil Service Commission, which was in effect for the time period of November 1, 2004 to the present.

8. CMS considers all such Position Descriptions to be public documents under Illinois law which may be obtained by a request under the Illinois Freedom of Information Act.

I declare under penalty of perjury that the foregoing is true and correct.

*Larry Plummer*

Subscribed and sworn to before me this 6 day of Feb, 2006.

*Notary Public*

OFFICIAL SEAL
CASSIE J. DIERKES
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 4-2-2008

3

# EXHIBIT A

STATE OF ILLINOIS
William G. Stratton, Governor
DEPARTMENT OF PERSONNEL

# POSITION DESCRIPTION QUESTIONAIRE

Questionnaire Number

| 1. Name of Employee | 2. Present title and pay grade of position | 3. Present monthly salary or hourly wage rate |
|---|---|---|
| O'Keefe, Robt. E. | Civil Service Executive (-29) | |

SPECIAL NOTE: Before beginning to fill out this questionnaire, read the accompanying instructions and suggestions about preparing your answers and describing your position as provided under the respective items.

**THE FOLLOWING ITEMS TO BE FILLED IN BY (OR FOR) EMPLOYEE**

| 4. Name of Department and Division | 5. Give location of your office or place of work | 6. Give the usual office or working title of your position as known in your dept. |
|---|---|---|
| Civil Service Commission (Department) (Division or Section) | 708 Illinois Building Springfield (City or Town) | Executive Secretary |

7. Give the name and title of the person from whom you ordinarily receive instructions and who assigns, supervises and passes upon your work:
(a) Appointed by and responsible to the Civil Service Commission. (Name of Immediate Supervisor)
(b) Appointed by and responsible to the Civil Service Commission. (Payroll title of Immediate Supervisor)

8. Indicate whether your position is  [X] Full-time   [ ] Part-time   [ ] Permanent   [ ] Temporary or Seasonal

Explain the same in the following:

9. Duties and Work Performed. Describe in detail the main duties and work that you perform, describing each of these in a separate numbered paragraph. Begin with the kind of duties and work that normally take most of your time and that represent the most important common regular duties of your position. Then describe your duties and work that are infrequent or special assignments, entering such infrequent or special assignments last.
Use simple non-technical words to describe the duties and work performed by you, stating specifically what you do, with what machinery or equipment it is done, and the purpose of each part of the position so that the classification analyst will understand what the significant duties are and their full significance.
In the column at the left side, give your best estimate of the percent of your total working time that is normally taken up by each kind of duty or work described.

| Per Cent of Time | |
|---|---|
| Executive makes the principal Executive Commission. | The Executive Secretary is the chief administrative officer of the Civil Service Commission. Subject to the provisions of Jurisdiction B, the Commission appoints the Secretary, establishes or approves broad basic policies for Commission operations, final determination in appeals, in approval of Personnel Rules, in the exemption o policy positions, and in other areas in which Commission approval is required. The Secretary is fully responsible for and carries out the administrative duties of the Commission. |
| 10% | Formulates and recommends to the Commission for approval, major policies, rules, and reg lations; advises the Commission on hearings, technical personnel questions, and other matters before it for consideration and makes recommendations for their proper dispositi enforces decisions of the Commission. |
| 5% | Determines items to be included in the agenda for Commission meetings and reviews and approves proposed items before typing, including recommendations for Commission action; writes or reviews and approves minute items before submitted to the Commission for forma approval. |
| 40% | Supervises the technical and clerical staff of the Commission; makes final decisions on administrative matters including securing of office space, organization and staffing of the Commission office, approval of personnel actions or requests, development and submission of the budget request, approval of expenditure of appropriated funds, and the broader questions of operating policy not requiring Commission approval in respect to review, hearing, and housekeeping activities; insures proper maintenance and disposition of all Commission records including the official minutes of the Commission; is accountab officer for State property, requisitions needed equipment and supplies, and insures prop inventorying, use, maintenance, and replacement of all property and supplies. |
| 15% | Coordinates the program of the Commission with that of other agencies; meets with the Director of Personnel, the Personnel Advisory Board, operating agency heads and other state or non-state persons or organizational representatives to discuss and resolve questions relating to the operation of the Personnel Code and Rules or compliance therew improvement of personnel operations, or other matters of concern to the Commission or agencies involved. (Continued on attached sheet.) |



9. (Cont.)

