UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ROBERT POWERS, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | Case: 04-3024 |
| | ) | |
| GEORGE E. RICHARDS, RAYMOND W. | ) | |
| EWELL, JOHN M. DORGAN, BARBARA J. | ) | |
| PETERSON, BETTY BUKRABA, DAN P. | ) | |
| FABRIZO, the ILLINOIS DEPARTMENT OF | ) | |
| CENTRAL MANAGEMENT SERVICES, | ) | |
| MICHAEL M. RUMMAN, in his capacity as | ) | |
| Director of the ILLINOIS DEPARTMENT OF | ) | |
| CENTRAL MANAGEMENT SERVICES, and the | ) | |
| ILLINOIS CIVIL SERVICE COMMISSION, | ) | |
|     Defendants. | ) | |

**MOTION FOR EXTENSION OF TIME**

COMES NOW the Plaintiff, ROBERT POWERS, by and through his attorney, James P. Baker, and respectfully requests an extension of time to and including March 9, 2006, to submit his response to the Defendants' motion for summary judgment.. In support of this motion the Plaintiff, ROBERT POWERS, states as follows:

1. That the response to the motion for summary judgment is owing February 27, 2006.

2. Due to professional commitments of counsel for the Plaintiff, ROBERT FLECK, he is unable to complete the brief by the date owing. Those commitments included, but are not limited to, the following: a) preparation of the post hearing brief in the matter *Vahle v. Principia College* pending before the Illinois Human Rights Commission owing February 10, 2006; b) preparation of a reply brief owing to the United States Court of Appeals in the matter *Minor v. Centocor* on February 10, 2006; c) preparation for

and participation in a hearing before the Civil Service Commission on February 14, 2006 in the matter *State of Illinois v. Laureen Page*; c) preparation for and attendance at oral arguments in the matter *Baxter v. Western Illinois University* pending before the Circuit Court of McDonough County on February 15, 2006; d) preparation of a response to a motion to dismiss owing February 21, 2006 in the matter *Alan Jones v. City of Springfield, Illinois* pending before the United States District Court for the Central District of Illinois; and e) other professional commitments previously scheduled by counsel for the Plaintiff.

3. Counsel for the Plaintiff was out of his office on February 24, 2006 due to a family illness.

4. Counsel for the Defendants does not object to this request.

WHEREFORE, the Plaintiff, ROBERT POWERS, respectfully requests that he be allowed to and including March 9, 2006 to submit his response to the Defendants' motion for summary judgment.

ROBERT POWERS

By:   s/ James P. Baker
Attorney for Plaintiff
James P. Baker
Bar Number: 0097802
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
Telephone: (217) 522-3445
Facsimile: (217) 522-8234
E-mail: carenbakerlaw@sbcglobal.net

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Office of the Attorney General
Matthew Bilinsky
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706

Jeffrey D. Colman
David Jimenez-Ekman
Acting as Special Assistant Attorneys General
John Storino
Christopher V. Parente
Jenner & Block
One IBM Plaza
Chicago, Illinois 60611

                                         By:  s/ James P. Baker
                                                James P. Baker
                                                Bar Number: 0097802
                                                Baker, Baker & Krajewski, LLC
                                                415 South Seventh Street
                                                Springfield, Illinois 62701
                                                Telephone: (217) 522-3445
                                                Facsimile: (217) 522-8234
                                                E-mail: carenbakerlaw@sbcglobal.net