E-FILED
Thursday, 09 March, 2006  01:36:39 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ROBERT POWERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 04-3024 |
| | ) | |
| GEORGE E. RICHARDS, RAYMOND W. EWELL, JOHN M. DORGAN, BARBARA J. PETERSON, DAN P. FABRIZO, ROD BLAGOJEVICH, THOMAS LONDRIGAN and ALONZO MONK, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO FILE IN EXCESS OF PAGE LIMITATIONS

COMES NOW the Plaintiff, Robert Powers, by and through his attorney, James P. Baker, and respectfully requests leave to file his memorandum in opposition to the Defendants' motion to summary judgment in excess of page limitations. In support of this motion the Plaintiff, Robert Powers, states as follows:

1. That in order for counsel for the Plaintiff to fully and accurately set forth the facts of the above proceeding and to adequately address issues raised by the Defendants in their motion for summary judgment the page limitation requirements set by local rule of this Court were exceeded.

2. That counsel for the Plaintiff is unable to comply with the page limitation requirements of this Court without compromising the adequacy of the responses required to respond to the Defendants' motion for summary judgment.

3. That the word count is in excess of the word count limitation of 7000 prescribed by

Local Rule 7(b)(2). The word count of the Word Perfect program is 9558.

4. That the memorandum in opposition to summary judgment is complete and ready to be filed.

WHEREFORE, the Plaintiff, Robert Powers, respectfully requests that he be allowed to file his memorandum in opposition to the Defendants' motion for summary judgment in excess of page limitations.

ROBERT POWERS

By:   s/ James P. Baker
Attorney for Plaintiff
James P. Baker
Bar Number: 0097802
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
Telephone: (217) 522-3445
Facsimile: (217) 522-8234
E-mail: carenbakerlaw@sbcglobal.net

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 9, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Office of the Attorney General
Matthew Bilinsky
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706

Jeffrey D. Colman
David Jimenez-Ekman
Acting as Special Assistant Attorneys General
John Storino
Christopher V. Parente
Jenner & Block
One IBM Plaza
Chicago, Illinois 60611

                                                By:   s/ James P. Baker
                                                         James P. Baker
                                                         Bar Number: 0097802
                                                         Baker, Baker & Krajewski, LLC
                                                         415 South Seventh Street
                                                         Springfield, Illinois 62701
                                                         Telephone: (217) 522-3445
                                                         Facsimile: (217) 522-8234
                                                         E-mail: carenbakerlaw@sbcglobal.net