UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ROBERT POWERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 04-3024 |
| | ) | |
| GEORGE E. RICHARDS, RAYMOND W. EWELL, JOHN M. DORGAN, BARBARA J. PETERSON, DAN P. FABRIZO, ROD BLAGOJEVICH, THOMAS LONDRIGAN and ALONZO MONK, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**APPENDIX TO THE MEMORANDUM OF THE PLAINTIFF, ROBERT POWERS, IN OPPOSITION TO THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Affidavit of the Plaintiff, Robert Powers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 1

Answers to Interrogatories to the Civil Service Commission . . . . . . . . . . . . . . . . . . . . . Exhibit 2

Minutes and Executive Session Minutes of May 15, 2003 of the Illinois Civil Service Commission . . . . Exhibit 3

Illinois Civil Service Commission - History (http://www.icsc.il.gov/History.htm) . . . . Exhibit 4