E-FILED
Thursday, 09 March, 2006  03:30:44 PM
Clerk, U.S. District Court, ILCD

# STATE OF ILLINOIS
## CIVIL SERVICE COMMISSION

IN THE MATTER OF:                          )
THE ILLINOIS CIVIL SERVICE COMMISSION,     )
                                           )
      Petitioner,                          )
                                           )
    -and-                                    )   No. DA-104-03
                                           )
ROBERT B. POWERS,                          )
                                           )
      Respondent.                          )

## ANSWERS TO
## INTERROGATORIES TO THE CIVIL SERVICE COMMISSION

COMES NOW the Petitioner, ILLINOIS CIVIL SERVICE COMMISSION, by and through its attorney, LISA MADIGAN, Attorney General of the State of Illinois, and pursuant to Rule 28(b) of the Rules of the Illinois Civil Service Commission, does hereby answers, or otherwise objects, to the written interrogatories served upon it by the Respondent, ROBERT POWERS, as follows:

1.     State the name, address, and position of employment of each person who answers or assists in answering any of the interrogatories propounded in this instrument.

ANSWER:    Petitioner objects to the form of the question – and specifically to the use of the word "assists." The Petitioner does not know what Respondent means by "assists," said reference being unduly vague and overly broad. Subject to said objection, these interrogatory responses were prepared by Matthew Bilinsky, Assistant Attorney General, 500 South Second Street, Springfield, Illinois 62706.

2.     State the name, address, and position of employment of each person who provided information to the COMMISSION in connection with the events leading up to its decision to terminate the employment of the RESPONDENT. With respect to each, set forth the information provided by that person.

EXHIBIT
2

6.    State all facts known to the COMMISSION which support its allegation that the RESPONDENT did not have authorization to sign documents on behalf of the Director of the Illinois Department of Central Management Services as alleged in charge #1 of the statement of charges and identify all persons who have knowledge of those facts.

ANSWER:   See signature authority list for Director Schwartz attached hereto. Former Director Schwartz will testify that he did not provide his signature authority to Mr. Powers, and that no one was to execute the subject transaction documents on his behalf or that of CMS; Shelly Martin will testify that the Auditor General has no record of signature authority being transferred to Rob Powers, and that signature authority for Director Schwartz would require the person to sign Director Schwartz' name and not their own; Deb Hensey will testify that the Director's signature authority requires the person to sign the Director's name, not their own, and that the Director left specific instructions that his name was not to be signed to these transactions.   See also Responses to Request to Produce, specifically #15, and Answer to Interrogatory #4 above.  Investigation continues.

7.    State all facts known to the COMMISSION to support its allegation that the Director of the Illinois Department of Central Management Service had not approved the transactions referred to in paragraph 1 of the statement of charges and identify the name and address of each person who has knowledge of those facts.

ANSWER:  See answers to Interrogatories #2, #3, #4, #5, and #6 above, along with Responses to Request for Production of Documents served simultaneously herewith.

8.    Identify the name, address, and position of employment of each person who made or recommended to the COMMISSION that the RESPONDENT be discharged from employment with it.

ANSWER:   Civil Service Commissioners George E. Richards, John M. Dorgan, Raymond W. Ewell, Dan P. Fabrizio, and Barbara J. Peterson,  425½ South Fourth Street,

## CERTIFICATION

Matthew D. Bilinsky herein certifies that he has caused to be served a copy of

the foregoing Petitioner's Answers to Interrogatories upon:


James P. Baker
Law Offices of James P. Baker
415 South Seventh Street
Springfield, IL 62701

by causing to be deposited a copy of same in a correctly addressed, prepaid envelope

and by causing to be deposited same in the United States Mail in Springfield, Illinois on

June 23, 2003.


Matthew D. Bilinsky
Assistant Attorney General


Matthew D. Bilinsky, 6217270
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
(217)782-9056

ANSWER:   This described charge is withdrawn; Petitioner objects as to relevancy.

25.   Identify any witnesses being called by Petitioner for hearing in this matter who are being called in whole or in part for the purpose of giving expert testimony.

ANSWER:  Tom Londrigan, Shelly Martin, Director Schwartz, Deb Hensey, Andy Walter, George Richards.

Respectfully Submitted,

ILLINOIS CIVIL SERVICE COMMISSION,

Petitioner,

LISA MADIGAN, Attorney General of the State of Illinois,

Attorney for Petitioner,

BY: _____

Matthew D. Bilinsky
Assistant Attorney General

Matthew D. Bilinsky, #6127270
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
(217) 782-9056

Of Counsel.