E-FILED
Thursday, 09 March, 2006  03:31:44 PM
Clerk, U.S. District Court, ILCD

May 15, 2003

## EXECUTIVE SESSION MINUTES
## ILLINOIS CIVIL SERVICE COMMISSION
### May 15, 2003

I.   OPENING OF MEETING AT 425½ SOUTH FOURTH STREET, SPRINGFIELD, ILLINOIS

II.  PRESENT
George E. Richards, Chairman; John M. Dorgan, Raymond W. Ewell, Dan P. Fabrizio, and Barbara J. Peterson, (via phone) Commissioners.

III. APPROVAL OF MINUTES DATED MAY 15, 2003

**IT WAS MOVED BY COMMISSIONER EWELL, SECONDED BY COMMISSIONER FABRIZIO, AND THE MOTION UNANIMOUSLY ADOPTED TO APPROVE THE MINUTES DATED MAY 15, 2003. AYES: RICHARDS, DORGAN, EWELL, FABRIZIO, AND PETERSON. NAYES: NONE.**

IV.  MATTERS DISCUSSED
Personnel matters of the Commission.

V.   ADJOURNMENT OF EXECUTIVE SESSION

**IT WAS MOVED BY COMMISSIONER DORGAN, SECONDED BY COMMISSIONER FABRIZIO, AND THE MOTION UNANIMOUSLY ADOPTED TO ADJOURN THE EXECUTIVE SESSION AND RECONVENE THE OPEN MEETING. AYES: RICHARDS, DORGAN, EWELL, FABRIZIO, PETERSON. NAYES: NONE.**

0094

1



EXHIBIT
3
tabbies®

ESPONDENT'S EXHIBIT
2

MINUTES
ILLINOIS CIVIL SERVICE COMMISSION
May 15, 2003

I. OPENING OF MEETING AT 10:30 A.M. AT 425½ SOUTH FOURTH STREET, SPRINGFIELD, ILLINOIS

II. PRESENT
George E. Richards, Chairman; John M. Dorgan, Dan P. Fabrizio, Ray W. Ewell, and Barbara J. Peterson (via phone), Commissioners; Daniel Stralka, Governor's Office; Mike Grady, HR Director, DCEO; Marianne Armento and Tricia Pineda, CMS.

III. APPROVAL OF MINUTES OF REGULAR MEETING HELD APRIL 17, 2003 AND RECONVENED MEETING HELD APRIL 18, 2003

**IT WAS MOVED BY COMMISSIONER FABRIZIO, SECONDED BY COMMISSIONER DORGAN, AND THE MOTION UNANIMOUSLY ADOPTED TO APPROVE THE MINUTES OF THE REGULAR MEETING HELD APRIL 17, 2003 AND THE RECONVENED MEETING HELD APRIL 18, 2003.**

IV. APPEALS TERMINATED WITHOUT DECISION

Listed below for the record is a summary of appeals in which termination was achieved by action other than formal decision by the Commission. All records pertaining to the appeals are a matter of record in the Commission files.

Dismissals

| Name | Title | Department |
|------|-------|------------|
| Kyle Kirts | Public Service Administrator | Commerce & Economic Opportunity |

Request for hearing filed: February 7, 2003
RESULTS: Petitioner and Respondent have settled all claims and appeals related to Respondent's employment, and severance of such employment, by Petitioner. Stipulation filed with the Commission April 30, 2003. Case closed by letter dated May 2, 2003.

00942

IV.   APPEALS TERMINATED WITHOUT DECISION (continued)

Megan Ornellas      Sr. Public Service Administrator      Public Aid

>Request for hearing filed:  January 29, 2003
>RESULTS:  Petitioner and Respondent have settled all claims and appeals related to
>
>Respondent's employment, and severance of such employment, by
>Petitioner.  Stipulation filed with the Commission April 30, 2003.  Case
>closed by letter dated May 2, 2003.

**IT WAS MOVED BY COMMISSIONER FABRIZIO, SECONDED BY
COMMISSIONER DORGAN, AND THE MOTION UNANIMOUSLY ADOPTED
TO CONCUR WITH THE STAFF DECISIONS IN THE ABOVE MATTERS.**

V.   COURT DECISIONS ON ADMINISTRATIVE REVIEW

Circuit Court – Dismissal

Department of Children & Family Services v. CSC and James Young

The Honorable Nancy J. Arnold, Judge of the Circuit Court of Cook County, entered a
judgment order on February 26, 2003, affirming the June 21, 2001 decision of the CSC,
reducing discipline imposed against respondent, James Young, from discharge to a 90-
day suspension.  DCFS has filed an appeal with the Appellate Court of Illinois, First
Judicial District.

