E-FILED
Wednesday, 22 March, 2006  03:49:46 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| ROBERT POWERS, ) | |
| ) | |
| Plaintiff, ) | Case No. 04-3024 |
| ) | |
| vs. ) | Honorable Jeanne E. Scott |
| ) | |
| GEORGE E. RICHARDS, et. al., ) | Magistrate Judge Charles H. Evans |
| ) | |
| Defendants. ) | |
| ) | |

**UNOPPOSED MOTION FOR TWO-WEEK EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

George E. Richards, Raymond W. Ewell, John M. Dorgan, Barbara J. Peterson, Dan P. Fabrizo, Governor Blagojevich, Thomas Londrigan and Alonzo Monk (collectively the "State Officials"), by their attorneys, respectfully move this Court for the entry of an unopposed order providing them with a two-week extension of time, up to and including April 6, 2006, to file their Reply Brief in Support of their Motion for Summary Judgment. In support of this Motion, the State Officials state:

1.  The State Officials filed their Motion for Summary Judgment on February 6, 2006.

2.  The Plaintiff filed his Response to the State Officials' Motion for Summary Judgment on March 9, 2006. Accordingly, the State Officials' Reply Brief is currently due on Thursday, March 23, 2006.

3.  Due to their litigation schedules and other personal and professional obligations, counsel for the State Officials respectfully request a two-week extension to consult with their clients and finalize their Reply Brief.

4.      On March 22, 2006, James Baker's office informed John Storino, one of the attorneys for the State Officials, that the plaintiff had no objection to the relief requested by this Motion.

WHEREFORE, the State Officials respectfully request that this Court enter an unopposed order extending the deadline for the State Officials to file their Reply Brief in Support of their Motion for Summary Judgment to April 6, 2006.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | GEORGE E. RICHARDS, RAYMOND W. EWELL, JOHN M. DORGAN, BARBARA J. PETERSON, DAN P. FABRIZO, ROD R. BLAGOJEVICH, ALONZO MONK and THOMAS LONDRIGAN, |
| Dated: March 22, 2006 |  |
|  | By:   s/ David Jiménez-Ekman      |
|  | One of Their Attorneys |

Jeffrey D. Colman
David Jiménez-Ekman
John R. Storino
Christopher V. Parente
Acting as Special Assistant Attorneys General
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

-3-

## CERTIFICATION OF SERVICE

    I, David Jiménez-Ekman, hereby certify that on Wednesday, March 22, 2006, I electronically filed the foregoing Unopposed Motion For Extension of Time to File the State Officials' Reply Brief in Support of their Motion for Summary Judgment with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James P. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, IL 62701

    s/ David Jiménez-Ekman
David Jiménez-Ekman
Bar Number: 6210519
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
Telephone: (312) 222-9350
Facsimile: (312) 527-0484