E-FILED
Wednesday, 05 April, 2006  01:22:23 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ROBERT POWERS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 04-3024 |
| | ) | |
| vs. | ) | Honorable Jeanne E. Scott |
| | ) | |
| GEORGE E. RICHARDS, et. al., | ) | Magistrate Judge Charles H. Evans |
| | ) | |
| Defendants. | ) | |
| | ) | |

**UNOPPOSED MOTION FOR (1) A TWO-BUSINESS DAY EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND (2) FOR LEAVE TO FILE OVERSIZED REPLY BRIEF**

George E. Richards, Raymond W. Ewell, John M. Dorgan, Barbara J. Peterson, Dan P. Fabrizo, Governor Blagojevich, Thomas Londrigan and Alonzo Monk (collectively the "State Officials"), by their attorneys, respectfully move this Court for the entry of an unopposed order providing them with (1) a two-business day extension of time, up to and including April 10, 2006, to file their Reply Brief in Support of their Motion for Summary Judgment and (2) for leave to file an oversized reply brief, which includes 17 pages of argument.  In support of this Motion, the State Officials state:

    **A.**     **Motion for Two-Business Day Extension of Time.**

        1.     The State Officials filed their Motion for Summary Judgment on February 6, 2006.

        2.     The Plaintiff filed his Response to the State Officials' Motion for Summary Judgment on March 9, 2006 after receiving an unopposed ten-day extension .  On March 22, 2006, the State Officials requested and were granted a two-week extension of time to

-2-

file their Reply Brief.  Accordingly, the State Officials' Reply Brief is currently due on Thursday, April 6, 2006.

        3.    The State Officials currently have an advanced draft of the reply brief, but due to their litigation schedules and other personal and professional obligations, counsel for the State Officials respectfully request a two-business day extension to consult with their clients and finalize their reply brief.

    **B.**    **Motion for Leave To File Oversized Reply Brief.**

        4.    On February 6, 2006, the State Officials filed their Memorandum in support of their Motion for Summary Judgment.  The State Officials' Memorandum contained 15 pages of argument and complied with the page limitation requirements of Local Rule 7.1(D)(3)(5).

        5.    On March 9, 2006, Plaintiff was granted leave to file a response brief that contained 29 pages of argument which was in excess of the page limitation in Local Rule 7.1(D)(3)(5).

        6.    Local Rule 7.1(D)(3)(5) sets a five-page limitation on argument for reply briefs.  In order for the State Officials to fully and adequately respond to the Plaintiff's 29 pages of argument, the State Officials respectfully request that this Court grant them leave to file a reply brief containing 17 pages of argument.

        7.    On April 5, 2006, plaintiff's counsel, James Baker, informed John Storino, one of the attorneys for the State Officials, that the plaintiff had no objection to the relief requested by this Motion.

    WHEREFORE, the State Officials respectfully request that this Court enter an unopposed order extending the deadline for the State Officials to file their reply brief in support

-3-

of their motion for summary judgment to April 10, 2006 and grant them leave to file an oversized reply brief.

          Respectfully submitted,

          GEORGE E. RICHARDS, RAYMOND W. EWELL, JOHN M. DORGAN, BARBARA J. PETERSON, DAN P. FABRIZO, ROD R. BLAGOJEVICH, ALONZO MONK and THOMAS LONDRIGAN,

Dated: April 5, 2006

By:   s/ David Jiménez-Ekman
       One of Their Attorneys

Jeffrey D. Colman
David Jiménez-Ekman
John R. Storino
Christopher V. Parente
Acting as Special Assistant Attorneys General
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

## CERTIFICATION OF SERVICE

    I, David Jiménez-Ekman, hereby certify that on Wednesday, April 5, 2006, I electronically filed the foregoing (1) Unopposed Motion For Extension of Time to File the State Officials' Reply Brief in Support of their Motion for Summary Judgment and (2) for Leave to File Oversized Reply Brief with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James P. Baker<br>
Baker, Baker & Krajewski, LLC<br>
415 South Seventh Street<br>
Springfield, IL 62701

        s/ David Jiménez-Ekman  
        David Jiménez-Ekman  
        Bar Number: 6210519  
        JENNER & BLOCK LLP  
        One IBM Plaza  
        Chicago, IL 60611  
        Telephone: (312) 222-9350  
        Facsimile: (312) 527-0484