AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**ROBERT POWERS**

      vs.                                               Case Number:    **04-3024**

**GEORGE E. RICHARDS, et al.**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**XX   DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that summary judgment is entered in favor of the Defendants and against Richard Powers.  This case is closed.-------------------------------------------------------------------------------
-

ENTER this  20th day of  June, 2006

s/  JOHN M. WATERS

JOHN M. WATERS, CLERK

_____s/  G. Utsinger_____
BY:  DEPUTY CLERK