UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ROBERT POWERS, | ) |
| | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|       v. | )  Case No. 04-3024 |
| | ) |
| GEORGE E. RICHARDS, RAYMOND W. | ) |
| EWELL, JOHN M. DORGAN, BARBARA J. | ) |
| PETERSON, BETTY BUKRABA, DAN P. | ) |
| FABRIZO, the ILLINOIS DEPARTMENT OF | ) |
| CENTRAL MANAGEMENT SERVICES, | ) |
| MICHAEL M. RUMMAN, in his capacity as | ) |
| Director of the ILLINOIS DEPARTMENT OF | ) |
| CENTRAL MANAGEMENT SERVICES, | ) |
| ILLINOIS CIVIL SERVICE COMMISSION, | ) |
| ROD BLAGOJEVICH, THOMAS LONDRIGAN | ) |
| and ALONZO MONK, | ) |
| | ) |
|    Defendants. | ) |

## **NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that the Plaintiff, Robert Powers, appeals to the United States Court of Appeals for the Seventh Circuit from an order entered on July 21, 2004 dismissing portions of Counts I through V of the Plaintiff's complaint as well as an order entered on June 20, 2006 granting the Defendants' Motion for Summary Judgment which resulted in a judgment being entered on June 20, 2006 in favor of the Defendants and against the Plaintiff.

ROBERT POWERS

By: s/ James P. Baker
    James P. Baker
    Bar Number: 0097802
    Baker, Baker & Krajewski, LLC
    415 South Seventh Street
    Springfield, Illinois 62701
    Telephone: (217) 522-3445
    Facsimile: (217) 522-8234
    E-mail: carenbakerlaw@sbcglobal.net

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 6, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jeffrey D. Colman
David Jimenez-Ekman
Acting as Special Assistant Attorneys General
John Storino
Christopher V. Parente
Jenner & Block
One IBM Plaza
Chicago, Illinois 60611

By: s/ James P. Baker
    James P. Baker
    Bar Number: 0097802
    Baker, Baker & Krajewski, LLC
    415 South Seventh Street
    Springfield, Illinois 62701
    Telephone: (217) 522-3445
    Facsimile: (217) 522-8234
    E-mail: carenbakerlaw@sbcglobal.net