SEVENTH CIRCUIT APPEAL INFORMATION SHEET - continued

Central District of Illinois                                              04-3024

Springfield


Robert Powers                          v          George E. Richards, et al.




                                                                  Additional Counsel for Defendants:

                                                                  Jeffrey D. Colman
                                                                  John R. Storino
                                                                  Christopher V. Parente
                                                                 JENNER & BLOCK LLC
                                                                  One IBM Plaza
                                                                  330 N. Wabash
                                                                  Chicago, IL   60611

                                                                  312-222-9350