UNITED STATES COURT OF APPEALS

SEVENTH CIRCUIT

| CLERK OF THE COURT | 219 SOUTH DEARBORN STREET<br>CHICAGO, ILLINOIS 60604 | TELEPHONE<br>(312) 435-5850 |
|---|---|---|

TO:   District Court Clerk's Office

RE:   Notice of Docketing

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

```
Appellate Court No.:   06-2866                    Docketed on: 7/7/06
Short Caption:         Power, Robert v. Richards, George E.
District Court Judge:  Jeanne E. Scott
District Court No.:    04 C 3024
```

If you have any questions regarding this appeal, please call this office.

(1003-012490)