# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

E-FILED
Tuesday, 09 October, 2007 02:03:17 PM
Clerk, U.S. District Court, ILCD

## NOTICE OF ORAL ARGUMENT

Date: October 4, 2007

By the court:

| | |
|---|---|
| ROBERT POWER,<br>    Plaintiff-Appellant,<br><br>No. 06-2866        v.<br><br>GEORGE RICHARD, RAYMOND W. EWELL,<br>JOHN DORGAN, et al.,<br>    Defendants-Appellees. | ] Appeal from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>] No. 04 C 3024<br>]<br>] Jeanne E. Scott,<br>]    Judge. |

    **IT IS ORDERED** that this case be orally argued on Friday, November 2, 2007, in the Ceremonial Courtroom of the United States Courts, 219 South Dearborn, Room 2525, Chicago, Illinois at 10:00 a.m.

    Oral argument will be no more than 15 minutes for each side. Counsel are advised that the panel of judges assigned to oral argument may decide, after reading the briefs, that less time is required for oral argument.

    **IT IS FURTHER ORDERED** that counsel notify the Calendar Clerk (312-435-5850) who will present oral argument by completing and returning the enclosed post card to the court. Notice must be received in the clerk's office no later than 5 business days prior to the scheduled argument date.

    Copies of this notice have been sent to counsel of record.

NOTE: Any request for waiver or postponement of a scheduled oral argument must be made by formal motion, with proof of service on all other counsel or parties. Postponements will be granted only in extraordinary circumstances. See Circuit Rule 34(e).

Please review the attached "Special Notice to Counsel Who Will Present Oral Argument" for important requirements and information about oral argument in the Court of Appeals.

(1208-110493)