E-FILED
Friday, 12 October, 2007  11:48:29 AM
Clerk, U.S. District Court, ILCD



# United States District Court

**CENTRAL DISTRICT OF ILLINOIS**

JOHN M. WATERS
CLERK OF COURT

TEL:  217.492.4020
FAX:  217.492.4028

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604
ATTN:  ANDY KOHN

     RE:  Powers  v. Richards, et al.
     D. C. Docket No. 04-3024
     U. S. C. A. Docket No. 06-2866

Dear Mr. Agnello:

     I am sending you herewith the original record on appeal. It consists of the following:

       1  Volume of Pleadings

     Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

             Very truly yours,

             JOHN M. WATERS, CLERK

             BY:    s/ C. Cathcart        
                Deputy Clerk

33, APPEAL, CLOSED, REFER

# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Springfield)
### CIVIL DOCKET FOR CASE #: 3:04-cv-03024-JES-CHE
#### Internal Use Only

Powers v. Richards, et al
Assigned to: Judge Jeanne E. Scott
Referred to: Magistrate Judge Charles H. Evans
Demand: $0
Case in other court: 7th Circuit, 06-02866
Cause: 28:1331 Fed. Question: Employment Discrimination

Date Filed: 01/26/2004
Date Terminated: 06/20/2006
Jury Demand: Both
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**Robert . Powers**                     represented by   **James P Baker**
                                                         BAKER BAKER & KRAJEWSKI LLC

                                                         415 S Seventh St
                                                         Springfield, IL 62701
                                                         217-522-3445
                                                         Fax: 217-522-8234
                                                         Email: brendabakerlaw@sbcglobal.net
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**George E Richards**                   represented by   **David Jimenez-Ekman**
                                                         JENNER & BLOCK
                                                         One IBM Plaza
                                                         330 N Wabash
                                                         Chicago, IL 60611
                                                         312-923-2683
                                                         Fax: 312-840-7683
                                                         Email: djimenez-ekman@jenner.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Jeffrey D Colman**
                                                         JENNER & BLOCK
                                                         One IBM Plaza
                                                         330 N Wabash
                                                         Chicago, IL 60611
                                                         312-840-2940
                                                         Fax: 312-840-7340
                                                         Email: jcolman@jenner.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R Storino**
JENNER & BLOCK
One IBM Plaza
330 N Wabash
Chicago, IL 60611
312-840-8683
Fax: 312-840-8783
Email: jstorino@jenner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew D Bilinsky**
ILLINOIS ATTORNEY GENERAL
500 S Second St
Springfield, IL 62706
217-782-5819
Fax: 217-524-5091
Email: mbilinsky@atg.state.il.us
*TERMINATED: 07/08/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher V Parente**
JENNER & BLOCK LLP
One IBM Plaza
330 N Wabash
Chicago, IL 60611
312-840-7666
Fax: 312-840-7766
Email: cparente@jenner.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Raymond W Ewell**                          represented by  **David Jimenez-Ekman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey D Colman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R Storino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew D Bilinsky**
(See above for address)

*TERMINATED: 07/08/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher V Parente**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**John M Dorgan**                                     represented by     **David Jimenez-Ekman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey D Colman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R Storino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew D Bilinsky**
(See above for address)
*TERMINATED: 07/08/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher V Parente**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Barbara J Peterson**                               represented by     **David Jimenez-Ekman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey D Colman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R Storino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew D Bilinsky**
(See above for address)
*TERMINATED: 07/08/2005*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher V Parente**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Betty Bukraba**                    represented by    **Matthew D Bilinsky**
*TERMINATED: 07/21/2004*                               (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Dan Fabrizo**                      represented by    **David Jimenez-Ekman**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Jeffrey D Colman**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **John R Storino**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Matthew D Bilinsky**
                                                       (See above for address)
                                                       *TERMINATED: 07/08/2005*
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Christopher V Parente**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**State of Illinois Department of**   represented by    **Matthew D Bilinsky**
**Central Management Services**                         (See above for address)
*TERMINATED: 07/21/2004*                               *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Michael M Rumman**                  represented by    **Matthew D Bilinsky**
*in his capacity as Director of the*                    (See above for address)
*Illinois Department of Central*                        *LEAD ATTORNEY*
*Management Services*                                   *ATTORNEY TO BE NOTICED*
*TERMINATED: 07/21/2004*

