



# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

TEL: 217.492.4020
FAX: 217.492.4028

**06-2866**

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604
ATTN: ANDY KOHN

RE: Powers v. Richards, et al.
D. C. Docket No. 04-3024
U. S. C. A. Docket No. 06-2866

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

1 Volume of Pleadings

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK

BY: ___s/ C. Cathcart___
Deputy Clerk

U.S.C.A. – 7th Circuit
FILED
OCT 15 2007 SK
GINO J. AGNELLO
CLERK