⑤ 2% Recommends to the Director of Personnel, the Personnel Advisory Board, or other interested persons, those amendments in the Personnel Code or related acts which are considered desirable, and advises them of the effect of legislation proposed or introduced from other sources; attends hearings on the budget requests of the Commission and on other matters in which the Commission is particularly intereste or involved.

⑥ 20% Interprets for State officials, employees, and members of the public, either in person or through correspondence, the intent of the Personnel Code, personnel rules and regulations, and civil service rules, regulations and programs; furnishes related information requested. (The specific interpretation of Department of Personnel rules, regulations, and administrative decisions is limited to the extent that they are known to the incumbent.)

⑦ 3% Occasionally investigates alleged violations of the Personnel Code or rules.

⑧ 5% Represents the Commission at meetings, conferences, and other events.

ITEMS TO BE FILLED IN BY (OR FOR) EMPLOYEE (Continued)

10. Describe any occasional and/or limited assignments given to you.
    (a) ...................................................  (b) ...................................................
    (c) ...................................................  (d) ...................................................

11. Supervisory Duties. If you have supervision of others, give the name of the division or section and the extent of direct supervision and the general character of the work and activities supervised by you.
    Makes general assignments to Division Supervisors, approves their recommendations and program plans, and evaluates their work and effectiveness through program results. Exercises general supervision over secretary and close supervision when necessary on more complex non-routine assignments. Appoints, dismisses, and extends salary increases to employees.

12. Indicate your hours of work: from 8:30 A.M. to 5:00 P.M. (a) Week days: from 8:30 to 5:00
    (b) Saturdays: from .......... to ..........  (c) Sundays: from .......... to ..........
    (d) Total regular working hours per week 37½

13. Indicate the supplies, uniform or equipment or other items, if any, which you furnish while performing the duties of your position at your own expense.
    N/A

14. List any office or field equipment and machinery which is operated, or used by you in your work, giving the name, type and other description of such equipment and machinery.
    Automobile; Edison Voicewriter; Remington Rand Printing Calculator; Webcor Tape Recorder

15. List the allowances, if any, which you receive in addition to your base salary. If none, state none.
    (a) Number of meals per day for self .................  (b) Room for self, describe size and location .................
    (c) Meals per day for self and family .................
    (d) Housing for self and family, describe .................  (e) Kind and average cost of uniforms for self .................
    (f) Payment for use of personally owned automobile .................  (g) Use of state owned automobile ........ Yes
    (h) Other allowances .................

16. List the titles or types of the forms or records regularly used by you in performing your work.
    (a) Personnel Dept. IBM Reports              (b) Appeal and other records in Commission of
    (c) Special Reports from Department          (d) Budget and Appropriation Records
    (e) Access to all records in Dept. of Pers.  (f) .................

17. I certify that I have read the instructions and that the answers are my own and are accurate and complete.
    Signed .................................................  .................
    (Signature of Employee)                                    (Date)

REMARKS

18. SPECIAL NOTE. Describe any other phase or features of this position supplementing the information included in this questionaire. Include such comments on a supplementary record to be attached to this questionaire, if additional space is required.

## DESCRIPTION OF MINIMUM QUALIFICATIONS AND REQUIREMENTS FOR THIS POSITION

### TO BE FILLED IN BY THE IMMEDIATE SUPERVISOR

Special Note to Supervisor. Enter in the following your opinion of the minimum qualifications and requirements which would enable an employee to successfully perform the duties of this position.

In case you have more than one position under your supervision having similar duties and responsibilities, enter your opinion and information for the position on one questionnaire only and refer to the other similar positions by entering under item 26 in each questionnaire, the present titles and the questionnaire numbers of the similar positions.

19. Indicate in what respects, if any, the statements of the specific duties and responsibilities and supervision are not sufficiently or accurately described by the employee who filled in this questionnaire under the existing organization and procedures.