00943

## VI. EXEMPTIONS UNDER SECTION 4d(3) OF THE PERSONNEL CODE

### A. Report on Exempt Positions

| Agency | Total Employees | Number of Exempt Positions |
|---|---|---|
| Aging | 102 | 6 |
| Agriculture | 517 | 10 |
| Arts Council | 22 | 1 |
| Banks and Real Estate | 261 | 2 |
| Central Management Services | 1,147 | 15 |
| Children and Family Services | 3,522 | 29 |
| DCEO | 417 | 22 |
| Corrections | 14,102 | 104 |
| Deaf and Hard of Hearing Comm. | 8 | 1 |
| Developmental Disabilities Council | 14 | 1 |
| Elections Board | 49 | 1 |
| Emergency Management Agency | 54 | 1 |
| Employment Security | 1,918 | 10 |
| EPA | 1,149 | 4 |
| Financial Institutions | 85 | 4 |
| Guardianship and Advocacy | 117 | 6 |
| Historic Preservation Agency | 191 | 2 |
| Human Rights Commission | 10 | 2 |
| Human Rights Department | 137 | 4 |
| Human Services | 15,638 | 40 |
| Industrial Commission | 151 | 8 |
| Insurance | 333 | 5 |
| Investment Board | 4 | 1 |
| Labor | 86 | 7 |
| Labor Relations Board Educational | 22 | 2 |
| Labor Relations Board State | 23 | 2 |
| Law Enf. Trng. & Standard Bd. | 24 | 1 |
| Liquor Control Commission | 71 | 3 |
| Lottery | 232 | 7 |
| Medical District Commission | 5 | 1 |
| Natural Resources | 1,623 | 23 |
| Pollution Control Board | 30 | 3 |
| Professional Regulation | 263 | 8 |
| Property Tax Appeal Board | 39 | 2 |
| Public Aid | 2,372 | 15 |
| Public Health | 1,130 | 16 |
| Revenue | 1,987 | 30 |
| State Fire Marshal | 125 | 4 |
| State Police | 1,533 | 4 |
| State Police Merit Board | 5 | 1 |
| State Retirement Systems | 79 | 1 |
| Veterans Affairs | 1,123 | 2 |
| TOTALS | 50,720 | 411 |

3

00944

## VI. EXEMPTIONS UNDER SECTION 4d(3) OF THE PERSONNEL CODE (Continued)

### B. Governing Rule - Jurisdiction B Exemptions

a) Before a position shall qualify for exemption from Jurisdiction B under Section 4d(3) of the Personnel Code, the position shall be directly responsible to:

1. The Governor, or

2. A departmental director or assistant director appointed by the Governor, or

3. A board or commission appointed by the Governor, or

4. The head of an agency created by Executive Order, or the director or assistant director of an agency carrying out statutory powers, whose offices are created by the Governor subject to legislative veto under Article V, Section 11, of the Constitution of 1970, which agency head, director, or assistant director may themselves be subject to exemption under Section 4d(3), or

5. In an agency having a statutory assistant director, a deputy director exercising full line authority under the director for all operating entities of the agency, provided the statutory role of assistant director is vacant or is assigned clearly distinct and separate duties from the deputy director and as a colleague to him, or

6. A line position organizationally located between the director and/or assistant director and a subordinate statutorily exempt position(s), provided the position proposed for exemption has line authority over the statutory exempt position(s), or

7. The elected head of an independent agency in the executive, legislative, or judicial branch of government.

b) If a position meets the above criterion, it must, in addition, be responsible for one or more of the following before it shall be approved as exempt:

1. Directs programs defined by statute and/or departmental, board, or commission policy or possess significant authority when acting in the capacity of a director of programs to bind the agency.

2. Makes decisions in exercising principal responsibility for the determination or execution of policy which fix objectives or state the principles to control action toward operating objectives of one or more divisions, such decisions being subject to review or reversal only by the director, assistant director, board or commission.