**Defendant**

**Illinois Civil Service Commission**
*TERMINATED: 07/21/2004*

represented by **Matthew D Bilinsky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rod R Blagojevich**

represented by **David Jimenez-Ekman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey D Colman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R Storino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher V Parente**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Thomas Londrigan**

represented by **David Jimenez-Ekman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey D Colman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R Storino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher V Parente**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Alonzo Monk**

represented by **David Jimenez-Ekman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey D Colman**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R Storino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher V Parente**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/26/2004 | 1 | COMPLAINT (summons(es) issued for IL Dept. of Central Management Services, Michael Rumman and IL Civil Service Commission only) case referred to Mag. Judge Charles H. Evans (AJ, ilcd) (Entered: 01/26/2004) |
| 01/26/2004 | 2 | CERTIFICATE OF INTEREST pursuant to Local Rule 11.3 filed by plaintiff (AJ, ilcd) (Entered: 01/26/2004) |
| 01/26/2004 | 3 | FILING FEE PAID on 1/26/04 in the amount of $ 150.00 receipt # S004450. (AJ, ilcd) (Entered: 01/26/2004) |
| 01/27/2004 | 4 | RETURN OF SERVICE executed upon defendant Michael M Rumman on 1/27/04 (AJ, ilcd) (Entered: 01/28/2004) |
| 01/27/2004 | 5 | RETURN OF SERVICE executed upon defendant IL Dept Cen Mgt Svc on 1/27/04 (AJ, ilcd) (Entered: 01/28/2004) |
| 01/27/2004 | 6 | RETURN OF SERVICE executed upon defendant IL Civil Service on 1/27/04 (AJ, ilcd) (Entered: 01/28/2004) |
| 03/29/2004 | 7 | MOTION by defendants to extend time to respond to answer to April 5, 2004. (AJ, ilcd) (Entered: 03/29/2004) |
| 03/30/2004 | | ENDORSED ORDER on its face by Mag. Judge Byron G. Cudmore granting motion to extend time to respond to answer to April 5, 2004. [7-1] Miscellaneous deadline set for 4/5/04. (cc: all counsel) (AJ, ilcd) (Entered: 03/30/2004) |
| 04/02/2004 | 8 | MOTION by defendants to extend time to and including 4/9/04 to respond to complaint (MR, ilcd) (Entered: 04/02/2004) |
| 04/05/2004 | | MINUTE-ENTRY: by Mag. Judge Charles H. Evans. Motion for Enlargement of Time [8-1]. Motion ALLOWED. Time extended to and including 4/9/04 for defendants to Answer or otherwise plead to plaintiff's complaint. (cc: all counsel) (CC, ilcd) (Entered: 04/06/2004) |
| 04/08/2004 | 9 | MOTION by defendants George E Richards, Raymond W Ewell, John M Dorgan, Barbara J Peterson, Betty Bukraba, Dan Fabrizo, IL Dept Cen Mgt Svc, Michael M Rumman and IL Civil Service Commission to dismiss plaintiff's suit (MAS, ilcd) (Entered: 04/13/2004) |
| 04/08/2004 | 10 | MEMORANDUM IN SUPPORT of motion to dismiss plaintiff's suit [9-1] filed by defendants George E Richards, Raymond W Ewell, John M |