   ..................................................................................................
   ..................................................................................................
   ..................................................................................................

20. Education, Experience and Training Requirements. Indicate the qualification and requirements for successful performance which in your opinion should be required in filling a future vacancy in this position. Keep the position itself in mind and not the qualifications of the present incumbent.
   (a) Minimum formal education: College graduation with courses in business or public administra[tion] technical personnel experience
   (b) Specialized training, years and kind: N/A
   (c) Experience, years and kind: 8 years of progressively more responsible administrative and/[or]
   (d) Knowledge and skills required: Extensive knowledge of public and personnel administrative/ principals, practices, and techniques.
   (e) Licenses, certificates or registration required: N/A
   (f) Personal relationships, ability to get along with others: Highly important. of Commission.
   (g) Other abilities required for successful performance: Ability to plan, direct, and coordinate work/
   (h) Training period required for a new employee possessing the necessary qualifications listed above:
      One year.

21. Supervision Received. Describe the nature, frequency, and detail of supervision received by employee whose name appears on this position description questionnaire. Describe the extent that the work of this position is reviewed, checked and evaluated.
   Work checked only through program accomplishments. No day-to-day supervision involved.

22. Functional Assistance Received. Describe the kind of technical or functional assistance available to this position.
   Occasionally secures advice and decision on matters of major policy from Civil Service Commission.

23. Responsibilities.
   (a) Supervision Exercised: Total number of positions supervised.......... 8 .... Indicate approximate per cent of time spent in supervising employees or time spent on duties directly connected with supervision...............%.
   Indicate the number and titles of positions directly supervised.
   *Indicates immediate supervisor of these positions.

   | Number of Positions | Position Title | Number of Positions | Position Title |
   |---|---|---|---|
   | 1 | *Personnel Technician V | 1 | *Hearings Referee |
   | 1 | Personnel Technician III | 1 | *Clerk Typist III |
   | 1 | Clerk V | 2 | *Clerk Stenographer II |
   |   |   |   | Clerk Typists I |

   (b) Materials or Products: Describe the responsibility and opportunity for bringing about economies and/or preventing losses through effective handling of materials or products.
   Full responsibility for insuring proper use and economy of all materials.

   (c) Machinery and equipment: Describe the responsibility for the operation, use and repair of machinery and equipment, indicating the type, size or kind, and the approximate value of same.
   Has property account for the Civil Service Commission and have administrative responsibility for the proper use and maintenance of all equipment.

   (d) Money: Describe the responsibility for and access to cash, checks, stamps, etc. indicating the approximate value of same handled each month, or the average amount to which access is afforded.
   Has full administrative responsibility for expenditure of all funds appropriated to th[e] Commission. ($146,956 for seventy-first biennium)

   (e) Records and Reports: Describe the responsibility for records and reports, indicating the kind of records or reports in descriptive terms.
   Responsible for insuring that adequate records are kept of all Commission activities including the annual report to the Governor.

23. Responsibilities (continued)
   (f) Personal Contacts: Describe the purpose and frequency of personal contacts with others outside of the department; indicate the type and importance of persons contacted. Very frequent contact with legislative and administrative officials, employees and other persons to interpret Code and Rules, hear complaints and grievances, investigates alleged violations, and direct compliance.
   (g) Policy and Methods: Describe the responsibility for application, interpretation, development and enforcement of policy and methods; indicate the extent of participation in development, if any, and approval of higher authority required. Full responsibilities for policy and methods as delegated by the Commission; final authority in administrative policy; develops and recommends broad general policies for Commission approval.

24. Mental and Physical Characteristics: Check the following when applicable:
   (1) Exercise of independent judgment: Little or none......... Some.......... Considerable.......... Extensive....X....
   (2) Analysis Required: Little or none.......... Some.......... Considerable....X.... Extensive..........
   (3) Initiative Required: Little.......... Some.......... Considerable.......... Extensive....X....
   (4) Knowledge Required: General knowledge of work.......... Intensive General Knowledge....X....
       General professional knowledge.......... Highly technical knowledge..........
   (5) Complexity of Work: Simple routine.......... Many procedures used..........
       Simple Computation.......... Complex Computation..........
   (6) Decisions made and problems: Minor.......... Important.......... Major Decisions....X....
   (7) Attention Required: Little.......... Normal....X.... Continuous close..........
   (8) Concentration Required: Little.......... Frequent, short periods..........
       Occasional, short periods.......... Sustained, long periods..........
   (9) Accuracy Required: Normal....X.... Above Average.......... Exceptional..........
   (10) Physical Effort and Strength Required: Little or none.......... Some....X.... Considerable..........