3. Participates in the planning and programming of departmental, board, or commission activities, integrating the plans and projections of related divisions, and the scheduling of projected work programs of those agencies.

* * *

4

VI.   EXEMPTIONS UNDER SECTION 4d(3) OF THE PERSONNEL CODE (Continued)

The Department of Agriculture has **withdrawn** its request for 4d(3) exemption for the following position, listed in May's agenda as Item No. VIII. J:

| | |
|---|---|
| Position Title: | Senior Public Service Administrator |
| Position Number: | 40070-11-01-600-00-01 |
| Division: | Executive Office |
| Incumbent: | Vacant |
| Supervisor: | Director of Agriculture |
| Location: | Springfield |

**IT WAS MOVED BY COMMISSIONER DORGAN, SECONDED BY COMMISSIONER FABRIZIO, AND THE MOTION UNANIMOUSLY ADOPTED TO APPROVE THE REQUEST FOR 4D(3) EXEMPTION FOR THE FOLLOWING POSITIONS:**

| | |
|---|---|
| Agency: | Department of Natural Resources |
| Position Title: | Public Service Administrator |
| Position Number: | 37015-12-00-600-00-01 |
| Division: | Director's Office |
| Incumbent: | Vacant |
| Supervisor: | Director |
| Location: | Springfield |

| | |
|---|---|
| Agency: | Dept. of Commerce & Economic Opportunity |
| Position Title: | Senior Public Service Administrator |
| Position Number: | 40070-42-00-060-00-01 |
| Division: | Director's Office/Office of Human Resources & Labor Relations |
| Incumbent: | Vacant |
| Supervisor: | Director |
| Location: | Sangamon County |

| | |
|---|---|
| Agency: | Dept. of Commerce & Economic Opportunity |
| Position Title: | Senior Public Service Administrator |
| Position Number: | 40070-42-00-300-00-01 |
| Division: | Director's Office/Office of Financial Management |
| Incumbent: | Vacant |
| Supervisor: | Director |
| Location: | Sangamon County |

00946

VI.    <u>EXEMPTIONS UNDER SECTION 4d(3) OF THE PERSONNEL CODE</u> (Continued)

| | |
|---|---|
| Agency: | Dept. of Commerce & Economic Opportunity |
| Position Title: | Senior Public Service Administrator |
| Position Number: | 40070-42-00-500-00-01 |
| Division: | Director's Office/Information Technology Management |
| Incumbent: | Marsha A. Leckrone |
| Supervisor: | Director |
| Location: | Sangamon County |

| | |
|---|---|
| Agency: | Dept. of Commerce & Economic Opportunity |
| Position Title: | Senior Public Service Administrator |
| Position Number: | 40070-42-00-600-00-01 |
| Division: | Director's Office/Management Operations |
| Incumbent: | Nancy F. Lane |
| Supervisor: | Director |
| Location: | Sangamon County |

| | |
|---|---|
| Agency: | Dept. of Commerce & Economic Opportunity |
| Position Title: | Senior Public Service Administrator |
| Position Number: | 40070-42-25-000-05-01 |
| Division: | Bureau of Tourism |
| Incumbent: | Vacant |
| Supervisor: | Deputy Director, SPSA 40070-42-25-000-00-01 |
| Location: | Cook County |

| | |
|---|---|
| Agency: | Dept. of Commerce & Economic Opportunity |
| Position Title: | Senior Public Service Administrator |
| Position Number: | 40070-42-35-000-05-01 |
| Division: | Bureau of Business Development |
| Incumbent: | Vacant |
| Supervisor: | Deputy Director, SPSA 40070-42-35-000-00-01 |
| Location: | Cook County |

| | |
|---|---|
| Agency: | Dept. of Commerce & Economic Opportunity |
| Position Title: | Senior Public Service Administrator |
| Position Number: | 40070-42-50-000-05-01 |
| Division: | Bureau of Community Development |
| Incumbent: | Vacant |
| Supervisor: | Deputy Director, SPSA 40070-42-50-000-00-01 |
| Location: | Cook County |

00947

May 15, 2003

VI.   EXEMPTIONS UNDER SECTION 4d(3) OF THE PERSONNEL CODE (Continued)

Agency:          Dept. of Commerce & Economic Opportunity
Position Title:  Senior Public Service Administrator
Position Number: 40070-42-60-000-05-01
Division:        Bureau of Technology & Industrial Competitiveness
Incumbent:       Vacant
Supervisor:      Deputy Director, SPSA 40070-42-60-000-00-01
Location:        Cook County