| | | |
|---|---|---|
| | | Dorgan, Barbara J Peterson, Betty Bukraba, Dan Fabrizo, IL Department of Central Management Services, Michael M Rumman and IL Civil Service Commission (MAS, ilcd) (Entered: 04/13/2004) |
| 04/26/2004 | 11 | MOTION by plaintiff to extend time to May 18, 2004 to file response to motion to dismiss (S, ilcd) (Entered: 04/26/2004) |
| 04/27/2004 | | MINUTE-ENTRY: by Mag. Judge Charles H. Evans. Motion for an Extension of Time (d/e 11). Motion ALLOWED. Time extended to and including May 18, 2004, for plaintiff to submit his response to the Defendants' motion to dismiss. (cc: all counsel) (AJ, ilcd) (Entered: 04/27/2004) |
| 05/18/2004 | 12 | MOTION by plaintiff to extend time to and including June 1, 2004 to submit response to defendants' motion to dismiss (AJ, ilcd) (Entered: 05/18/2004) |
| 05/19/2004 | | MINUTE-ENTRY: by Mag. Judge Charles H. Evans. Motion for An Extension of Time (d/e 12). Motion ALLOWED. Time extended to and including June 1, 2004, for plaintiff to file response to Defendants' motion to dismiss. Court does not expect any further motions for extensions of time regarding this matter. (cc: all counsel) (AJ, ilcd) (Entered: 05/19/2004) |
| 06/01/2004 | 13 | MOTION by plaintiff to extend time to and including June 8, 2004 to respond to defendants' motion to dismiss (AJ, ilcd) (Entered: 06/01/2004) |
| 06/02/2004 | | MINUTE-ENTRY: by Mag. Judge Charles H. Evans. Motion for An Extension of Time (d/e 13). Motion ALLOWED. Time extended to and including June 8, 2004, for plaintiff to file response to Defendants' motion to dismiss. It is noted defendants' counsel has no objection to the motion. The Court is aware of plaintiff's counsel's extensive involvement in other complex cases in this Court and in other cases and matters, however, in view of the several such motions having previously been granted, time has arrived to end the filing of further motions of this nature. (cc: all counsel) (AJ, ilcd) (Entered: 06/02/2004) |
| 06/08/2004 | 14 | MOTION by plaintiff for leave to file memorandum of law in excess of page limitation. (AJ, ilcd) (Entered: 06/09/2004) |
| 06/14/2004 | | MINUTE-ENTRY: by Mag. Judge Charles H. Evans. Motion for Leave to File in Excess of Page Limitations (d/e 14). Motion ALLOWED. Clerk directed to docket and file Memorandum of the Plaintiff, Robert Powers, in Opposition to the Defendants' Motion to Dismiss submitted with this motion. (cc: all counsel) (AJ, ilcd) (Entered: 06/15/2004) |
| 06/14/2004 | 15 | MEMORANDUM IN OPPOSITION to defendants' motion to dismiss plaintiff's suit [9-1] by plaintiff (AJ, ilcd) (Entered: 06/15/2004) |
| 07/21/2004 | 16 | ORDER granting in part and denying in part 9 defendants' Motion to Dismiss. Michael M Rumman; State of Illinois Department of Central Management Services; Betty Bukraba and Illinois Civil Service Commission terminated from this case. John M Dorgan answer due 8/16/2004; Raymond W Ewell answer due 8/16/2004; Dan Fabrizo answer due 8/16/2004; Barbara J Peterson answer due 8/16/2004; George E Richards answer due 8/16/2004. Entered by Judge Jeanne E. Scott on |