25. Work Hazards and Unusual Working Conditions
   (1) Unavoidable Hazards: Describe the accident and health hazards present on the job even though all reasonable safety precautions are taken. No hazards; traffic and travel hazards in official travel unusual
   (2) Frequency of Exposure to Hazardous Conditions:
       Rarely....X.... Intermittent.......... Frequent.......... Continuous..........
   (3) Severity of Injuries or Illness Which May Occur:
       Minor....X.... Moderately Serious.......... Serious.......... Critical..........
   (4) Surroundings: Describe any continuing regular condition which makes the job disagreeable, dirty or uncomfortable. ....

26. Indicate any other position or positions under your supervision having duties of similar kind and responsibility, giving the present classification and number (how many) of such positions. (Example--6 clerk typists, grade 4). None

27. Signature of Immediate Supervisor.
    I certify that I have read the instructions and that to the best of my knowledge and belief the information on the duties and requirements is accurate and complete.

    ........................................  ........................................  ........
    Signature of Immediate Supervisor         Title of Immediate Supervisor              Date

TO BE FILLED IN BY DEPARTMENT HEAD OR HIS AUTHORIZED REPRESENTATIVE

28. Comments on Description of Duties and Requirements. Indicate in what respects, if any, the above statements on the duties and responsibilities and requirements are not sufficiently or accurately presented to reflect conditions under existing organization and procedure. If necessary, extend comments under Remarks or on separate sheet.

29. Signature of Department Head.
    I certify that to the best of my knowledge and belief all the information on the duties and responsibilities of the employee and the immediate superior are accurate and complete as they relate to employment in my department.

    /s/ James Moyer                           Commissioner (For the Commission)   March 1, 1961
    Signature of Department Head              Title of Department Head            Date

    Remarks and Supplementary Data:

    RECORD OF REVIEW
    Reviewed by.......... Date.......... Revision by.......... Date..........

# EXHIBIT B

State of Illinois
DEPARTMENT OF PERSONNEL
Springfield, Illinois 62706

**POSITION ALLOCATION REQUEST**  INSTRUCTIONS ON REVERSE SIDE

| 1. REASON FOR REQUEST | 2. DEPARTMENT | 3. DATE |
|---|---|---|
| [ ] ADDITION TO UNIT  [ ] ALLOCATION CHANGE REQUEST  [X] CLASSIFICATION OF DUTIES  [ ] ABOLISH POSITION | Civil Service Commission | 8-31-67 |

| PRESENT | ALLOCATED TO |
|---|---|
| 4. PAYROLL TITLE (If presently established): Civil Service Executive | Leave Blank |
| 5. POSITION NO. (If presently established): 07700-30-00-000-00-01 | Leave Blank |
| 6. DIVISION: | |
| 7. SECTION: Executive | |
| 8. UNIT: | |

| 9. ADDRESS—PLACE OF WORK | COUNTY CODE | ADDRESS | COUNTY CODE | ADDITIONAL IDENTIFICATION |
|---|---|---|---|---|
| 500 E. Capitol Ave., Springfield, Ill. | 084 | Springfield, Illinois | 084 | [ ] Yes  [X] No |

10. COMPLETE DESCRIPTION OF DUTIES AND RESPONSIBILITIES OR REVISIONS.

References are to PDQ dated March 1, 1961, Item 9

Item 2: Determines items to be included in the agenda for Commission meetings; reviews and approves special or unusual items before agenda is published; writes or reviews and approves minute items before their submittal to the Commission before approval.

Item 3: Add: Sets hearings and assigns cases; reviews and recommends to the Civil Service Commission appropriate action on recommendations of Hearings Officers.