Agency:          Dept. of Commerce & Economic Opportunity
Position Title:  Senior Public Service Administrator
Position Number: 40070-42-70-000-05-01
Division:        Bureau of Energy & Recycling
Incumbent:       Vacant
Supervisor:      Deputy Director, SPSA 40070-42-70-000-00-01
Location:        Cook County

Agency:          Dept. of Commerce & Economic Opportunity
Position Title:  Public Service Administrator
Position Number: 37015-42-00-000-02-01
Division:        Director's Office
Incumbent:       Vacant
Supervisor:      Director
Location:        Sangamon County

Agency:          Dept. of Commerce & Economic Opportunity
Position Title:  Senior Public Service Administrator
Position Number: 40070-42-00-000-03-01
Division:        Director's Office
Incumbent:       Vacant
Supervisor:      Director
Location:        Cook County

Agency:          Dept. of Commerce & Economic Opportunity
Position Title:  Public Service Administrator
Position Number: 37015-42-00-000-15-01
Division:        Director's Office
Incumbent:       John C. Glazier
Supervisor:      Director
Location:        Sangamon County

00948

VI.    EXEMPTIONS UNDER SECTION 4d(3) OF THE PERSONNEL CODE (Continued)

| | |
|---|---|
| Agency: | Dept. of Commerce & Economic Opportunity |
| Position Title: | Senior Public Service Administrator |
| Position Number: | 40070-42-00-071-00-02 |
| Division: | Director's Office |
| Incumbent: | Mona B. Martin |
| Supervisor: | Senior Public Service Administrator 40070-42-00-070-00-01 |
| Location: | Sangamon County |

| | |
|---|---|
| Agency: | Dept. of Commerce & Economic Opportunity |
| Position Title: | Senior Public Service Administrator |
| Position Number: | 40070-42-00-073-00-01 |
| Division: | Director's Office/Bureau of Policy Development Planning & Research |
| Incumbent: | Vacant |
| Supervisor: | Senior Public Service Administrator 40070-42-00-070-00-01 |
| Location: | Sangamon County |

| | |
|---|---|
| Agency: | Dept. of Commerce & Economic Opportunity |
| Position Title: | Senior Public Service Administrator |
| Position Number: | 40070-42-00-074-00-01 |
| Division: | Director's Office/Bureau of Policy Development Planning & Research |
| Incumbent: | Vacant |
| Supervisor: | Senior Public Service Administrator 40070-42-00-070-00-01 |
| Location: | Sangamon County |

| | |
|---|---|
| Agency: | Dept. of Commerce & Economic Opportunity |
| Position Title: | Senior Public Service Administrator |
| Position Number: | 40070-42-00-094-00-01 |
| Division: | Illinois Trade Office |
| Incumbent: | Vacant |
| Supervisor: | Senior Public Service Administrator 40070-42-00-090-00-01 |
| Location: | Cook County |

| | |
|---|---|
| Agency: | Dept. of Commerce & Economic Opportunity |
| Position Title: | Senior Public Service Administrator |
| Position Number: | 40070-42-00-095-00-01 |
| Division: | Director's Office |
| Incumbent: | Vacant |
| Supervisor: | Senior Public Service Administrator 40070-42-00-090-00-01 |
| Location: | Cook County |

00940

VI.　　EXEMPTIONS UNDER SECTION 4d(3) OF THE PERSONNEL CODE (Continued)

Agency:　　　　Dept. of Commerce & Economic Opportunity
Position Title:　　Senior Public Service Administrator
Position Number:　40070-42-00-400-10-01
Division:　　　Director's Office/Coal Development & Marketing
Incumbent:　　　Vacant
Supervisor:　　Senior Public Service Administrator 40070-42-00-400-00-01
Location:　　　Sangamon County

Agency:　　　　Department of Revenue
Position Title:　　Senior Public Service Administrator
Position Number:　40070-25-45-100-00-01
Division:　　　Human Resource Management
Incumbent:　　　Vacant
Supervisor:　　Director
Location:　　　Sangamon

Agency:　　　　Department of Commerce & Economic Opportunity
Position Title:　　Senior Public Service Administrator
Position Number:　40070-42-60-200-00-01
Division:　　　Office of High Performance Workplace
Incumbent:　　　Vacant
Supervisor:　　Director
Location:　　　Cook County