| | | |
|---|---|---|
| | | 7/21/04. (Attachments: # 1 Main Document # 2 Main Document)(AJ, ilcd) (Entered: 07/21/2004) |
| 08/31/2004 | 17 | ANSWER to Complaint and affirmative defenses by Defendants John M Dorgan, Raymond W Ewell, Dan Fabrizo, Barbara J Peterson, George E Richards.(AJ, ilcd) (Entered: 08/31/2004) |
| 09/01/2004 | | TEXT ORDER: Telephone Status/Scheduling is set for TUESDAY, OCTOBER 5, 2004, at 9:00 a.m. Attorneys are directed to comply with Federal Rules of Civil Procedure 26(f) by meeting as soon as practicable, and in any event at least fourteen (14) days prior to the scheduling conference, and are to submit a proposed discovery plan in writing to the Court at least four (4) days prior to the scheduling conference. Such a plan must include, at a minimum, those items listed in CDIL-LR 26.2(3), Rule 26(f), and CDIL-LR 16.2(E) with proposed deadlines. If a discovery plan is not submitted as required, the discovery conference may not be held and costs may be assessed. Entered by Mag. Judge Charles Evans on 9/1/04. (AJ, ilcd) (Entered: 09/01/2004) |
| 10/01/2004 | 18 | REPORT of Rule 26(f) Planning Meeting by Robert. Powers. (Baker, James) (Entered: 10/01/2004) |
| 10/05/2004 | | Minute Entry: Telephone conference held by Mag. Judge Charles H. Evanson 10/5/04. Attys Baker and Bilinsky present. Status, scheduling, further proceedings considered. Scheduling time limits ordered: (1) No motions to join other parties and to amend pleadings to be filed after 12/15/04; (2) 5/2/05 for plaintiff to identify testifying experts and provide Rule 26 reports; (3) 7/1/05 for defendants to identify testifying experts and provide Rule 26 reports; (4) 12/31/05 to complete all discovery; (5) 2/1/06 to file dispositive motions; (6) 5/12/06 at 10:00 a.m. for Final Pre-trial Conference (IN PERSON); and (7) 6/5/06 at 9:00 a.m. for trial. See written scheduling order entered 10/5/04. Any conflicts between scheduling order and proposed discovery plan shall be controlled by scheduling order. Entered by Mag. Judge Charles H. Evans on 10/5/04. (AJ, ilcd) (Entered: 10/05/2004) |
| 10/05/2004 | 19 | SCHEDULING ORDER entered by Judge Charles H. Evans on 10/5/04. (AJ, ilcd) (Entered: 10/05/2004) |
| 12/15/2004 | 20 | First MOTION for Extension of Time to File *an Amended Complaint and Join Additional Parties* by Plaintiff Robert. Powers. Responses due by 12/29/2004 (Baker, James) (Entered: 12/15/2004) |
| 12/17/2004 | | TEXT ORDER: Plaintiff's 20 Motion for Extension of Time to File Amended Complaint and Join Additional Parties states "counsel for the Plaintiff has discussed his request with counsel for the Defendants and understands that the Defendants have no objection to this request." Motion ALLOWED. Time extended to and including 1/31/2005 for plaintiff to file an Amended Complaint. Entered by Judge Charles H. Evans on 12/16/2004. (GU, ilcd) (Entered: 12/17/2004) |
| 01/31/2005 | 21 | First MOTION for Leave to File *Amended Complaint and Join Additional Parties* by Plaintiff Robert. Powers. Responses due by 2/14/2005 (Attachments: # 1 Amended Complaint)(Baker, James) (Entered: 01/31/2005) |