Item 5: Advises Civil Service Commission on affect of proposed amendments in the Personnel Code or other proposed statutory changes which may affect the Commission and its statutory responsibilities; upon request, may advise the Personnel Advisory Board, legislators or other interested persons on the estimated effect of such proposals; attends hearings on budget requests and other bills directly affecting the Commission and testifies as required.

Item 6: Reduce time to 10%.

O'Keefe, R. 30-020                             (Over)    (if more space is needed use reverse side)

| 11. IS JOB SUPERVISORY? [X] Yes [ ] No  NUMBER OF EMPLOYEES SUPERVISED: 9 | 12. EQUIPMENT TO BE OPERATED AS REQUIRED IN THIS POSITION: No change |
|---|---|

| 13. TYPING IS: [ ] Essential [ ] Incidental  Requires ___ % of Employee's Time | SHORTHAND IS: [ ] Essential [ ] Incidental  Requires ___ % of Employee's Time |
|---|---|

14. EDUCATION AND SPECIAL TRAINING REQUIRED—YEARS AND KIND: No change.

| 15. PRIOR EXPERIENCE REQUIRED—YEARS AND KIND: No change. | 16. LICENSES OR CERTIFICATES REQUIRED: No change. |
|---|---|

17. WHAT KNOWLEDGE, ABILITIES, SKILLS, AND PHYSICAL QUALIFICATIONS ARE REQUIRED? No change.

DIVISION AND AGENCY AUTHORIZATION

| EMPLOYEE'S IMMEDIATE SUPERVISOR AND POSITION NO. | DIVISION HEAD | AGENCY HEAD |
|---|---|---|
| John J. McCarty, Chairman Illinois Civil Service Commission | | Robert E. O'Keefe |

FOR USE OF DEPARTMENT OF PERSONNEL ONLY

| DATE | CLASSIFICATION | DEPARTMENT APPROVAL |
|---|---|---|
| 9-8-67 | | |

| (CONTINUED) | % OF TIME |
|---|---|
| Add Item 9: Prepares special reports for the Civil Service Commission including the Annual Report of the Commission, or assigns such reports in whole or part to the staff. | 10% |

(USE ADDITIONAL SHEET IF NECESSARY)

## INSTRUCTIONS

Purpose: (1) To establish a new position. (2) To request a change in allocation of an established position; to clarify duties and responsibilities of an established position; or to abolish an established position.

When to Complete: (1) Prior to assigning an individual to carry out duties of a new position. (2) When duties and responsibilities of an established position are changed; when position is no longer required and should be abolished; (3) or, when location of position is changed.

Completion: Fill in items 1 through 17 as indicated on form. It is important that all duties and responsibilities or changes of the position be clearly described, with an indication of percent of time spent performing each duty and responsibility. Incomplete forms will be returned for completion. The immediate supervisor should not be confused with lead workers or positions giving functional guidance only. An immediate supervisor not only assigns and reviews work, but evaluates, disciplines and makes recommendations concerning the tenure and employment of subordinates.

Distribution: Complete original and at least one copy of this form and forward all copies to the Department of Personnel. Department of Personnel will assign the proper position title and position code, and will retain the original of the form. Copies will be returned and will serve as notification of action.

3:04-cv-03024-JES-CHE    # 38-11    Page 14 of 20

# EXHIBIT C

```
                    DEPARTMENT OF CENTERAL MANAGEMENT SERVICE
                         - - - POSITION ACTION NOTICE - - -

REPORT #: DPP03         RUN DATE: 08/02/93           PROGRAM #: IMP060
              FROM                                        TO
              ----                                        --

POSITION #: 07700-30-00-000-00-01      POSITION #: 40070-30-00-000-00-01
TITLE NAME: CIVIL SERVICE EXECUTIVE    TITLE NAME: SENIOR PUBLIC SERV ADM
DEPARTMENT: CIVIL SERVICE COMM.        DEPARTMENT: CIVIL SERVICE COMM.
DIVISION  : ADMINISTRATIVE             DIVISION  : ADMINISTRATIVE
                          * * * * * * * * *

A/I CONTRL: 001                        WRK COUNTY: 084-SANGAMON
EXMPT CODE: O                          TRANS CODE: FC011
AUDIT CODE: RECORD                     EFFEC DATE: 08-01-93
BARG CODE : ES000                      POS OPTION: 8
ADMN OR190:                            BILING PAY:
TERM ID   : CMS
                          * * * * * * * * *
```