Agency:　　　　Department of Insurance
Position Title:　　Administrative Assistant II
Position Number:　00502-14-00-000-00-02
Division:　　　Executive
Incumbent:　　　Vacant
Supervisor:　　Assistant Director of Insurance
Location:　　　Cook County

Agency:　　　　Department of Natural Resources
Position Title:　　Senior Public Service Administrator
Position Number:　40070-12-00-800-00-01
Division:　　　Director's Office
Incumbent:　　　Vacant
Supervisor:　　Director
Location:　　　Sangamon

00950

VI.   EXEMPTIONS UNDER SECTION 4d(3) OF THE PERSONNEL CODE (Continued)

Agency:              Environmental Protection Agency
Position Title:      Senior Public Service Administrator
Position Number:     40070-46-00-400-00-01
Division:            Director
Incumbent:           Vacant
Supervisor:          Director
Location:            Sangamon County

Agency:              Department of Public Health
Position Title:      Senior Public Service Administrator
Position Number:     40070-20-30-000-00-81
Division:            Health Promotion
Incumbent:           Mark Schmidt
Supervisor:          Director
Location:            Cook

Agency:              Children & Family Services
Position Title:      Senior Public Service Administrator
Position Number:     40070-16-00-500-00-01
Division:            Director's Office
Incumbent:           Vacant
Supervisor:          Director Samuels
Location:            Cook County

Agency:              Central Management Services
Position Title:      Senior Public Service Administrator
Position Number:     40070-37-10-000-01-01
Division:            Communication & Computer Services
Incumbent:           James A. Burgard
Supervisor:          Associate Director
Location:            Sangamon

Agency:              Central Management Services
Position Title:      Senior Public Service Administrator
Position Number:     40070-37-80-000-01-01
Division:            Information Services
Incumbent:           Kathy Maple
Supervisor:          Administrator of the Office of Public Affairs
Location:            Sangamon

00951

VI.     <u>EXEMPTIONS UNDER SECTION 4d(3) OF THE PERSONNEL CODE</u> (Continued)

| | |
|---|---|
| Agency: | Central Management Services |
| Position Title: | Senior Public Service Administrator |
| Position Number: | 40070-37-70-000-01-01 |
| Division: | Legal Services |
| Incumbent: | Vacant |
| Supervisor: | Chief of Operations |
| Location: | Sangamon |

| | |
|---|---|
| Agency: | Central Management Services |
| Position Title: | Senior Public Service Administrator |
| Position Number: | 40070-37-60-000-01-02 |
| Division: | Property Management |
| Incumbent: | Vacant |
| Supervisor: | Associate Director |
| Location: | Sangamon |

| | |
|---|---|
| Agency: | Central Management Services |
| Position Title: | Senior Public Service Administrator |
| Position Number: | 40070-37-40-000-01-02 |
| Division: | Support Services |
| Incumbent: | Robert Kirk |
| Supervisor: | Assistant Director |
| Location: | Sangamon |

| | |
|---|---|
| Agency: | Central Management Services |
| Position Title: | Senior Public Service Administrator |
| Position Number: | 40070-37-30-000-01-01 |
| Division: | Bureau of Benefits |
| Incumbent: | Vacant |
| Supervisor: | Associate Director |
| Location: | Sangamon |

| | |
|---|---|
| Agency: | Central Management Services |
| Position Title: | Senior Public Service Administrator |
| Position Number: | 40070-37-20-000-01-01 |
| Division: | Bureau of Personnel |
| Incumbent: | Dawn DeFraties |
| Supervisor: | Chief of Staff |
| Location: | Sangamon |

00952

## VI.   EXEMPTIONS UNDER SECTION 4d(3) OF THE PERSONNEL CODE (Continued)

| | |
|---|---|
| Agency: | Central Management Services |
| Position Title: | Senior Public Service Administrator |
| Position Number: | 40070-37-03-000-01-01 |
| Division: | Internal Audits |
| Incumbent: | Shelly Martin |
| Supervisor: | Director |
| Location: | Sangamon |

| | |
|---|---|
| Agency: | Central Management Services |
| Position Title: | Senior Public Service Administrator |
| Position Number: | 40070-37-04-000-01-01 |
| Division: | Business Enterprise Program/Asst. Director's Office |
| Incumbent: | Sondra Phillips |
| Supervisor: | Assistant Director |
| Location: | Cook |