3:04-cv-03026-JES-CHE #52     Page 10 of 14

| | | |
|---|---|---|
| 02/01/2005 | | TEXT ORDER: Motion of the Plaintiff, Robert Powers, 21 seeking Leave to Amend his Complaint and Join Additional Parties is ALLOWED. Clerk is directed to docket and file Amended Complaint submitted witht his motion. If defendants oppose the motion, leave is given to defendant to file, by 2/14/05, a motion to reconsider. Entered by Judge Charles H. Evans on 2/1/2005. (GU, ilcd) (Entered: 02/01/2005) |
| 02/01/2005 | 22 | AMENDED COMPLAINT against George E Richards, Raymond W Ewell, John M Dorgan, Barbara J Peterson, Dan Fabrizo, Rod R Blagojevich,Thomas Londrigan, Alonzo Monk, filed by Robert. Powers. (GU, ilcd)(Entered: 02/01/2005) |
| 04/04/2005 | 23 | MOTION for Extension of Time to File Answer *to Plaintiff's Amended Complaint* by Defendants George E Richards, Raymond W Ewell, John M Dorgan, Barbara J Peterson, Dan Fabrizo. Responses due by 4/18/2005 (Bilinsky, Matthew) (Entered: 04/04/2005) |
| 04/05/2005 | | TEXT ORDER: Motion 23 for Extension of Time to Answer is ALLOWED. Defendants Richards, Ewell, Dorgan, Peterson and Fabrizo to respond to plaintiff's amended complaint by 4/11/2005. Entered by Judge Charles H. Evans on 4/5/2005. (GU, ilcd) (Entered: 04/05/2005) |
| 04/11/2005 | 24 | ANSWER to Amended Complaint *and Affirmative Defenses* by Defendants George E Richards, Raymond W Ewell, John M Dorgan, Barbara J Peterson, Dan Fabrizo.(Bilinsky, Matthew) (Entered: 04/11/2005) |
| 05/31/2005 | 25 | NOTICE of Appearance of Attorney by Jeffrey D Colman on behalf of Rod R Blagojevich, Thomas Londrigan, Alonzo Monk (Colman, Jeffrey) (Entered: 05/31/2005) |
| 05/31/2005 | 26 | NOTICE of Appearance of Attorney by David Jimenez-Ekman on behalf of Rod R Blagojevich, Thomas Londrigan, Alonzo Monk (Jimenez-Ekman, David) (Entered: 05/31/2005) |
| 05/31/2005 | 27 | NOTICE of Appearance of Attorney by John R Storino on behalf of Rod R Blagojevich, Thomas Londrigan, Alonzo Monk (Storino, John) (Entered: 05/31/2005) |
| 05/31/2005 | 28 | MOTION for Extension of Time to File Answer re 22 Amended Complaint by Defendants Rod R Blagojevich, Thomas Londrigan, Alonzo Monk. Responses due by 6/21/2005 (Jimenez-Ekman, David) (Entered: 05/31/2005) |
| 06/01/2005 | | TEXT ORDER: The Agreed Motion 28 for Extension of Time to Answer Plaintiff's 22 Amended Complaint is ALLOWED. Defendants Rod R Blagojevich, Thomas Londrigan and Alonzo Monk are given until 6/21/2005 to respond to the Plaintiff's Complaint. Entered by Judge Jeanne E. Scott on 6/1/2005. (GU, ilcd) (Entered: 06/01/2005) |
| 06/21/2005 | 29 | MOTION for Extension of Time to File Answer re 22 Amended Complaint by Defendants Rod R Blagojevich, Thomas Londrigan, Alonzo Monk. Responses due by 7/5/2005 (Jimenez-Ekman, David) (Entered: 06/21/2005) |
| 06/28/2005 | | TEXT ORDER: Motion for Extension of Time 29 to Answer is |