**EXHIBIT D**

```
               DEPARTMENT OF CENTRAL MANAGEMENT SERVICE
                    - - - POSITION ACTION NOTICE - - -
REPORT #: DPP03            RUN DATE: 04/30/97           PROGRAM #: IMP060

           FROM                              TO
           ----                              --

POSITION #: 40070-30-00-000-00-01    POSITION #: 40070-30-00-000-00-01
TITLE NAME: SENIOR PUBLIC SERV ADM   TITLE NAME: SENIOR PUBLIC SERV ADM
DEPARTMENT: CIVIL SERVICE COMMISSION DEPARTMENT: CIVIL SERVICE COMMISSION
DIVISION  : ADMINISTRATIVE           DIVISION  : ADMINISTRATIVE

                        * * * * * * * * * *

A/I CONTRL: 001                      WRK COUNTY: 084-SANGAMON
EXMPT CODE: O                        TRANS CODE: MC026
AUDIT CODE: RECORD                   EFFEC DATE: 04-30-97
BARG CODE : ES000                    POS OPTION: 1
RUTAN EXEMPT: Y                      BILING PAY:
TERM ID   : CMS

                        * * * * * * * * * *
```

# EXHIBIT E

# CMS ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES

## POSITION DESCRIPTION

| 1. POSITION TITLE | WORKING TITLE (IF ANY) | BILINGUAL CODE | POSITION TITLE OPTION CODE | 2. POSITION NUMBER |
|---|---|---|---|---|
| Existing Position: Senior Public Service Administrator | Executive Secretary | | 1 | 40070-30-00-000-00-01 |
| New/Revised Position | | | 8L | |

| 3. AGENCY | 4. BUREAU/DIVISION | 5. EXMT CODE | 6. WORK COUNTY | 7. A/I AUTH. | 8. AUDIT | 9. OFFICE USE |
|---|---|---|---|---|---|---|
| Existing Position: Civil Service Commission | Administrative | 0 | 084 | N | | |
| New/Revised Position | | 5 | 016 | | | |

| 10. SECTION | 11. UNIT | 12. TRANSACTION CODE | 13. EFFECTIVE DATE |
|---|---|---|---|
| Existing Position | | | 11/1/04 |
| New/Revised Position | | | |

Stamp: BUREAU OF PERSONNEL JAN 13 2005 Tech Services

| 14. WORK LOCATION | 15. BARGAINING TERM CODE | Rutan Exempt | Transaction codes |
|---|---|---|---|
| Existing Position: 425½ S. 4th Street, Springfield | | | ☐ MA021 ESTABLISH<br>☒ MC022 EXEMPT CODE CHANGE<br>☐ MC024 POSITION NUMBER CHANGE<br>X MC026 CLARIFY<br>☐ MC027 ADDITIONAL IDENTICAL CHANGE<br>X MC028 WORK COUNTY CHANGE<br>☐ MD021 ABOLISH<br>☐ MC149 DOWNWARD REALLOCATION<br>☐ MC150 LATERAL REALLOCATION<br>☐ MC158 UPWARD REALLOCATION |
| New/Revised Position: 160 N. LaSalle, Suite S-901, Chicago | | ✓ | |