## VII.   NON-MERIT APPOINTMENT REPORT

The Personnel Code permits non-merit appointments for a limited period of time, i.e., emergency appointments shall not exceed 60 days and shall not be renewed, and positions shall not be filled on a temporary or provisional basis for more than six months out of any twelve-month period.  Consecutive non-merit appointments are not violative of the Code, however, they do present a possible evasion of merit principles and should be monitored.  Set forth below is the number of consecutive non-merit appointments made by each department.  These statistics are from the Department of Central Management Services consecutive non-merit report as of April 30, 2003.

| | 3/31/03 | 4/30/03 |
|---|---|---|
| Agriculture | 0 | 2 |
| Central Management Services | 4 | 0 |
| DCEO | 2 | 1 |
| Corrections | 2 | 2 |
| Employment Security | 1 | 1 |
| Human Services | 3 | 3 |
| Labor Relations Board Educ. | 1 | 1 |
| Military Affairs | 1 | 0 |
| Natural Resources | 5 | 4 |
| Professional Regulation | 3 | 3 |
| Public Health | 4 | 4 |
| State Police | 1 | 1 |
| State Retirement Systems | 1 | 1 |
| Transportation | 19 | 0 |
| | 47 | 23 |

12

00953

## MOTION TO GO INTO EXECUTIVE SESSION
**IT WAS MOVED BY COMMISSIONER EWELL, SECONDED BY COMMISSIONER FABRIZIO, AND THE MOTION UNANIMOUSLY ADOPTED TO HOLD AN EXECUTIVE SESSION TO CONSIDER PERSONNEL MATTERS OF THE COMMISSION.**

## RECONVENE MEETING
<u>Present:</u> George E. Richards, Chairman; John M. Dorgan, Dan P. Fabrizio, Ray W. Ewell, and Barbara J. Peterson (via phone), Commissioners.

**IT WAS MOVED BY COMMISSIONER DORGAN, SECONDED BY COMMISSIONER FABRIZIO, AND THE MOTION UNANIMOUSLY ADOPTED TO SUSPEND, PENDING DISCHARGE, ROBERT B. POWERS AND SARAJANE A. WRIGHT.**

## ANNOUNCEMENT OF NEXT MEETING
Announcement of the next regular meeting to be held on Thursday, June 19, 2003 at 9:00 a.m. in the Commission's Chicago Office.

## MOTION TO ADJOURN
**IT WAS MOVED BY COMMISSIONER EWELL, SECONDED BY COMMISSIONER PETERSON, AND THE MOTION UNANIMOUSLY ADOPTED TO ADJOURN THE MEETING.**

00954

May 15, 2003

## EXECUTIVE SESSION MINUTES
## ILLINOIS CIVIL SERVICE COMMISSION
May 15, 2003

I.    OPENING OF MEETING AT 425½ SOUTH FOURTH STREET, SPRINGFIELD, ILLINOIS

II.   PRESENT
George E. Richards, Chairman; John M. Dorgan, Raymond W. Ewell, Dan P. Fabrizio, and Barbara J. Peterson, (via phone) Commissioners.

III.  APPROVAL OF MINUTES DATED APRIL 17, 2003

**IT WAS MOVED BY COMMISSIONER EWELL, SECONDED BY COMMISSIONER FABRIZIO, AND THE MOTION UNANIMOUSLY ADOPTED TO APPROVE THE MINUTES DATED APRIL 17, 2003. AYES: RICHARDS, DORGAN, EWELL, FABRIZIO, AND PETERSON. NAYES: NONE.**

IV.   MATTERS DISCUSSED
Personnel matters of the Commission.

V.    ADJOURNMENT OF EXECUTIVE SESSION

**IT WAS MOVED BY COMMISSIONER DORGAN, SECONDED BY COMMISSIONER FABRIZIO, AND THE MOTION UNANIMOUSLY ADOPTED TO ADJOURN THE EXECUTIVE SESSION AND RECONVENE THE OPEN MEETING. AYES: RICHARDS, DORGAN, EWELL, FABRIZIO, PETERSON. NAYES: NONE.**

3

00955

1



RESPONDENT'S EXHIBIT
3