| | | |
|---|---|---|
| | | ALLOWED. Motion states that counsel for plaintiff has no objection to this motion. State Officials Rod R Blagojevich, Thomas Londrigan, and Alonzo Monk given to and including 7/12/2005 to respond to plaintiff's Amended Complaint. Entered by Judge Charles H. Evans on 6/28/2005. (GU, ilcd) (Entered: 06/28/2005) |
| 07/08/2005 | ●30 | MOTION to Substitute Attorney, Matthew D. Bilinsky to be replaced by David Jimenez-Ekman, by Defendants George E Richards, Raymond W Ewell, John M Dorgan, Barbara J Peterson, Dan Fabrizo. Responses due by 7/22/2005 (Attachments: # 1 Exhibit Appearances)(Jimenez-Ekman, David) (Entered: 07/08/2005) |
| 07/08/2005 | ● | TEXT ORDER: Civil Service Commission Defendants' Motion 30 for Leave to Enter Appearance of Substitute Counsel is ALLOWED. Added attorney Jeffrey D Colman, David Jimenez-Ekman, John R Storino for John M Dorgan; Barbara J Peterson; Dan Fabrizo; George E Richards and Raymond W Ewell. Leave granted for Assistant Attorney General Matthew D. Bilinsky to withdraw his appearance. Entered by Judge Charles H. Evans on 7/8/2005. (GU, ilcd) (Entered: 07/08/2005) |
| 07/08/2005 | ●31 | MOTION for Extension of Time to File Answer re 22 Amended Complaint by Defendants Rod R Blagojevich, Thomas Londrigan, Alonzo Monk. Responses due by 7/22/2005 (Jimenez-Ekman, David) (Entered: 07/08/2005) |
| 07/11/2005 | ● | TEXT ORDER: Motion for Extension of Time To Respond to Plaintiff's Complaint 31 . Motion states counsel for plaintiff had no objection. Time extended to and including 7/26/2005 for "State Officials" to respond to plaintiff's Complaint. Entered by Judge Charles H. Evans on 7/11/2005. (GU, ilcd) (Entered: 07/11/2005) |
| 07/26/2005 | ●32 | MOTION for Extension of Time to File Answer re 22 Amended Complaint by Defendants Rod R Blagojevich, Thomas Londrigan, Alonzo Monk. Responses due by 8/9/2005 (Jimenez-Ekman, David) (Entered: 07/26/2005) |
| 07/26/2005 | ●33 | NOTICE of Appearance of Attorney by Christopher V Parente on behalf of Rod R Blagojevich, Thomas Londrigan, Alonzo Monk, George E Richards, Raymond W Ewell, John M Dorgan, Barbara J Peterson, Dan Fabrizo (Parente, Christopher) (Entered: 07/26/2005) |
| 07/27/2005 | ● | TEXT ORDER: Motion for Extension of Time to Respond to Plaintiff's Amended Complaint (d/e 32). Motion states counsel for plaintiff stated he had no objection to this motion. Motion ALLOWED. Time extended to and including August 9, 2005, for "State Officials" to respond to plaintiff's Amended Complaint. Entered by Mag. Judge Evans on 7/26/05. (CC, ilcd) (Entered: 07/27/2005) |
| 08/09/2005 | ●34 | MOTION for Extension of Time to File Answer re 22 Amended Complaint by Defendants Rod R Blagojevich, Thomas Londrigan, Alonzo Monk. Responses due by 8/23/2005 (Jimenez-Ekman, David) (Entered: 08/09/2005) |
| 08/10/2005 | ● | TEXT ORDER re 34 Agreed Motion for Extension of Time to file an answer to Plaintiff's Amended Complaint. Plaintiff has no objection to the motion. Motion ALLOWED. Time extended to and including 8/23/05 |