| % OF TIME | 16. COMPLETE CURRENT AND ACCURATE STATEMENT OF POSITION ESSENTIAL FUNCTIONS |
|---|---|
| | The Executive Director (Executive Secretary) retains ultimate responsibility for the day-to-day activities of the Civil Service Commission. Perform many of the investigative and hearing functions of the Commission while supervising a small staff and monitoring their work product. |
| 30% | 1. Conducts investigations and/or hearings for employee discharge and other appeals. Drafts Recommended Decisions (or decision letters where appropriate) for Commission acceptance, rejection or modification. Attends Commission meetings to respond to individual Commissioner inquiries on assigned appeals. |
| 15% | 2. Prepares agendas for monthly Commission meetings. Attends and assists the Chairman in conducting the monthly meetings. Drafts minutes of open and closed sessions for approval by the commission. Ensures Commission is in compliance with Open Meetings Act and other relevant statutes. Functions as a legal and technical advisor to the Commission. |
| 15% | 3. Supervise staff, assigns work; approves time off; provides guidance and training; gives oral reprimands; effectively recommends grievance resolutions; completes and signs performance evaluations; establishes annual goals and objectives; counsels staff on problems with productivity, quality of work and conduct; determines staffing needs to achieve program objectives. |
| 10% | 4. Liaison with the Director of Central Management Services and his/her subordinate staff on a variety of mutual issues that impact personnel management for the State of Illinois. Conduct outreach and respond to inquiries from state agencies, employees and other constituents on a variety of issues related to personnel management for the State of Illinois. |
| 10% | 5. Perform all necessary tasks related to the administrative responsibilities of the agency including fiscal, office needs, record-keeping, internal policies and procedures, website and others. |
| 10% | 6. Reviews and makes recommendations to the Commission on proposed class changes, Jurisdiction B exemption requests and other position classification matters within the jurisdiction of the Commission, at times through subordinate staff. |
| 5% | 7. Develop the strategic plan for the Commission. Research and propose new initiatives in accordance with the mission of the Commission. |
| 5% | 8. Performs other duties as required or assigned which are reasonably within the scope of the duties enumerated above. |

| IMMEDIATE SUPERVISOR SIGNATURE | AGENCY HEAD SIGNATURE | DATE |
|---|---|---|
| [signature] | [signature] | 12/23/04 |

CMS-104 (Rev. 10/94) IL 401-0794    IKF 2-2-05

| 16. (CONTINUED) OF TIME | 16. COMPLETE CURRENT AND ACCURATE STATEMENT OF POSITION ESSENTIAL FUNCTIONS (Continued) |
|---|---|
| | |

17. POSITION TITLE AND NUMBER OF IMMEDIATE SUPERVISOR (Responsible for assigning and reviewing work, preparing, conducting and signing performance evaluations; effectively recommending and imposing disciplinary action and adjusting grievances for the incumbent of this position.)

WORKING TITLE (IF ANY)
Civil Service Commission

18. CHECK THE APPROPRIATE BOX IF THIS POSITION IS A:

X SUPERVISOR   OR   ☐ LEAD WORKER

NOTE: Supervisory or lead worker responsibilities **must** be described in a detailed duty statement(s) with a time percentage(s) allotted.

If a box was checked above, list position title, position number, and number of subordinate incumbents or authorized funded headcount:

| Position Title | Position Number | No. of Incumbents or Funded Vacancies |
|---|---|---|
| Public Service Administrator | 37015-30-00-000-00-10 | 1 |
| Administrative Assistant II | 00502-30-00-000-00-01 | 1 |
| Executive Secretary III | 14033-30-00-001-00-01 | 1 |

19. SPECIALIZED KNOWLEDGES, SKILLS, ABILITIES, LICENSURE OR CERTIFICATION NECESSARY FOR THE SUCCESSFUL PERFORMANCE OF THE WORK OF THIS POSITION. NOTE: SINCE THERE ARE NOW SEVERAL OPTIONS OF SKILLS AND ABILITIES AND LICENSURE OR CERTIFICATION IDENTIFIED ON STANDARDS, THE PHRASE "SAME AS SPECIFICATION" CAN NO LONGER BE USED.

Requires a degree from an accredited four-year college, preferably with courses in human resources and public or business administration. Requires a license to practice law in the State of Illinois. Requires five years of professional experience in a public or private organization. Requires a thorough knowledge of the Commission's responsibilities and operations. Requires the ability to communicate effectively both verbally and in writing. Requires an attention to detail and the ability to work unsupervised. Requires supervisory skills. Requires the ability to operate a personal computer with knowledge of MS Office or equivalent applications. Requires travel.