|            |    | for Defendant State Officials to file an answer or otherwise plead to Plaintiff's Amended Complaint. Several of Defendants' previous motions have been granted. At this time counsel for Defendants are directed to plead by 8/23/05 and not seek a further extension of time to do so. . Entered by Judge Charles H. Evans on 8/10/05. (BR, ilcd) (Entered: 08/10/2005) |
|------------|----|---|
| 08/23/2005 | 35 | ANSWER to Amended Complaint by Defendants Rod R Blagojevich, Thomas Londrigan, Alonzo Monk, George E Richards, Raymond W Ewell, John M Dorgan, Barbara J Peterson, Dan Fabrizo. (Attachments: # 1 Supplement Answer Part 2# 2 Exhibit)(Jimenez-Ekman, David) (Entered: 08/23/2005) |
| 01/30/2006 | 36 | MOTION for Extension of Time to File *Motion for Summary Judgment* by Defendants Rod R Blagojevich, Thomas Londrigan, Alonzo Monk, George E Richards, Raymond W Ewell, John M Dorgan, Barbara J Peterson, Dan Fabrizo. Responses due by 2/13/2006 (Jimenez-Ekman, David) (Entered: 01/30/2006) |
| 01/31/2006 |    | TEXT ORDER: Motion for a Three Business Day Extension of Time to File Motion For Summary Judgment (d/e 36). Motion states counsel for plaintiff has no objection. Time extended to and including 2/6/06 for State Officials to file Motion for Summary Judgment. Entered by Mag. Judge Evans on 1/31/06. (GU, ilcd) (Entered: 01/31/2006) |
| 02/06/2006 | 37 | MOTION for Summary Judgment by Defendants Rod R Blagojevich, Thomas Londrigan, Alonzo Monk, George E Richards, Raymond W Ewell, John M Dorgan, Barbara J Peterson, Dan Fabrizo. Responses due by 2/27/2006 (Colman, Jeffrey) (Entered: 02/06/2006) |
| 02/06/2006 | 38 | MEMORANDUM in Support re 37 MOTION for Summary Judgment filed by Defendants Rod R Blagojevich, Thomas Londrigan, Alonzo Monk, George E Richards, Raymond W Ewell, John M Dorgan, Barbara J Peterson, Dan Fabrizo. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit # 11 Exhibit)(Colman, Jeffrey) (Entered: 02/06/2006) |
| 02/27/2006 | 39 | MOTION for Extension of Time to File Response/Reply as to 37 MOTION for Summary Judgment, 38 Memorandum in Support of Motion, by Plaintiff Robert. Powers. Responses due by 3/13/2006 (Baker, James) (Entered: 02/27/2006) |
| 02/28/2006 |    | TEXT ORDER: Motion for Extension of Time (d/e 39). Motion ALLOWED. Time extended to and including March 9, 2006, for plaintiff to submit response to motion for summary judgment. Entered by Mag. Judge Evans on 2/28/06. Entered by Judge Charles H. Evans on 2/28/2006. (GU, ilcd) (Entered: 02/28/2006) |
| 03/09/2006 | 40 | MOTION for Leave to File Excess Pages *of Memorandum in Response to Summary Judgment* by Plaintiff Robert. Powers. Responses due by 3/23/2006 (Baker, James) (Entered: 03/09/2006) |
| 03/09/2006 |    | TEXT ORDER: Motion for Leave to File in Excess of Page Limitations (d/e 40). Motion ALLOWED. Plaintiff is granted leave to file his memorandum in opposition to Defendants' motion for summary judgment |

| | | |
|---|---|---|
| | | in excess of page limitations (not to exceed word count of 9558). Entered by Mag. Judge Evans on 3/9/06.(GU, ilcd) (Entered: 03/09/2006) |
| 03/09/2006 | 41 | MEMORANDUM in Opposition re 37 MOTION for Summary Judgment *of Defendants* filed by Plaintiff Robert. Powers. (Attachments: # 1 Appendix # 2 Affidavit # 3 Exhibit # 4 Exhibit # 5 Exhibit)(Baker, James) (Entered: 03/09/2006) |
| 03/22/2006 | 42 | MOTION for Extension of Time to File Response/Reply as to 37 MOTION for Summary Judgment by Defendants Rod R Blagojevich, Thomas Londrigan, Alonzo Monk, George E Richards, Raymond W Ewell, John M Dorgan, Barbara J Peterson, Dan Fabrizo. Responses due by 4/5/2006 (Jimenez-Ekman, David) (Entered: 03/22/2006) |
| 03/23/2006 | | TEXT ORDER: Unopposed Motion for Two-Week Extension of Time to File Reply Brief in Support of Motion for Summary Judgment (d/e 42). Motion states plaintiff's counsel has no objection. Motion ALLOWED. Time extended to and including April 6, 2006, for "State Officials" to file Reply Brief. Final Pre-trial Conference (IN PERSON) set 5/12/06 is CANCELED and is RESET TO: 7/7/06 at 11:00 a.m.; and Trial set 6/5/06 is CANCELED and is RESET TO: 7/11/06 at 9:00 a.m. Entered by Mag. Judge Evans on 3/23/06. (CT, ilcd) (Entered: 03/23/2006) |
| 03/23/2006 | | Set/Reset Hearings: Final Pretrial Conference set for 7/7/2006 11:00 AM in Courtroom 1 before Judge Jeanne E. Scott. Jury Trial set for 7/11/2006 09:00 AM in Courtroom 1 before Judge Jeanne E. Scott. (CT, ilcd) (Entered: 03/23/2006) |
| 04/05/2006 | 43 | MOTION for Extension of Time to File Response/Reply as to 37 MOTION for Summary Judgment, MOTION for Leave to File Excess Pages by Defendants Rod R Blagojevich, Thomas Londrigan, Alonzo Monk, George E Richards, Raymond W Ewell, John M Dorgan, Barbara J Peterson, Dan Fabrizo. Responses due by 4/19/2006 Responses due by 4/19/2006 (Jimenez-Ekman, David) (Entered: 04/05/2006) |
| 04/06/2006 | | TEXT ORDER: Motion for (1) a Two-Business Day Extension of Time to File Reply Brief in Support of Motion for Summary Judgment and (2) for Leave to file oversized Reply Brief (d/e 43). Motion states that plaintiff has no objection to motion. Motion (d/e 43) ALLOWED. Time extended to and including 4/10/06 for State Officials to file reply brief in support of their motion for summary judgment. Leave GRANTED for State Officials to file an oversized reply brief consisting of 17 pages of argument. Entered by Mag. Judge Evans on 4/5/06.(GU, ilcd) (Entered: 04/06/2006) |
| 04/10/2006 | 44 | REPLY to Response to Motion re 37 MOTION for Summary Judgment filed by Defendants Rod R Blagojevich, Thomas Londrigan, Alonzo Monk, George E Richards, Raymond W Ewell, John M Dorgan, Barbara J Peterson, Dan Fabrizo. (Attachments: # 1 Exhibit)(Colman, Jeffrey) (Entered: 04/10/2006) |
| 06/20/2006 | 45 | OPINION: Defendants' Motion for Summary Judgment 37 is ALLOWED. Summary Judgment is entered in favor of the Defendants and against Richard Powers. All pending motions are denied as moot. This case is closed. Entered by Judge Jeanne E. Scott on 6/19/2006. (GU, |

| | | ilcd) (Entered: 06/20/2006) |
|---|---|---|
| 06/20/2006 | 46 | JUDGMENT: Summary judgment entered in favor of Defendants against Plaintiff (GU, ilcd) (Entered: 06/20/2006) |
| 07/05/2006 | 47 | NOTICE OF APPEAL by Robert. Powers. (Baker, James) (Entered: 07/05/2006) |
| 07/06/2006 | 48 | Short Record of Appeal Sent to US Court of Appeals re 47 Notice of Appeal (Attachments: # 1 Page 2)(GU, ilcd) (Entered: 07/06/2006) |
| 07/06/2006 | | USCA Appeal Fees received $ 455 receipt number S007792 re 47 Notice of Appeal filed by Robert. Powers. (GU, ilcd) (Entered: 07/06/2006) |
| 07/13/2006 | 49 | NOTICE of Docketing Record on Appeal from USCA re 47 Notice of Appeal filed by Robert. Powers,. USCA Case Number 06-2866 (GU, ilcd) (Entered: 07/13/2006) |
| 10/09/2007 | 50 | NOTICE from USCA to transmit appeal record (CC, ilcd) (Entered: 10/09/2007) |